Alexandria Bennett                                         6/14/2023

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CIVIL ACTION NUMBER
2:22-CV-01306-AMM

ALEXANDRIA BENNETT,
    Plaintiff,

vs.

WALMART, INC.,
    Defendant.

DEPOSITION TESTIMONY OF:
ALEXANDRIA BENNETT

June 14, 2023
1:30 p.m.

COURT REPORTER:
DIANA B. WILLIAMS, CCR

---

**Page 2**

```
 1        S T I P U L A T I O N
 2        IT IS STIPULATED AND AGREED by and
 3   between the parties through their respective
 4   counsel that the deposition of ALEXANDRIA
 5   BENNETT, may be taken before Diana
 6   B. Williams, Certified Shorthand Reporter
 7   and Notary Public, State of Alabama at
 8   Large, at the law offices of Friedman,
 9   Dazzio & Zulanas, P.C., 3800 Corporate Woods
10   Drive, Vestavia Hills, Alabama, on
11   June 14, 2023, commencing at approximately
12   1:30 p.m.
13        IT IS FURTHER STIPULATED AND AGREED
14   that the signature to and the reading of the
15   deposition by the witness is waived, the
16   deposition to have the same force and effect
17   as if full compliance had been had with all
18   laws and rules of Court relating to the
19   taking of depositions.
20        IT IS FURTHER STIPULATED AND AGREED
21   that it shall not be necessary for any
22   objections to be made by counsel to any
23   questions, except as to form or leading
```

---

**Page 3**

```
 1   questions, and that counsel for the parties
 2   may make objections and assign grounds at
 3   the time of trial or at the time said
 4   deposition is offered in evidence, or prior
 5   thereto.
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

---

**Page 4**

```
 1             I N D E X
 2
 3   EXAMINATION BY:              PAGE NO.
 4   MS. GORDON                     7
 5   MS. WASHINGTON                166
 6   MS. GORDON                    173
 7   MS. WASHINGTON                174
 8   CERTIFICATE                   187
 9
10           EXHIBITS
11
12   PLAINTIFF'S EXHIBITS:        PAGE NO.
13   1   Video                   170
14
15   DEFENDANT'S EXHIBITS:        PAGE NO.
16   1   Pay statement            52
17   2   Photograph (color)       80
18   3   Photograph (color)       80
19   4   Photograph (color)      104
20   5   Customer Incident Report 114
21   6   Photographs (6 color)   123
22   7   Photograph (color)      127
23   8   Initial Disclosures     160
```

Alexandria Bennett                                    6/14/2023

Page 5

```
 1        A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4        Ellise M. Washington, Esq.
 5        EMW LAW
 6        2100 First Avenue North
 7        Birmingham, Alabama 35203
 8
 9   FOR THE DEFENDANT:
10        Gwendolyn A. Gordon, Esq.
11        FRIEDMAN, DAZZIO & ZULANAS, P.C.
12        3800 Corporate Woods Drive
13        Vestavia Hills, Alabama 35242
14
15   ALSO PRESENT:
16        Charles Nash, Intern
17        Kelsie Green, Intern
18
19
20
21
22
23
```

Page 6

```
 1        I, Diana B. Williams, a Certified
 2   Shorthand Reporter of Birmingham, Alabama,
 3   and a Notary Public for the State of Alabama
 4   at Large, acting as Commissioner, certify
 5   that on this date, pursuant to the Federal
 6   Rules of Civil Procedure, and the foregoing
 7   stipulation of counsel, there came before me
 8   at the law offices of Friedman, Dazzio &
 9   Zulanas, P.C., 3800 Corporate Woods Drive,
10   Vestavia Hills, Alabama, commencing at
11   approximately 1:30 p.m., on June 14, 2023,
12   ALEXANDRIA BENNETT, witness in the above
13   cause, for oral examination, whereupon the
14   following proceedings were had:
15
16        ALEXANDRIA BENNETT,
17   having been first duly sworn, was examined
18   and testified as follows:
19
20        COURT REPORTER:  Usual
21   stipulations?
22        MS. GORDON:  Yes.
23        MS. WASHINGTON:  Yes.
```

Page 7

```
 1   EXAMINATION BY MS. GORDON:
 2        Q.   Ms. Bennett, my name is Gwen
 3   Gordon, and I represent Wal-Mart Stores
 4   East, LP, in the lawsuit that you filed
 5   against them.  And I'm here today to ask you
 6   some questions about -- some about your
 7   background and then about the claims you are
 8   asserting and about any injuries you are
 9   claiming as a result of the incident at
10   Wal-Mart.
11        Throughout our deposition, our
12   court reporter, Diana, is going to be taking
13   down everything you and I say.  And so it's
14   important to answer my questions out loud
15   rather than shake your head or nod your
16   head.  But if you forget, I will remind you.
17        And if you will, try to avoid
18   responses like uh-uh or uh-huh.  They appear
19   the same on the typed record, so it makes it
20   confusing.  But, once again, everybody seems
21   to do it, and so I will just correct you.
22   And I'm not picking on you.  It's just so we
23   can have a clear written record.
```

Page 8

```
 1        If you need to take a break for
 2   any reason, just let me know and we can do
 3   that.  I want you to understand all of my
 4   questions, so if I ask you something that
 5   you don't understand, please let me know,
 6   and I will rephrase it or try to explain it
 7   to you so that you will understand it.  And
 8   if you answer it, I will assume that you
 9   understood it; is that fair?
10        A.   Yes, ma'am.
11        Q.   Okay.  And let me think if there
12   is anything else.  That's probably it.
13   It's, like, little ground rules.
14        Have you ever given a deposition
15   before?
16        A.   No, ma'am.
17        Q.   Okay.  Will you state your full
18   name for the record, please?
19        A.   Alexandria Lashun Bennett.
20        Q.   What name do you go by?
21        A.   Alexandria.
22        Q.   Have you ever gone by any other
23   names besides Alexandria?
```

Alexandria Bennett                                              6/14/2023



Page 9

1    A.   Just Alex, for short.
2    Q.   And have you ever had any other
3  last names?
4    A.   No, ma'am.
5    Q.   Have you ever been married?
6    A.   No, ma'am.
7    Q.   Are you on any medication today
8  that would affect your ability to testify or
9  to recall past events?
10   A.   No, ma'am.
11   Q.   Are you suffering from any
12 medical conditions that would affect your
13 ability to testify or recall past events?
14   A.   No, ma'am.
15   Q.   Have you ever been involved in a
16 lawsuit, whether or not you gave a
17 deposition?
18   A.   No, ma'am.
19   Q.   And what is your current address?
20   A.   My current address is
21     Homewood, Alabama 35209.
22   Q.   How long have you lived there?
23   A.   About a year.

Page 10

1    Q.   And does anyone live there with
2  you?
3    A.   My daughter.
4    Q.   What is her name?
5    A.   Her name is
6    Q.
7    A.
8    Q.              . Thank you.  What is the
9  last name, though?  Was it Allen?
10   A.   Yes, ma'am.
11   Q.   Okay.  How do you spell the Allen
12 part?
13   A.   A-l-l-e-n.
14   Q.   Thank you.  How old is she?
15   A.   She's nine.
16   Q.   I have a nine-year-old.  It's a
17 fun age.
18        And who is her dad?
19   A.   Her dad is Kevin        .
20   Q.   Are you still in a relationship
21 with Kevin        ?
22   A.   No, ma'am.
23   Q.   Okay.  When did that end?

Page 11

1    A.   A few years ago.
2    Q.   Three years ago or a few?
3    A.   A few years ago.
4    Q.   Do you have any other children?
5    A.   No, ma'am.
6    Q.   Has anyone else lived at the
7           address with you and your
8  daughter?
9    A.   No, ma'am.
10   Q.   And where did you live before
11          ?
12   A.   I stayed in Ensley, Alabama.
13   Q.   Okay.  Do you remember your
14 address or where you lived there?
15   A.   It was            , Ensley.
16   Q.   Okay.  Was that an apartment or a
17 house?
18   A.   It was an apartment.
19   Q.   And who lived with you there, if
20 anyone?
21   A.   Me and my daughter.
22   Q.   How long were you at that
23 address?

Page 12

1    A.   About three -- three years.
2    Q.   I'm backing up, but the
3        , is that a house or an
4  apartment?
5    A.   It's an apartment.
6    Q.   All right.  And where did you
7  live before Ensley?
8    A.   I stayed in Homewood, Alabama.
9    Q.   Where were you in Homewood back
10 then?
11   A.   The
12   Q.   And how long were you there?
13   A.   I will say probably two years.
14 About two years.
15   Q.   Was it you and your daughter
16 there?
17   A.   Yes, ma'am.
18   Q.   Do you own any property?
19   A.   No, ma'am.
20   Q.   All right.  So what I have is the
21 date of the incident we are here about is
22 October 15, 2020.  Is that your recollection
23 as to when it happened?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                    6/14/2023

Page 13

1    A.   Yes, ma'am.
2    Q.   Okay.  Where were you living
3  then?  Was that the Ensley address?
4    A.   No, ma'am.
5    Q.   Which one were you at back when
6  this happened?
7    A.   Homewood.
8    Q.   Okay.  ████████?
9    A.   Yes, ma'am.
10   Q.   Have you ever lived with Kevin
11 ████, or has he ever lived in one of your
12 apartments?
13   A.   He moved.  He was staying at
14 the -- when we were together, we were in
15 ████████████, but that's when we
16 split up as well.
17   Q.   Okay.  Was he living with y'all
18 back on October 15, 2020?
19   A.   We were -- we weren't together at
20 that time.
21   Q.   Okay.  So he had already moved
22 out?
23   A.   Yes, ma'am.

Page 14

1    Q.   Where does he live now, if you
2  know?
3    A.   Bessemer, Alabama.
4    Q.   Do you know his current phone
5  number?
6    A.   Not by heart.  I can --
7    Q.   You might have given it to me.
8  Let me see if this sounds familiar.  I have
9  it on something.
10       Does ██████████ sound right?
11   A.   That's his old number.
12   Q.   Okay.  So he has a different one?
13   A.   Yes, ma'am.
14   Q.   Do you have it with you in your
15 phone?
16   A.   Yes, ma'am.
17   Q.   When we take a break, I will get
18 you to look it up for me, if you don't mind.
19   A.   Yes, ma'am.
20   Q.   Thank you.  Are you still in
21 regular contact with him?
22   A.   Yes, ma'am.
23   Q.   All right.  I'm going to ask

Page 15

1  you -- we will go off the record, but I'm
2  going to ask you what your social security
3  number is off the record.
4        MS. GORDON:  If we can go off.
5        (Whereupon, an off-the-record
6        discussion was held.)
7        MS. GORDON:  Back on the record.
8    Q.   (By Ms. Gordon)  What is your
9  birth date?
10   A.   ████████, 1993.
11   Q.   And your driver's license number?
12   A.   ██████
13   Q.   Is that an Alabama license?
14   A.   Yes, ma'am.
15   Q.   Have you ever held a license in
16 any other states?
17   A.   No, ma'am.
18   Q.   Do you have any restrictions on
19 your license, like, for contacts or --
20   A.   No, ma'am.
21   Q.   Okay.  Do you wear glasses or
22 contacts?
23   A.   I wear glasses.

Page 16

1    Q.   Are they reading glasses or
2  driving glasses?  Or when do you use them?
3    A.   I don't have to use them.
4    Q.   Okay.
5    A.   Yes, I don't have a prescription
6  for them or anything.
7    Q.   I see.  Have you ever been
8  prescribed eyeglasses or contacts?
9    A.   Yes, ma'am.
10   Q.   When was that?
11   A.   I will say I picked up a
12 prescription last year.
13   Q.   Okay.  Who was your eye doctor
14 then?
15   A.   They are located at Wal-Mart.
16   Q.   The one in Helena?
17   A.   No, ma'am.  The one in Pelham.
18   Q.   Okay.
19   A.   I would go over to them.
20   Q.   Do you remember if you were
21 diagnosed as nearsighted or farsighted?
22 Like, did you have trouble seeing things far
23 away or close-up?

4  (Pages 13 to 16)

Alexandria Bennett                                    6/14/2023

Page 17

1    A.   No, ma'am.
2    Q.   You don't remember which one?
3    A.   No, ma'am.
4    Q.   Okay.  That's fine.  Were you
5    wearing glasses or contacts on October 15,
6    2020, at Wal-Mart?
7    A.   I always wear my contacts.
8    Q.   So did you have them in that day?
9    A.   Yes, ma'am.
10   Q.   Okay.  Is the eye doctor at the
11   Wal-Mart in Pelham still your eye doctor?
12   A.   Yes, ma'am.  I haven't been to
13   them this year, though.
14   Q.   Okay.  Do you have any relatives
15   age 19 or older living in either Blount
16   County, Jefferson County, or Shelby County?
17   A.   Yes, ma'am.
18   Q.   Tell me who they are, please.
19   A.   My mom stays in Shelby County.
20   Q.   And what is her name?
21   A.   ███████.
22   Q.   Is she married?
23   A.   Yes, ma'am.

Page 18

1    Q.   What is her husband's name?
2    A.   ███████.
3    Q.   Do either of them work in Shelby
4    County?
5    A.   No, ma'am.
6    Q.   Any other relatives in either
7    Blount, Jefferson, or Shelby County?
8    A.   No, ma'am.
9    Q.   All right.  Where did you go to
10   high school?
11   A.   I went to Spain Park High School.
12   Q.   And what year did you graduate?
13   A.   2011.
14   Q.   All right.  Have you had any
15   other education since then?
16   A.   No, ma'am.
17   Q.   Is that a Hoover school?  Is
18   Spain Park Hoover?
19   A.   It's off Valleydale Road.
20   Q.   Okay.  Is that about where you
21   grew up, in that area?
22   A.   Yes, ma'am.
23   Q.   And have you lived in the

Page 19

1    Birmingham or nearby areas your whole life?
2    A.   No, ma'am.
3    Q.   Where else have you lived?
4    A.   We stayed in Hoover, Alabama.
5    Q.   Okay.
6    A.   My mom.
7    Q.   All right.  But have you been in
8    Alabama your whole life?
9    A.   Yes, ma'am.
10   Q.   Okay.  And are you currently
11   employed?
12   A.   Yes, ma'am.
13   Q.   Where do you work?
14   A.   I work at UAB.
15   Q.   What do you do there?
16   A.   I am a new patient scheduler.
17   Q.   Do you work with a particular
18   office there?
19   A.   Radiation oncology.
20   Q.   How long have you had that job?
21   A.   I just started this particular
22   job in May.
23   Q.   Of 2023?

Page 20

1    A.   Yes, ma'am.
2    Q.   Is that a desk job?
3    A.   Yes, ma'am.
4    Q.   And how many days a week do you
5    work?
6    A.   Monday through Friday.
7    Q.   What are your hours?
8    A.   Earliest I go in is 7 a.m.  The
9    latest I will stay is 6 p.m.
10   Q.   All right.  And what are you paid
11   there?
12   A.   $18 an hour.
13   Q.   And who is your supervisor?
14   A.   Ms. ███████.
15   Q.   Have you had any trouble
16   performing your job duties there as a result
17   of any injuries you relate to the incident
18   at Wal-Mart?
19   A.   No, ma'am.
20   Q.   Where did you work before UAB?
21   A.   I was working at UAB psychiatry.
22   Q.   And what was your job title
23   there?

Alexandria Bennett                                    6/14/2023

Page 21

1    A.  Patient service coordinator.
2    Q.  Did you work there right up until
3  you moved to the radiation department?
4    A.  I worked there up until, I think,
5  March of this year.
6    Q.  Okay.
7    A.  I was let go.
8    Q.  Did they give you a reason for
9  letting you go?
10    A.  I'm through a temp service.
11    Q.  Oh, I see.  Which temp service do
12  you work for?
13    A.  UAB Temp Services.
14    Q.  Is your current job also through
15  the temp service?
16    A.  Yes, ma'am.
17    Q.  So who do your paychecks come
18  from?
19    A.  UAB Temp Services.
20    Q.  And are you always guaranteed
21  employment through them?  I'm just not sure
22  how it works.
23    A.  The temp jobs is, like, you have

Page 22

1  got to do what you have got to do, you know,
2  or you can be let go.
3        So with UAB psychiatry, I was
4  about to be there -- well, I was there for a
5  year.  I was supposed to be hired on, and I
6  was let go.
7    Q.  Okay.  Sometimes you are hired on
8  for a permanent job through a temp job; is
9  that right?
10    A.  Yes, ma'am.
11    Q.  Okay.  And so now you have
12  started a new temp job and maybe in hopes of
13  it becoming a permanent job?
14    A.  Yes, ma'am.
15    Q.  Okay.  When did you start the UAB
16  psychiatry temp job?
17    A.  I believe about a year ago,
18  because March would have been -- March or
19  April would have been right around a year
20  for me.
21    Q.  Okay.  Did you being let go from
22  the UAB psychiatry temp job have anything to
23  do with any of the claims you are making in

Page 23

1  this lawsuit?
2    A.  No, ma'am.
3    Q.  Where did you work before UAB
4  psychiatry?
5    A.  I worked for Milo's Tea Company.
6    Q.  Milo's?
7    A.  Yes, ma'am.
8    Q.  Okay.  What did you do for them?
9    A.  Data entry clerk.
10    Q.  Is that at their corporate
11  office?
12    A.  Yes, ma'am.
13    Q.  Where is it?
14    A.  It's off of Morgan Road, but you
15  can also get there off of Lakeshore.
16    Q.  Okay.  All right.  When did that
17  job end?
18    A.  It was contracted.  I want to say
19  it ended before I worked for UAB.
20    Q.  Was it right before, or was there
21  a period where you were there without work?
22    A.  It was a period for me.
23    Q.  Do you remember if it was, like,

Page 24

1  one month?  Five months?  Any idea?
2    A.  I believe it was more than five
3  months.
4    Q.  Okay.  And did you leave the
5  Milo's job, or were you let go?  How did it
6  end?
7    A.  It was a contracted job.
8    Q.  Oh, it was a contracted start and
9  end date?
10    A.  Yes, ma'am.
11    Q.  Once you finished the work, it
12  was over?
13    A.  Yes, ma'am.  It was, really,
14  through -- you know, for the pandemic, we
15  would swab people's mouths and stuff like
16  that when they would come in and take their
17  temps.
18    Q.  Okay.
19    A.  So they didn't need us anymore.
20    Q.  About how long did that job last?
21    A.  I would say a few months.  At
22  least six -- six to seven months or so.
23    Q.  And was that in 2020, or was it

Alexandria Bennett                                    6/14/2023

Page 25

1  later after the pandemic started?
2      A.  I think I was working for them,
3  like, around August of 2021.
4      Q.  All right.  And where were you
5  working before Milo's?
6      A.  I had different temp service jobs
7  that I was let go from.
8      Q.  Were you working through an
9  agency for those?
10     A.  Yes, ma'am.
11     Q.  Okay.  What was the name of that
12 agency?
13     A.  Going through different agencies
14 such as PrideStaff, Dedicated Personnel.
15 Off of my head, that's all I can think of.
16     Q.  Okay.  What type of jobs did
17 you -- temp jobs did you have through those
18 agencies?
19     A.  I tried to do warehouse jobs, but
20 they don't work out.
21     Q.  Why don't they work out?
22     A.  I couldn't -- I couldn't perform
23 the work that they needed me to perform in

Page 26

1  the warehouses.
2      Q.  And why was that?
3      A.  Because my ankle was messed up.
4  I couldn't walk.  You know, the warehouses
5  are real big.  So I couldn't perform those,
6  and I was let go.
7      Q.  Which warehouse was that where
8  you had trouble performing your job duties?
9      A.  I don't know the particular name
10 of them off the head, but I know some was
11 located in Pelham.  It was -- I worked in,
12 like, the freezer section of that job.  And
13 for, like, Mercedes, through Automation and
14 stuff.
15     Q.  And those were jobs you had --
16 the warehouse jobs were jobs you got through
17 the temp agencies?
18     A.  Yes, ma'am.
19     Q.  And those would have been the
20 PrideStaff or the Dedicated Personnel
21 agencies?
22     A.  Yes, ma'am.
23     Q.  Did your paycheck come from

Page 27

1  PrideStaff or Dedicated Personnel, or did it
2  come from the company for which you were
3  working?
4      A.  It came from PrideStaff and
5  Dedicated Personnel.
6      Q.  Okay.  How long was that period
7  where you were trying to work for warehouses
8  through the temp agencies?
9      A.  After I lost my job with Outback
10 and Pappadeaux.
11     Q.  Was there a period of time where
12 you were unemployed after Outback and did
13 you say Pappadeaux?
14     A.  Yes, ma'am.
15     Q.  Okay.  Was there a period of time
16 where you were unemployed after those jobs
17 ended?
18     A.  Yes, ma'am.
19     Q.  About how long?
20     A.  Up until I was able to get the --
21 get the job with Milo's.  So during that
22 gap, since -- you remember -- the accident
23 was in 2020.  I didn't get a stable job

Page 28

1  until 2021 of August when I worked for
2  Milo's Tea Company.
3      Q.  Okay.  When you were working
4  through the temp agencies at the warehouses
5  and realized that there were some things you
6  couldn't perform, did you talk to anybody
7  about maybe changing your job duties?
8      A.  It doesn't work like that.  When
9  you take the temp service job, they tell you
10 what you will be doing.  So you have got to
11 do what they ask you to do when you get
12 there.
13     Q.  And what was the reason your
14 warehouse jobs ended through the temp
15 service?
16     A.  They don't tell you.
17     Q.  Okay.  So before the warehouse
18 jobs through the temp services, you were
19 working for both Outback and Pappadeaux?
20     A.  Yes, ma'am.
21     Q.  At the same time?
22     A.  Yes, ma'am.
23     Q.  Okay.  When did you start --

7  (Pages 25 to 28)

Alexandria Bennett                                    6/14/2023

Page 29

1    let's start with Outback first.  When did
2    you start there?
3        A.  I worked there for at least three
4    years, I know.
5        Q.  And which location?
6        A.  Hoover and the 280 location.
7        Q.  Did you just kind of go wherever
8    they needed you?
9        A.  No, ma'am.  I was at the Hoover
10   location first, and I managed the 280
11   location.
12       Q.  I see.  Okay.  So about three
13   years before the Outback job ended you
14   started at Hoover; is that right?
15       A.  Yes, ma'am.
16       Q.  And what was your job title when
17   you first started with Outback in Hoover?
18       A.  Prep cook.
19       Q.  And at that time, what were you
20   earning?
21       A.  I was making, like, $16 at
22   Outback, about $16.
23       Q.  Were you also given tips as a

Page 30

1    prep cook?
2        A.  No, ma'am.
3        Q.  Okay.  Who was your supervisor
4    when you were in that job position at
5    Hoover?
6        A.  Mario.
7        Q.  Do you remember his last name?
8        A.  No, ma'am.
9        Q.  That's okay.
10       A.  We called him Mario.
11       Q.  I understand.  Okay.  So at some
12   point -- when you were at the Hoover
13   Outback, did your job title ever change, or
14   were you always a prep cook at the Hoover
15   Outback?
16       A.  Yes, ma'am, it changed once I got
17   to the 280 one, because I managed that
18   store.
19       Q.  Okay.  How long were you at the
20   Hoover store?
21       A.  About a year, I would say.
22       Q.  And then you were -- I assume it
23   was a promotion as a manager at the 280

Page 31

1    store?
2        A.  I transferred with Mario to that
3    store, because he wanted me to come to that
4    store with him.
5        Q.  Okay.  When you moved to the 280
6    store, did your pay change at all?
7        A.  I got more hours and more
8    money.  I didn't start off with 16.  So I
9    probably -- I worked my way up to that.
10       Q.  Okay.  So when you were the
11   manager at the 280 store, you were getting
12   16 and probably a little less at the Hoover
13   store?
14       A.  Yes.  I was getting way less at
15   the Hoover store.
16       Q.  Okay.  All right.  I know I'm
17   jumping around.  I apologize.  But that's
18   the way my brain works sometimes.
19       A.  You're fine.  That's fine.
20       Q.  At the Hoover Outback store, how
21   often were you working there, how many days
22   a week and what were your hours?
23       A.  I worked every day.  I would work

Page 32

1    morning to night, open to close.
2        Q.  All right.  At the 280 Outback
3    store, you got a pay increase, and I think
4    you said your hours changed; is that right?
5        A.  I got more hours, yes.  I still
6    worked open to close with Outback.
7        Q.  Was it Monday through Friday or
8    weekends too?
9        A.  Weekends too.
10       Q.  Okay.  So seven days a week, open
11   to close?
12       A.  Yes, just about.
13       Q.  And was Mario still your
14   supervisor at the 280 store?
15       A.  Yes, ma'am.
16       Q.  As part of your job at the 280
17   Outback store, did you receive any paid
18   vacation or paid sick days?
19       A.  I had paid sick days, but I don't
20   think I took them or anything.  I think I
21   just -- you know how you put it in to get an
22   extra check or something like that.
23       Q.  Any idea how many paid sick days

                                    8  (Pages 29 to 32)

Alexandria Bennett                                          6/14/2023

Page 33

1    you were given there?
2        A.   Uh-uh (negative).
3        Q.   Is that a yes or no?
4        A.   Oh, no, ma'am.
5        Q.   Thank you.
6        A.   I can't recall.
7        Q.   From the time you started at the
8    280 store until that job ended, did your job
9    title change at any point, or were you the
10   manager that entire time period?
11       A.   At the 280 store?
12       Q.   Yes.  Have you ever held any
13   other job titles at the 280 store besides
14   store manager or restaurant manager?
15       A.   No, ma'am.
16       Q.   Okay.  And did your pay stay the
17   same the entire time you were at the 280
18   Outback store?
19       A.   I got a raise at one point.
20   That's why I got up to 16.
21       Q.   What were you making back on
22   October 15, 2020, at Outback?
23       A.   I was making about 16.

Page 34

1        Q.   Did you receive any health
2    insurance through your job at Outback?
3        A.   I didn't have any health
4    insurance.
5        Q.   On October 15, 2020, you did not
6    have health insurance; is that right?
7        A.   Yes, ma'am.
8        Q.   All right.  When did your job at
9    the 280 or with Outback, either store, when
10   did that end?
11       A.   Right before the holidays.
12       Q.   Okay.  You never went back to the
13   Hoover store, did you?
14       A.   No, ma'am.
15       Q.   So the holidays of 2020?
16       A.   Yes, ma'am.
17       Q.   So it would have been the end of
18   the year of 2020?
19       A.   Yes, ma'am.
20       Q.   And why did your job end with
21   Outback back then?
22       A.   I wasn't able to perform like I
23   used to.

Page 35

1        Q.   Okay.  Specifically what job
2    duties were you unable to perform?
3        A.   I wasn't able to manage the
4    kitchen like I used to.  I wasn't able to
5    stand up for long periods of time anymore.
6    It was just hard to work so...
7        Q.   And what prevented you from
8    managing the kitchen like you had done
9    before?
10       A.   My ankle.
11       Q.   Is that also what prevented you
12   from standing up for long periods of time?
13       A.   Yes, ma'am.
14       Q.   When did it start becoming a
15   problem for you to do your job duties at the
16   280 Outback store?
17       A.   After the accident.
18       Q.   Immediately after it?
19       A.   Yes, ma'am.
20       Q.   Was Mario your supervisor the
21   entire time you were at the 280 location?
22       A.   Yes, ma'am.
23       Q.   Did you ever go to Mario and ask

Page 36

1    him if he could change some of your job
2    duties?
3        A.   Yes, ma'am.
4        Q.   Tell me how that went.
5        A.   I wasn't able to do the work as a
6    manager of the back of the house.  He would
7    come in and, you know, help out with getting
8    things done and stuff.  But I wasn't able to
9    manage like I used to.  I wasn't the same
10   anymore.
11       Q.   Are there any other job duties
12   that you couldn't perform after the
13   October 15, 2020, incident besides being
14   able to stand for long periods of time or
15   manage the kitchen the way you had?
16       A.   You said is there any more?
17       Q.   Sure.  I'm trying to figure out
18   -- if you can just tell me all of the job
19   duties that you were not able to perform
20   after October 15, 2020.  What were those
21   specific job duties that you were no longer
22   able to perform?
23       A.   So we said stand.  I wasn't able

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                                      6/14/2023

Page 37

1  to move around.  I wasn't able to get my
2  recipes done in time enough like I was
3  supposed to.  I just wasn't able to work the
4  same, period.
5      Q.   And was it your ankle that caused
6  all of those problems?
7      A.   Yes, ma'am.
8      Q.   What about your ankle was it that
9  caused the problems?
10      A.   I was in pain.  I couldn't stand
11  up.  Also, you know, like, being the star of
12  the kitchen, I would, you know, try to still
13  do my job.  And I wasn't -- I knew I wasn't
14  the same anymore.
15      Q.   When you talk about not being
16  able to get recipes done on time, what was
17  that?  What were the recipes that you had to
18  do?
19      A.   Any recipes in the kitchen, as in
20  stuff that needed to be made by the time we
21  opened up or served to the customers.
22      Q.   Were you cooking?
23      A.   Yes, ma'am.

Page 38

1      Q.   Okay.  And had you been
2  performing those same job duties at the
3  Outback 280 store before October 15, 2020?
4      A.   Yes, ma'am.
5      Q.   Like the cooking and being on
6  your feet?
7      A.   Yes, ma'am.
8      Q.   Did you ever talk to Mario and
9  ask him if there was another job that you
10  could do that would allow you to sit more?
11      A.   Well, when you are managing or in
12  any position in a restaurant, it's really
13  not a sit-down job.
14      Q.   Did he tell you there weren't any
15  sit-down jobs available?
16      A.   We just decided to part ways.
17      Q.   And that's what I was going to
18  ask you about next.  Did you resign, or were
19  you let go from Outback?
20      A.   I was let go.
21      Q.   Were you given a reason as to why
22  they were letting you go?
23      A.   I wasn't the same anymore, so I

Page 39

1  knew I couldn't perform like I was supposed
2  to perform.  So that was the best decision.
3      Q.   Is that what you were told?
4      A.   Yes, ma'am.  I agreed with him.
5      Q.   Was it Mario that let you go?
6      A.   Yes, ma'am.
7      Q.   Following October 15, 2020, did
8  any of your doctors ever give you any work
9  restrictions?
10      A.   What does that mean?
11      Q.   Sure.  It would be -- first of
12  all, did they ever tell you you could not
13  return to work until X date?  Like, did they
14  ever tell you, Do not work until a certain
15  date?
16      A.   Are you talking about when I went
17  to the hospital for the --
18      Q.   Sure.  Just any time after
19  October 15, 2020.
20      A.   Well, I tried to get seen for it,
21  but I wasn't able to be seen because I
22  didn't have insurance.  So I tried to see
23  what was wrong.  I wasn't able to be seen.

Page 40

1      Q.   Okay.  Was there a doctor that
2  ever said, I don't want you to work until
3  another three months, or something like
4  that?
5      A.   During 2020?
6      Q.   Yes.  Or 2021.
7      A.   Yes, ma'am.
8      Q.   Okay.  Which doctor was that that
9  gave you a work restriction?
10      A.   Well, I wasn't supposed to work
11  when I had my surgery.
12      Q.   Okay.  For how long?
13      A.   I'm not sure.
14      Q.   At some point were you told that
15  you could return to work after the surgery?
16      A.   I'm not sure.
17      Q.   Were you ever told either not to
18  be on your feet or given any weight lifting
19  restrictions?
20      A.   With the ankle?
21      Q.   Right.  Or any of the injuries
22  that you relate to the incident at Wal-Mart.
23      A.   I couldn't be on my feet because,

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                        6/14/2023

Page 41

1  when I was on my feet, I was in pain.
2      Q.   And I understand that.  I'm just
3  wondering if any doctor ever said, I don't
4  want you on your feet for a period of three
5  weeks, three months, or whatever.
6      A.   Well, see, after the accident, I
7  went to the hospital.  I was referred to the
8  orthopedic.  But during that time, I didn't
9  have insurance, so it was hard for me to try
10  to be seen.  I knew something was wrong.
11  But at the time, I didn't have insurance to
12  be seen and, you know, get the help that I
13  needed.
14      Q.   At some point did you get health
15  insurance?
16      A.   Yes, ma'am.
17      Q.   When did you get health
18  insurance?
19      A.   I finally got insurance the
20  following year in January.
21      Q.   So January of 2021?
22      A.   Yes, ma'am.
23      Q.   And was that provided through a

Page 42

1  job?
2      A.   No, ma'am.
3      Q.   Who was your health insurance
4  with when you got it in January '21?
5      A.   I went through the health market.
6      Q.   Are you the policyholder on the
7  health insurance?
8      A.   Yes, ma'am.
9      Q.   Do you know which insurance
10  company has the insurance?
11      A.   I'm not sure.  I'm thinking Blue
12  Cross Blue Shield.
13      Q.   Have you had the same health
14  insurance policy since January of 2021?
15      A.   I don't have insurance.
16      Q.   Okay.  How long did you have it
17  after you got it in January of 2021?
18      A.   I would say a few months.  My mom
19  helped me pay for it since I was in between
20  jobs, trying to find a job.  So she helped
21  me pay for it because she knew I needed to
22  see what was going on with the ankle.
23          MS. WASHINGTON:  Can we pause and

Page 43

1  take a break?
2          MS. GORDON:  Sure.
3          (Whereupon, a brief recess was
4          taken from 2:08 p.m. until
5          2:11 p.m.)
6      Q.   (By Ms. Gordon)  Okay.  Just to
7  clarify, since October of 2020, have you had
8  health insurance with any entity besides
9  Blue Cross Blue Shield?
10      A.   No, ma'am.
11      Q.   Okay.  And you just had it for a
12  period of a few months; is that right?
13      A.   Yes, ma'am.
14      Q.   All right.  Now tell me about
15  your job at Pappadeaux.  When did you start
16  there?
17      A.   I will say I worked there for
18  about a year.
19      Q.   Which Outback location were you
20  working at when you also worked at
21  Pappadeaux?
22      A.   The 280.
23      Q.   All right.  And what were your

Page 44

1  hours at Pappadeaux?
2      A.   I would work during the
3  nighttime.
4      Q.   About what time would you get
5  there and what time would you leave?
6      A.   I will say I was supposed to be
7  there around five and leave at closing time.
8      Q.   And how many days a week did you
9  do that?
10      A.   I will say probably about -- I
11  know the weekends.  About four or five days
12  or three to four days.  I'm not sure.
13      Q.   Was that the case the entire year
14  you worked there?
15      A.   Ma'am?
16      Q.   Was that the case the entire time
17  you worked there where you worked about
18  three to five days a week?
19      A.   Yes, ma'am.
20      Q.   And worked the nighttime hours?
21      A.   Yes, ma'am.
22      Q.   And who was your supervisor when
23  you worked at Pappadeaux?

11 (Pages 41 to 44)

Alexandria Bennett                                    6/14/2023

Page 45

1    A.   Mr. Warren.
2    Q.   What was your job title there?
3    A.   I only worked at the pantry
4  section -- station, I mean, I'm sorry.
5    Q.   Was that a stand-up job?
6    A.   Yes, ma'am.
7    Q.   And did you have any other jobs
8  at Pappadeaux?
9    A.   No, ma'am.
10   Q.   What did you earn there?
11   A.   I will say probably about 14 -- I
12 can't recall -- I believe.
13   Q.   Were you working at Pappadeaux on
14 October 15, 2020?
15   A.   I think I had stopped working
16 there by then.
17   Q.   And why did you stop working at
18 Pappadeaux?
19   A.   I went to be full-time with
20 Outback.
21   Q.   When you were working at
22 Pappadeaux, were you part-time with Outback?
23   A.   No.  I was still full-time.

Page 46

1    Q.   Okay.
2    A.   But you know when I said "morning
3  and night," I went back to work morning and
4  night with Outback.  So I gave up my nights
5  at one point and went to Pappadeaux.  And
6  then I stopped working with them, and I was
7  just full-time with Outback.
8    Q.   Okay.  And did your leaving
9  Pappadeaux have anything to do with any of
10 the claims you are making in this lawsuit?
11   A.   No, ma'am.
12   Q.   Because that happened before the
13 incident; is that right?
14   A.   Yes, ma'am.
15   Q.   All right.  After your job at
16 Outback ended, I believe you told me there
17 was a period of time where you were not
18 employed at all; is that correct?
19   A.   Yes, ma'am.
20   Q.   And then you started those temp
21 jobs with the warehouses; is that right?
22   A.   Yes, ma'am.
23   Q.   Okay.  Any other jobs in between

Page 47

1  Outback and when you started with Milo's?
2    A.   No, ma'am, I don't think so.
3    Q.   Were there any jobs that you
4  applied for but did not get in between that
5  time period?
6    A.   Yes, ma'am.
7    Q.   Tell me about those.
8    A.   I did numerous applications.
9    Q.   Were there places where you sent
10 in an application, and then you would get
11 called back for an interview?
12   A.   Yes, ma'am.
13   Q.   Did you make it to the interview
14 point for any of those jobs?
15   A.   Uh-huh (affirmative).
16   Q.   And what were you told at the
17 interviews?
18   A.   I would receive a call back or
19 something like that.
20   Q.   And then you didn't receive a
21 call?
22   A.   Uh-uh (negative).
23   Q.   Okay.  Do you remember where any

Page 48

1  of those jobs were that you applied for but
2  did not get?
3    A.   A lot of hospital jobs.  I tried
4  to get the sit-down jobs and stuff.
5    Q.   Now, are you claiming that you
6  missed time from work as a result of the
7  incident on October 15, 2020?
8    A.   Yes, ma'am.
9    Q.   Okay.  And that would have been
10 time that you missed from your job with
11 Outback on 280?
12   A.   Yes, ma'am.
13   Q.   Are you claiming that you missed
14 time from work with any other jobs as a
15 result of October 15, 2020?
16   A.   Yes, ma'am.
17   Q.   Okay.  Where else?
18   A.   I think I was let go because I
19 wasn't able to perform.  Like, all the temp
20 service jobs, I think I was let go because I
21 wasn't able to perform.
22   Q.   Okay.  What did you earn through
23 those temp jobs, the warehouses?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                      6/14/2023

Page 49

1    A.   The bare minimum, like, $12 to
2    $13.  Or sometimes 8 they -- they would say.
3         COURT REPORTER:  Did you say
4    "Sometimes 8?"
5    A.   Like, 8.75.
6    Q.   (By Ms. Gordon)  Did you resign
7    from any of the temp jobs that you had in
8    between Outback and Milo's?
9    A.   No, ma'am.
10   Q.   Any of them that ended, it was
11   because you were let go?
12   A.   Yes, ma'am.
13   Q.   And it's your testimony that you
14   were let go from those jobs because you
15   could not perform your job duties?
16   A.   Yes, ma'am.
17   Q.   And would it be PrideStaff and
18   Dedicated Personnel that would have any
19   payroll or attendance records for those temp
20   jobs?
21   A.   Yes, ma'am.
22   Q.   All right.  Tell me about any
23   time that you missed from work at Outback

Page 50

1    280 that you claim was a result of
2    October 15, 2020.
3    A.   Can you explain that question?
4    Q.   Sure.  Are you claiming that
5    there were days that you could not go to
6    work at Outback because of the incident at
7    Wal-Mart?
8    A.   I went to work.  I couldn't
9    perform the duties of the job like I was
10   supposed to, like I did before the accident.
11   Q.   Okay.  And I understand that your
12   testimony is that you were let go from there
13   because you could not perform the jobs; is
14   that right?
15   A.   Yes, ma'am.
16   Q.   Okay.  But before you were let
17   go, were there any days where you are
18   claiming you couldn't go to work because of
19   injuries you relate to the incident at
20   Wal-Mart?
21   A.   No, ma'am.
22   Q.   Or are you claiming that there
23   were days where you couldn't work a full day

Page 51

1    even though you were scheduled to work a
2    full day because of injuries you relate to
3    the incident at Wal-Mart?
4    A.   So are you saying, like, did
5    I decide to stay there even though I
6    couldn't -- I wasn't able to stand up or
7    something?
8    Q.   No.  It would be more, like, are
9    you claiming that there were days you had to
10   call in and say, I can't come because I am
11   in so much pain or --
12   A.   No, ma'am.  Because I had bills,
13   so I had to go to work.
14   Q.   Okay.  And you were not provided
15   health insurance through Outback; correct?
16   A.   No, ma'am.
17   Q.   That was a bad question.
18        Did Outback provide you with
19   health insurance?
20   A.   I didn't have health insurance.
21   Q.   Okay.  Have you ever applied for
22   unemployment benefits?
23   A.   No, because I was working during

Page 52

1    that time, so I couldn't apply.
2         By the time I was let go, I'm not
3    sure if I applied for it.  I don't think I
4    did.  I don't know.
5    Q.   Okay.  And before we move on to
6    another topic, I'm going to mark a pay stub
7    that you gave us as part of your document
8    production as Defendant's Exhibit 1.  And I
9    am going to give you a copy of it.  And I
10   think I have mine.
11        Is this one of your pay stubs
12   from when you worked at Outback?
13   A.   Yes, ma'am.
14        (Whereupon, Defendant's Exhibit
15        No. 1 was marked and is attached
16        to the original transcript.)
17   Q.   (By Ms. Gordon)  Okay.  And what
18   is the -- this was for the pay period of
19   June 3, 2019, through June 16, 2019; is that
20   correct?  It looks like the top right is
21   where I saw it.
22   A.   Yes, ma'am.
23   Q.   Okay.  And it says that -- so

13  (Pages 49 to 52)

Alexandria Bennett                                          6/14/2023

---

Page 53

1    that would have been before October 15,
2    2020; right?
3        A.  Uh-huh (affirmative).
4        Q.  Is that a yes?
5        A.  Yes, ma'am.
6        Q.  Okay.
7        A.  I'm sorry.
8        Q.  That's okay.  And in June of
9    2019, it looks like your pay rate was
10   $15.25.  Does that sound right to you?
11       A.  Yes, ma'am.
12       Q.  And you were paid on a biweekly
13   basis?
14       A.  Yes, ma'am.
15       Q.  Okay.  Do you think that your pay
16   changed between June of 2019 and October of
17   2020?
18       A.  Yes, ma'am.
19       Q.  All right.  Do you have a more
20   current pay statement from Outback or one
21   that was closer to October of 2020?
22       A.  No, ma'am.
23       Q.  Would your pay have increased

---

Page 54

1    between June of 2019 and October of 2020?
2        A.  I made a lot of hours at Outback.
3    So I think it would have probably been more
4    around the same.  How many hours are on
5    there?  Yeah, I worked a lot of hours there.
6        Q.  Yes, this one shows 36.5667.  So
7    would that be a typical week for you at
8    Outback?
9        A.  On 280, I was working overtime.
10   So I got more than 36 hours over there.
11       Q.  And it looks like this was the
12   280 one.  Do you see the unit?  It says
13   "Inverness."  Is that the 280 location?
14   Kind of top middle.
15       A.  Top middle?
16       Q.  Yes.  Let me point to it.  I saw
17   it right there (indicating).
18       A.  Yes, ma'am.
19       Q.  So does that mean this was a pay
20   statement from the 280 location?
21       A.  Yes, ma'am.
22       Q.  And it's for a pay period of
23   about 13 days.  So that would be about the

---

Page 55

1    two-week pay period; correct?
2        A.  Yes, ma'am.
3        Q.  So the total number of hours
4    worked would be for a two-week period; is
5    that right?
6        A.  Yes, ma'am.
7        Q.  So you worked about 36.5 hours
8    over a two-week period; is that right?
9        A.  Or more, yes, ma'am.
10       Q.  And it lists your -- in the
11   earnings section, it lists your job as
12   A.M. prep.  Do you know what that stands
13   for?
14       A.  Yes, ma'am.
15       Q.  What does it stand for?
16       A.  A.M. prep.
17       Q.  Like, morning prep?
18       A.  Yes, ma'am.
19       Q.  A prep cook?
20       A.  That's the job description that
21   they had me in as.
22       Q.  Did that job description ever
23   change on your pay statement when you became

---

Page 56

1    manager?
2        A.  No, ma'am.  They just changed the
3    pay, the pay rate.
4        Q.  Okay.  And your current job, have
5    you been told an end date, or is it just
6    kind of to be determined?
7        A.  It's a temp service so, you know,
8    it's temp to hire.
9        Q.  Okay.  What about have you ever
10   been arrested or convicted of a crime?
11       A.  No, ma'am.
12       Q.  Have you ever filed for
13   bankruptcy?
14       A.  No, ma'am.
15       Q.  Are you a member of any churches,
16   social clubs, or organizations in either
17   Jefferson, Blount, or Shelby County?
18       A.  Say that again.
19       Q.  Sure.
20       A.  Do I go to church?
21       Q.  I'm just asking -- this is just
22   for purposes of picking people for the jury.
23   I don't want some of your church members,

---

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                      6/14/2023

Page 57

1    your friends, or friends from other
2    organizations on the jury, just like you
3    probably wouldn't want people that are
4    employed by Wal-Mart or something on the
5    jury.
6         But do you have any -- are you a
7    member of any churches, social clubs, or
8    organizations in either Jefferson, Shelby
9    County, or Blount County?
10   A.   No, ma'am.
11   Q.   Okay.  All right.  Before
12   October 15, 2020, were you taking any
13   medication on a regular basis?
14   A.   No, ma'am.
15   Q.   Were you suffering from any
16   chronic medical conditions before
17   October 15, 2020?
18   A.   No, ma'am.
19   Q.   Had you been diagnosed with
20   diabetes or high blood pressure, anything
21   like that, before October 15, 2020?
22   A.   No, ma'am.
23   Q.   Have you since been diagnosed

Page 58

1    with any chronic medical conditions?  And
2    that would be things that require you to
3    take medicine on a regular basis, like high
4    blood pressure or diabetes.
5    A.   No, ma'am.
6    Q.   Did you play any sports in high
7    school?
8    A.   I ran track.
9    Q.   Were you ever injured doing that?
10   A.   No, ma'am.
11   Q.   Have you ever suffered an
12   on-the-job injury?
13   A.   No, ma'am.
14   Q.   Have you ever filed for workers'
15   compensation benefits?
16   A.   No, ma'am.
17   Q.   Before October 15, 2020, were you
18   involved in any sports or exercise
19   activities?
20   A.   No, ma'am.
21   Q.   Before October 15, 2020 had you
22   ever suffered any injuries to your back?
23   A.   No, ma'am.

Page 59

1    Q.   Had you ever suffered any
2    injuries to either of your hips before
3    October 15, 2020?
4    A.   No, ma'am.
5    Q.   What about to either of your
6    ankles; had you ever suffered any injuries
7    to either of your ankles before October 15,
8    2020?
9    A.   Yes, ma'am.
10   Q.   Will you tell me about that,
11   please?
12   A.   I have been in a car accident
13   before.
14   Q.   Okay.  When was that?
15   A.   I believe -- I believe at the
16   beginning of 2020.
17   Q.   Okay.  Where were you when that
18   happened?
19   A.   Birmingham, Alabama.
20   Q.   Were you on the interstate or the
21   side road or -- where were you?
22   A.   I was on a regular road.
23   Q.   Okay.  What part of Birmingham?

Page 60

1    A.   I think it was Birmingham,
2    Alabama, like the west side or something.
3    Q.   Okay.  And tell me how the
4    accident happened.
5    A.   It was raining, and I lost
6    control of the vehicle.  A head collision --
7    a head-on collision.
8    Q.   With another car?
9    A.   Yes, ma'am.
10   Q.   You were the driver of your car?
11   A.   Yes, ma'am.
12   Q.   What type of car were you in?
13   A.   Hyundai Sonata.
14   Q.   Was anybody in the car with you?
15   A.   Yes, ma'am.
16   Q.   Who was with you?
17   A.   A friend.
18   Q.   What was his or her name?
19   A.   I don't know the last name.
20   Brandon.
21   Q.   Okay.  Was a police report
22   completed as a result of that accident?
23   A.   Yes, ma'am.

15  (Pages 57 to 60)

Alexandria Bennett                                    6/14/2023

Page 61

1    Q.  Do you remember which police
2  entity -- that's the best word I can come up
3  with -- completed it?
4    A.  No, ma'am.
5    Q.  Was it, like, the Birmingham
6  Police Department or a city police
7  department?
8    A.  I believe so.  Probably.
9    Q.  You think it was Birmingham?
10   A.  Yes, ma'am.
11   Q.  Were you given any citations or
12 tickets as a result of that accident?
13   A.  What does that mean?
14   Q.  Like, did they give you a ticket,
15 like, for no insurance or no seat belt or
16 speeding or DUI or anything like that?
17   A.  No, ma'am.
18   Q.  Okay.  Was the Hyundai damaged in
19 the accident?
20   A.  Yes, ma'am.
21   Q.  Was it totaled?
22   A.  Yes, ma'am.
23   Q.  Did you have automobile insurance

Page 62

1  back then?
2    A.  I'm not sure.
3    Q.  Do you have it now?
4    A.  Yes, ma'am.
5    Q.  Who is it with now?
6    A.  It's a funny name.  I can't
7  remember the name of it.
8    Q.  If you think of it, just feel
9  free to interrupt me and let me know.
10   A.  Yes, ma'am.
11   Q.  Okay.  Were you injured in the
12 automobile accident?
13   A.  Yes, ma'am.
14   Q.  How were you injured?
15   A.  My spleen was cracked internally.
16 My knee was saturated [sic].  And my ankle
17 was sprained.
18   Q.  Okay.  Which knee?
19   A.  The left -- left one.
20   Q.  And which ankle?
21   A.  Right.
22   Q.  Were you taken by ambulance from
23 the scene?

Page 63

1    A.  Yes, ma'am.
2    Q.  And which hospital were you taken
3  to?
4    A.  Grandview.
5    Q.  Were you diagnosed with any
6  fractures or broken bones at Grandview?
7    A.  No, ma'am.
8    Q.  Did you stay there overnight, or
9  did you go home the same day?
10   A.  I was in the hospital a few days
11 because I was bleeding internally from the
12 spleen.
13   Q.  Did you have surgery on your
14 spleen?
15   A.  No, ma'am.  They called it off.
16   Q.  Did you have to have surgery on
17 your knee or your ankle?
18   A.  No, ma'am.
19   Q.  Did you receive treatment from
20 anywhere else, besides Grandview, as a
21 result of the 2020 automobile accident?
22   A.  No, ma'am.
23   Q.  Did you ever have to see an

Page 64

1  orthopedic doctor for any injuries from the
2  automobile accident?
3    A.  No, ma'am.
4    Q.  Okay.  So after that initial ER
5  visit, there was no other treatment related
6  to the automobile accident?
7    A.  No, ma'am.
8    Q.  Did any lawsuits arise out of
9  that accident?
10   A.  No, ma'am.
11   Q.  You haven't been sued and you
12 haven't sued anybody about that?
13   A.  No, ma'am.
14   Q.  Any other injuries to either your
15 hip, back, or ankles before October 15,
16 2020?
17   A.  No, ma'am.
18   Q.  Okay.  And besides the treatment
19 at Grandview, had any doctors treated you
20 for any hip, back, or ankle pain or problems
21 before October 15, 2020?
22   A.  No, ma'am.
23   Q.  Were you given a specific

16  (Pages 61 to 64)

Alexandria Bennett                                        6/14/2023

Page 65

1  diagnosis with regard to your ankle
2  following the 2020 automobile accident?
3      A.   The biggest thing was my knee,
4  because it had saturated out -- and the
5  spleen -- because it was cracked internally.
6  They wanted the blood to stop, and it
7  stopped on its own.
8      Q.   Okay.  Did you have to wear any
9  braces on your knee or your ankle after
10 that?
11     A.   Uh-uh (negative).
12     Q.   Is that a no?
13     A.   No, ma'am.
14     Q.   Thank you.  Did the automobile
15 cause you -- accident cause you to have pain
16 in either your knee or your ankle?
17     A.   My knee was hurting, but I think
18 my ankle was sprung or something --
19 sprained.
20     Q.   How long did it take for your
21 knee pain to go away, if it did?
22     A.   Not long.
23     Q.   Like a few weeks?  A few months?

Page 66

1      A.   I will say a few weeks, I guess,
2  because I had to get it stitched up.
3      Q.   Did you miss some work as a
4  result of the automobile accident?
5      A.   Whatever time they told me to be
6  off, that's what I was off, and I went back
7  to work.
8      Q.   Okay.  And did your ankle hurt
9  you at all after the automobile accident?
10     A.   No, ma'am.
11     Q.   Did you report ankle pain at the
12 ER that day, the day of the automobile
13 accident?
14     A.   It was sprained.
15     Q.   Okay.  And did the pain go away
16 right after you left the emergency room, or
17 did it linger for some time?
18     A.   It didn't go right away, but I
19 think they said it was healed.  The biggest
20 -- the biggest thing was my knee and, on the
21 inside, my spleen.
22     Q.   And you didn't have to have any
23 follow-up treatment with anyone for any of

Page 67

1  those injuries?
2      A.   No, ma'am.
3      Q.   Had all of the injuries from the
4  automobile accident healed by the time the
5  incident at Wal-Mart happened?
6      A.   I believe so.
7      Q.   And when you went to the ER after
8  the automobile accident, did any of the
9  doctors there recommend that you seek any
10 additional treatment for any of your
11 injuries from the automobile accident?
12     A.   I'm not sure.  I'm not sure.
13     Q.   Was that ER visit something you
14 had to pay for out of pocket after the
15 automobile accident?
16     A.   I'm not sure.
17     Q.   Okay.  Did you have health
18 insurance back then when the automobile
19 accident happened?
20     A.   No, ma'am.
21     Q.   Have you been involved in any
22 other automobile accidents, whether you were
23 the driver or a passenger, before

Page 68

1  October 15, 2020?
2      A.   No, ma'am.
3      Q.   Okay.  Have you been in any
4  automobile accidents since October 15, 2020?
5      A.   No, ma'am.
6      Q.   Have you suffered any falls or
7  other injuries to either your hip, your
8  back, or your ankles since October 15, 2020?
9      A.   Does that mean, like, have I --
10 did I have continuous pain or something?
11     Q.   No.  I'm really asking more,
12 like, have there been any -- I know you are
13 claiming that you fell on October 15, 2020.
14     A.   Uh-huh (affirmative).
15     Q.   Since that date, have you fallen
16 on any other occasions or been involved in
17 any other sort of accidents that led to
18 injuries to your ankle, hip, or your back?
19     A.   No, ma'am.
20     Q.   Okay.  Were you given any
21 medication for the injuries caused by the
22 automobile accident?
23     A.   No, ma'am.  I can't recall.

17  (Pages 65 to 68)

Alexandria Bennett                                              6/14/2023

Page 69

1    Q.   Okay.  What was your pharmacy
2  back then when you had the automobile
3  accident?  Where did you get prescriptions
4  filled?
5    A.   Usually, I will go to the
6  Wal-Mart Pharmacy.
7    Q.   Which location?
8    A.   Or not -- well, if it was
9  Wal-Mart, it was the one in Pelham.
10    Q.   Okay.
11    A.   And I go to CVS.
12    Q.   And which CVS?
13    A.   It would have been the one, like,
14  between Montgomery Highway...
15    Q.   Okay.
16    A.   I think that's where it is.  In
17  Hoover.
18    Q.   All right.  Who do you consider
19  your primary care doctor today?
20    A.   Today?
21    Q.   Yes.
22    A.   No one.
23    Q.   If you thought you had the flu or

Page 70

1  strep throat or something like that, where
2  would you go?
3    A.   I would go to UAB's -- I'm sorry.
4  I think it's, like, Urgent Care or
5  something.
6    Q.   But it's affiliated with UAB?
7    A.   Yes, ma'am.
8    Q.   Okay.  And back when -- like,
9  back early 2020, who did you consider your
10  primary care doctor?
11    A.   I can't recall.
12    Q.   I saw somewhere there was a
13  mention of a Dr. Shelley, and the last name
14  started with a "W," like Weisen-something.
15  Does that ring any bells?
16    A.   I'm not sure.
17    Q.   That's fine.  I can't even
18  remember the last name.
19      Okay.  Sitting here today, do you
20  recall any of your prior primary care
21  doctors?
22    A.   No, ma'am.
23    Q.   Okay.  I know you have been

Page 71

1  treated at Grandview.  And then I am going
2  to get to the point where I talk to you
3  about where you were treated for injuries
4  you relate to the incident at Wal-Mart.
5      But have you been to any other
6  ERs besides Grandview -- had you been before
7  October 15, 2020?
8    A.   Any other ERs?
9    Q.   Yes, ma'am.
10    A.   Before 2020?
11    Q.   Yes.
12    A.   I mean, if I went to the
13  hospital, it would have been in Shelby, at
14  Shelby Baptist.
15    Q.   All right.  What about were there
16  any urgent cares where you went more than
17  once before October 15, 2020?
18    A.   No, ma'am.
19    Q.   Okay.
20    A.   I don't think so.
21    Q.   Where did you deliver your
22  daughter?
23    A.   I delivered her -- I was supposed

Page 72

1  to deliver her at Shelby, but I delivered
2  her at UAB.
3    Q.   Okay.  Had you undergone any
4  surgeries before October 15, 2020?
5    A.   No, ma'am.
6    Q.   Had you broken any bones before
7  October 15, 2020?
8    A.   No, ma'am.
9    Q.   Had you seen a chiropractor
10  before October 15, 2020?
11    A.   No, ma'am.
12    Q.   What about since October 15,
13  2020, have you seen any chiropractors?
14    A.   After?
15    Q.   Yes.
16    A.   I'm not sure.
17    Q.   Okay.  And have you suffered any
18  broken bones since October 15, 2020?
19    A.   You are talking about, like, have
20  I broke something else or something?
21    Q.   Yes.
22    A.   No, ma'am.
23    Q.   Okay.  Have you had an ER visit

18  (Pages 69 to 72)

Alexandria Bennett                                      6/14/2023

Page 73

1  since the incident at Wal-Mart, not related
2  to that?
3       A.  No, ma'am.
4       Q.  Okay.
5       A.  But I had COVID.  I'm sorry.
6       Q.  I see.  Where were you treated
7  for that?
8       A.  I think UAB.  UAB told me I had
9  COVID.
10      Q.  Okay.  Are you doing okay, or do
11 you need a break?
12      A.  Can we take a break?
13      Q.  Sure.  It's a good stopping
14 point.  That's why I asked.
15      A.  Okay.
16          (Whereupon, a brief recess was
17          taken from 2:42 p.m. until
18          2:49 p.m.)
19      Q.  (By Ms. Gordon)  Okay.  How tall
20 are you?
21      A.  I will say probably, like,
22 five-four.
23      Q.  Five-four.  And now I want to ask

Page 74

1  you about October 15, 2020.  Tell me about
2  what time the incident we are here about
3  today happened.
4       A.  I know -- I know it was getting
5  towards nighttime.
6       Q.  And from the surveillance videos
7  that we got from Wal-Mart, it looks like --
8  well, they cover a big span.  But I think
9  the notes I have say it was around 7:20.
10 Does that sound right to you?
11      A.  Yes, ma'am.
12      Q.  Have you seen any of those
13 surveillance videos that I sent to your
14 lawyer?
15      A.  Yes, ma'am.
16      Q.  Okay.  Were you able to -- were
17 you shown on any of those videos?  Because I
18 tried to look for you, but I didn't know
19 what you looked like, so that made it hard.
20      A.  I've got the picture -- oh, no.
21 That was a picture then.  No.
22      Q.  Okay.  You haven't seen any of
23 the videos?

Page 75

1       A.  Uh-uh (negative).  I don't think
2  I've seen myself on a video.
3       Q.  Okay.
4       A.  But it was -- it was on, like,
5  the other side of something.
6       Q.  Well, and that's what -- I will
7  represent to you that they tried to find a
8  video.  There is no video on the aisle where
9  this happened.  And so --
10      A.  Yes, because I was surprised.  I
11 had -- I had heard that you-all didn't have
12 a camera on that -- on that aisle.
13      Q.  Correct.  And so they provided
14 the video footage from the cameras nearest
15 that aisle.
16      A.  Okay.
17      Q.  So those are the ones we have.
18 Those are the ones that I have sent to your
19 attorney.
20          And like I said, I looked through
21 them, and I couldn't identify you.  And I
22 was just curious if you were able -- if you
23 had looked at them and seen yourself shown

Page 76

1  on any of the videos.
2          Do you remember one way or the
3  other today if you are shown on any of those
4  videos?
5       A.  No, ma'am, because -- no, ma'am.
6       Q.  Okay.  That's fine.
7          All right.  So we think it was
8  about 7:20.  So towards the end of the day;
9  is that right?
10      A.  Yes, ma'am.
11      Q.  And you were living at The Pearl
12 at the time?
13      A.  Yes, ma'am.
14      Q.  And this was at the Wal-Mart in
15 Helena?
16      A.  Yes, ma'am.
17      Q.  Okay.  What had you been doing
18 that day?
19      A.  I was going in there shopping for
20 dinner.
21      Q.  Okay.  And from my recollection,
22 there is a Wal-Mart probably a little closer
23 to you in Homewood.  Were you in Helena for

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                              6/14/2023

Page 77

1   a reason?  What were you doing in Helena?
2        A.   At that time, my daughter's
3   grandmother, they are, like, from there.
4   So, you know, you can go a way to Bessemer.
5   So we would go through that way and stop
6   right there at that -- in Helena going to
7   her grandma's house.
8        Q.   Okay.  And so when you say --
9   it's your daughter's grandmother?
10       A.   Uh-huh (affirmative).
11       Q.   So would it be Kevin's --
12       A.   Kevin's mom.
13       Q.   Kevin's mom?
14       A.   Yes, ma'am.
15       Q.   And she lives in Helena?
16       A.   She lives in Bessemer.
17       Q.   In Bessemer?
18       A.   Uh-huh (affirmative).
19       Q.   So where were you -- were you
20  driving to Bessemer when you stopped at the
21  Helena Wal-Mart?  Where were you coming from
22  and where were you headed when you stopped
23  at --

Page 78

1        A.   I believe I was going to get her.
2   That would have been the only way I was in
3   Helena, because Helena is right by Bessemer.
4   We will take that road right there to get to
5   Allyson's grandma's house.
6        Q.   Had you worked that day?
7        A.   I can't recall.
8        Q.   Okay.  But you think you were
9   probably coming from the Homewood area or
10  possibly from the Outback?
11       A.   I wasn't coming from the Homewood
12  area.  I'm not sure what I was -- where I
13  was coming from.
14       Q.   Okay.  But you think you ended up
15  in Helena because you were on your way to
16  Bessemer to get your daughter?
17       A.   Yes, ma'am.
18       Q.   Okay.  Had you already picked up
19  your daughter by the time you stopped at the
20  Helena Wal-Mart?
21       A.   No, ma'am.
22       Q.   Was anyone with you when you
23  stopped at the Helena Wal-Mart?

Page 79

1        A.   Yes, ma'am.
2        Q.   Who was with you?
3        A.   Kevin.
4        Q.   That's Kevin ████?
5        A.   Yes, ma'am.
6        Q.   Was it already dark outside when
7   you stopped there?
8        A.   I can't -- I don't remember.
9        Q.   And another test of your memory,
10  what was the weather like then?
11       A.   It was fine.
12       Q.   All right.  No rain?
13       A.   No, ma'am.
14       Q.   The parking lot wasn't wet as far
15  as you remember?
16       A.   No, ma'am.  It wasn't raining
17  that day.
18       Q.   And what were you stopping at
19  Wal-Mart for?
20       A.   To get a couple of items.
21       Q.   Do you remember what you were
22  getting?
23       A.   No, ma'am.

Page 80

1        Q.   All right.  Which -- is there
2   more than one entrance to that store?
3        A.   Yes, ma'am.
4        Q.   Do you remember which entrance
5   you went in?
6        A.   No, ma'am.
7        Q.   Did Kevin go inside with you?
8        A.   Yes, ma'am.
9        Q.   I took some screenshots from the
10  surveillance video so that maybe it would
11  refresh your recollection about which
12  entrance you went in.  And I will mark the
13  first one as Defendant's Exhibit 2 and the
14  second one as Defendant's Exhibit 3.
15            Do you recognize either of these
16  as being the entrance that you went in?
17       A.   I can't remember which entrance I
18  went in.
19            (Whereupon, Defendant's Exhibit
20            Nos. 2 and 3 were marked and are
21            attached to the original
22            transcript.)
23       Q.   (By Ms. Gordon)  That's fine.

Alexandria Bennett                                    6/14/2023

Page 81

1    Okay.  So you went in an
2  entrance.  And once you got inside, where
3  did you go from there?
4    A.  I'm not sure.  I just know I went
5  in there to get a few items for dinner.  I
6  don't remember, like, everything I did.  I
7  don't remember.
8    Q.  Okay.  Where did the incident
9  happen?
10    A.  On the water aisle.
11    Q.  Like, where they sell the bottled
12  water?  Is that what you mean by "the water
13  aisle"?
14    A.  Yes, ma'am.
15    Q.  Did you and Kevin stay together
16  the entire time you were in Wal-Mart that
17  night?
18    A.  Yes, ma'am.
19    Q.  And did you have a buggy with
20  you, a cart, a grocery cart?
21    A.  I'm not sure.
22    Q.  Were you carrying anything like a
23  purse or a phone?

Page 82

1    A.  I know I probably had my purse
2  over my shoulder.
3    Q.  What were you wearing that
4  evening?
5    A.  I'm not sure, but I know I had
6  some burgundy -- or some colored hair.
7    Q.  Okay.  Any idea what shoes you
8  were wearing that evening?
9    A.  They were sturdy shoes.
10    Q.  Can you describe them for me?
11    A.  No, ma'am.
12    Q.  How long had you been in this
13  store before the fall happened?
14    A.  I don't believe I was in there
15  long.
16    Q.  Any estimate as to how long?
17    A.  I will probably say, I believe,
18  probably 10 to 15 minutes.
19    Q.  Did you go down other aisles
20  before you went down the water aisle, or did
21  you go straight to the water aisle when you
22  got there?
23    A.  No, ma'am.

Page 83

1    Q.  You went down some other aisles
2  first?
3    A.  Yes, ma'am.
4    Q.  Did you have any problems going
5  down those aisles?
6    A.  No, ma'am.
7    Q.  Did you observe anything on the
8  aisles you went down before the water aisle
9  that caused you any concern?
10    A.  No, ma'am.
11    Q.  Did you pass by any employees of
12  Wal-Mart that you remember before you went
13  down the water aisle?
14    A.  I don't remember.
15    Q.  Okay.  All right.  And if you
16  will, just describe for me in as much detail
17  as you can what happened that day on the
18  water aisle.
19    A.  I went to reach to get some
20  water, and I slipped and fell.
21    Q.  About how far down the water
22  aisle was it when this happened -- where
23  this happened?

Page 84

1    A.  I don't think I was down too far.
2    Q.  Like, had you made it halfway or
3  not even halfway?  Any idea?
4    A.  No, it wasn't halfway.
5    Q.  Did you enter the water aisle
6  from the front of the store or the back of
7  the store?
8    A.  It was the back of the store, I
9  think -- I believe.
10    Q.  Was anything blocking your view
11  of the water aisle before you walked down
12  it?
13    A.  No, ma'am.
14    Q.  Was there anything blocking your
15  view of the floor on the water aisle before
16  you walked down it?
17    A.  No, ma'am.
18    Q.  Were there any displays or
19  anything out in the middle of the aisle of
20  the water aisle that day?
21    A.  No, ma'am.
22    Q.  Okay.  Were you sick that day?
23    A.  No, ma'am.

21  (Pages 81 to 84)

Alexandria Bennett                                          6/14/2023

Page 85

1    Q.   And you had your contacts on;
2  right?
3    A.   Yes, ma'am.
4    Q.   Okay.  Did you see anything on
5  the floor of the water aisle before you
6  walked down it that day?
7    A.   I mean, the floor was -- you know
8  how you see, like, scuff marks?  The floor
9  was, like, real scuffed up there so -- you
10  know, besides the dirty scuff marks, I
11  didn't -- I didn't see anything.
12    Q.   Okay.  Had you been in the Helena
13  Wal-Mart store before October 15, 2020?
14    A.   Have I been there before?
15    Q.   Yes.
16    A.   Yes, ma'am.
17    Q.   Okay.  How often did you go there
18  before October 15th?
19    A.   Here and there.
20    Q.   Would you say you were familiar
21  with it before that date?  Like, if you went
22  in there, you knew where things were that
23  you were shopping for?

Page 86

1    A.   No, ma'am, not like every --
2  because sometimes I would go to the Pelham
3  Wal-Mart.
4    Q.   Okay.  But you had been in there
5  on at least one other occasion before
6  October 15, 2020?
7    A.   Yes, ma'am.
8    Q.   Had it been more than ten
9  occasions?
10    A.   I can't recall.
11    Q.   On any of the occasions on which
12  you went to Wal-Mart before the incident,
13  had you ever seen anything that concerned
14  you while you were shopping there?
15    A.   Have I -- have I -- can you
16  repeat that?
17    Q.   Sure.
18    A.   I'm sorry.
19    Q.   The trips that you made to the
20  Helena Wal-Mart before October 15, 2020, was
21  there ever anything you observed that
22  concerned you?
23    A.   No, ma'am.

Page 87

1    Q.   Anything that you thought --
2  anything you saw that you thought was a
3  safety hazard while you were there shopping
4  before October 15, 2020?
5    A.   No, ma'am.
6    Q.   Had you ever had any problems
7  shopping at that store before October 15,
8  2020?
9    A.   No, ma'am.
10    Q.   All right.  And on October 15,
11  2020, did you and Kevin enter the water
12  aisle at the same time?
13    A.   Yes, ma'am.
14    Q.   Were y'all walking side by side
15  or one in front of the other?  Do you
16  remember?
17    A.   Something like that.  Something
18  like that, yes, ma'am.  He was on the aisle.
19    Q.   He was on the aisle.  Okay.  And
20  y'all entered it at the same time?
21    A.   Yes, ma'am.
22    Q.   And you make it, what, about a
23  fourth of the way down the aisle?

Page 88

1    A.   Yes, ma'am.
2    Q.   And what were you looking for on
3  that aisle?
4    A.   I was shopping for some water,
5  getting some water.
6    Q.   Was there a certain brand you
7  were looking for?
8    A.   I don't -- I like certain brands
9  of water.  I will say that.
10    Q.   What type of brands do you like?
11    A.   I like alkaline water.  I like
12  Avadian water [sic].  I like Smartwater.
13    Q.   And I believe I saw somewhere
14  that you were maybe shopping for Smartwater.
15    Would that surprise you if you
16  had told somebody that's what you're
17  shopping for?
18    A.   Ma'am?
19    Q.   If you had told somebody that day
20  that you were shopping for Smartwater when
21  you fell, would that surprise you?
22    A.   I was shopping -- I was going in
23  just for a few items for dinner.

22  (Pages 85 to 88)

Alexandria Bennett                                    6/14/2023

Page 89

1    Q.  Right.  But you went down the
2  water aisle to get water; is that correct?
3    A.  Yes, ma'am.
4    Q.  Okay.  And were you looking for a
5  case of water or a single bottle of water?
6    A.  No, I wouldn't have picked up a
7  case.  I think it was probably, like, a jug
8  of water or, you know -- not a case, though.
9  Uh-uh (negative).
10    Q.  And sitting here today, do you
11  remember what kind you were shopping for on
12  October 15th -- what brand you were shopping
13  for on October 15th?
14    A.  No, ma'am.
15    Q.  All right.  And had you picked up
16  water off the shelf before you fell?
17    A.  I was going to reach for the
18  water, and I fell.
19    Q.  You fell in the process of
20  reaching for water?
21    A.  Yes, ma'am.
22    Q.  Okay.  And where was the water
23  located that you were reaching for when you

Page 90

1  fell?
2    A.  You are talking about my jug of
3  water or the water --
4    Q.  Right.  Like, where -- I assume
5  there are multiple shelves on the aisle; is
6  that right?
7    A.  Uh-uh (negative).
8    Q.  Is that a yes?
9    A.  Yes, ma'am.  I'm sorry.
10    Q.  Okay.  Do you remember which
11  shelf the water was located on, the one that
12  you were reaching for when you fell?
13    A.  The top shelf.
14    Q.  Okay.  Was the water bottle -- is
15  it fair to say it was a water bottle that
16  you were reaching for?  Is that accurate?
17  Or water jug?
18    A.  Yes, ma'am.
19    Q.  Okay.  Either one, whether you
20  were reaching for a water bottle or a water
21  jug, was that item sitting directly on the
22  shelf, or was it in a box or on a pallet?
23    A.  It was on the shelf.

Page 91

1    Q.  Sitting directly on the shelf?
2    A.  I believe, yes, ma'am.  I believe
3  so.
4    Q.  Was it at the edge of the shelf
5  or further back?
6    A.  No.  I just was going to reach
7  for some water and just fell.
8    Q.  Did you ever reach the water
9  before you fell?
10    A.  I'm not sure.
11    Q.  Okay.
12    A.  I'm not sure.
13    Q.  Did you have anything in your
14  hands when you fell?
15    A.  I don't think so.
16    Q.  All right.  And what caused you
17  to fall?
18    A.  I think it was dirty water on the
19  floor.
20    Q.  What makes you think that?
21    A.  Because once I was on the floor,
22  I seen it was water right there.  So you
23  know how I said "scuff marks"?  It was,

Page 92

1  like, dirty water, scuff marks.
2    Q.  Had you seen any dirty water on
3  the floor of the water aisle before you
4  fell?
5    A.  You said did I see any dirty
6  water?
7    Q.  Or any water or any liquid
8  substance on the floor of the water aisle
9  before you fell.
10    A.  No, ma'am.
11    Q.  All right.  Tell me what motion
12  your body -- what movements your body made
13  when it fell, like, how you landed and -- if
14  you can, describe for me how you fell.
15    A.  I just know I reached for that
16  water, and I was on the floor.  I don't
17  remember how I fell.  I just know I was on
18  the floor, because it was just shocking.
19    Q.  Did one or both of your feet
20  slip?  Or did your feet slip?
21    A.  I slipped.  I slipped and fell.
22    Q.  Did you feel your feet slip
23  before you fell?

                                    23  (Pages 89 to 92)

Alexandria Bennett                                          6/14/2023

Page 93

1    A.   It hit -- everything hit me so
2  fast.  I mean, I just went to the floor.
3    Q.   Okay.
4    A.   Slipped and fell.
5    Q.   And did you feel your feet slip
6  before you fell?
7        MS. WASHINGTON:  Objection.
8  Asked and answered.  But you can answer.
9  You can answer.  I just do that for the
10 record.
11   Q.   (By Ms. Gordon)  You can answer.
12   A.   Like, I slipped and fell.
13   Q.   Okay.  And that's what I am
14 asking.  Did you feel something slippery
15 under your feet?
16       MS. WASHINGTON:  Objection.
17 Answer.
18   A.   Yes.
19   Q.   (By Ms. Gordon)  Okay.  And did
20 you feel your feet go out from under you
21 before you fell?
22   A.   Yes, ma'am.
23   Q.   Was it one or both of your feet

Page 94

1  that you felt something slippery under?
2    A.   I'm not sure.
3    Q.   And do you know if one or both of
4  your feet went out from under you?
5    A.   Yes, ma'am.  Both of them,
6  because I fell to the floor.
7    Q.   Okay.  Did any part of your body
8  hit anything on the way to the floor?
9    A.   No, ma'am.
10   Q.   And on what part of your body did
11 you land?
12   A.   Like, I'm not sure how I landed.
13 I know what was hurting.  I'm not sure how I
14 landed.  I landed on my bottom probably.
15 I'm not sure.
16   Q.   Was it your bottom that hit the
17 floor first?
18   A.   I'm guessing, yes, ma'am.
19   Q.   Was it a certain side of your
20 bottom or straight across?  I'm just trying
21 to understand the mechanism of the fall
22 since I wasn't there and we don't have a
23 video of it.

Page 95

1    A.   My hip was hurting, so I'm not
2  sure how I twisted or fell.  But it just all
3  happened so fast.
4    Q.   Okay.  So one minute you are
5  reaching for the water, the next you feel
6  your feet go out from under you, and then
7  you are on your bottom; is that accurate?
8    A.   Yes, ma'am.
9    Q.   Are there any other details you
10 can tell me about the fall itself or what
11 caused you to fall?
12   A.   Any other details, like --
13   Q.   About how the fall happened or
14 any other details about the incident at
15 issue in this lawsuit.
16   A.   No, ma'am.
17   Q.   Okay.  And you mentioned earlier
18 that, after you fell, you noticed some water
19 on the floor.  Did I hear you right about
20 that?
21   A.   Yes, ma'am.
22   Q.   Okay.  Where did you notice the
23 water?  If you want to tell me in relation

Page 96

1  to your body or in relation to the shelves,
2  either way.
3    A.   I noticed the water on the floor
4  once I was down there on the floor.
5    Q.   Okay.  Was it next to your body
6  or next to the shelves?  Where was it on the
7  aisle?
8    A.   Next to the pallet.  It was a
9  pallet down there.
10   Q.   Was the pallet under the shelving
11 unit?
12   A.   Yes, ma'am.
13   Q.   And did the pallet have some
14 bottled water on it?
15   A.   Yes, ma'am.
16   Q.   And the water was next to the
17 pallet that you saw on the floor?  This gets
18 confusing since it was on the water aisle.
19       The water that you saw on the
20 floor, was it by the pallet holding the
21 bottled water?
22   A.   Yes, ma'am.  I would -- I would
23 think so because the water was stacked up

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                    6/14/2023

Page 97

1    on, like, a raggedy looking pallet thingy.
2        Q.  Okay.
3        A.  You know how they had cases of
4    water on there?  Like that.
5        Q.  Okay.  And you saw some water on
6    the floor next to that?
7        A.  Yes, ma'am.
8        Q.  About what size was the spot of
9    water that you saw on the floor next to the
10   pallet?
11       A.  Well, I noticed it was, like, a
12   lot of water when I was down there but -- go
13   ahead.  I'm sorry.
14       Q.  No.  Just was there more than one
15   spot of water that you noticed on the floor
16   after you fell?
17       A.  Down on the floor?
18       Q.  Yes.
19       A.  It was just around that area.
20   That area was dirty.  You know how you see
21   scuff marks on the floor?  So that's what
22   you would think it is, like, scuff marks.
23           But, like, down there, it's,

Page 98

1    like, the scuff marks and the dirty water
2    mixed, turned black.  You know what I am
3    saying?  Like that.  So you would think it's
4    just scuff marks.
5           But once I was down there, I was,
6    like, Oh, this is water.  Do you know what I
7    am saying?
8        Q.  Okay.  Was there more than one
9    area of water that you saw on the floor
10   after you fell?
11       A.  No, nothing besides the area that
12   I was in.
13       Q.  It was all contained in one area;
14   is that right?
15       A.  I believe so.
16       Q.  And about what size was that area
17   that the water was contained in?
18       A.  Are you talking about, like, what
19   size was the pallet?
20       Q.  I'm just trying to figure out how
21   much water you saw on the ground.  And I
22   think you have said there were --
23       A.  Like, drips, I'm guessing.  I'm

Page 99

1    not sure.
2        Q.  Okay.  You would describe it as
3    drips on the floor?
4        A.  Yes, ma'am.  Just water.
5        Q.  Okay.  And they were all in about
6    the same area, next to the pallet; is that
7    right?
8        A.  Yes, ma'am.
9        Q.  Were the drips -- was there any
10   color to the drips you saw on the floor?
11       A.  You said was there any color?
12       Q.  Yes, ma'am.
13       A.  Black.
14       Q.  Okay.  Do you know what the
15   substance was that was on the floor that you
16   saw after you fell?
17       A.  I think it was pronounced as
18   dirty water on the floor.
19       Q.  When you say "it was
20   pronounced," did somebody tell you that's
21   what it was?
22       A.  What do you mean?
23       Q.  What makes you think that it was

Page 100

1    dirty water on the floor?
2        A.  Because the scuff marks and how
3    they had the aisles kept and stuff like
4    that, how they keep up the place.
5        Q.  What do you mean, "how they keep
6    up the place"?
7        A.  Well, once I heard you-all didn't
8    have a camera or anything at the -- on the
9    aisle, I thought, you know, it was one.  So
10   I went to Wal-Mart to see if it was a camera
11   on that aisle.  And I just noticed how they
12   kept up the store and stuff during that
13   visit.
14       Q.  Okay.  What type of things are
15   you talking about that you noticed?
16       A.  Well, I noticed scuff marks
17   still.  And I noticed some bread that was
18   molded they had out on the shelf.  And I
19   noticed the dirty floor keeping up, you
20   know, with the -- it wasn't -- like, it's
21   not well taken care of in there.
22           And I did notice a wet spill,
23   too, when I went there as well.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                    6/14/2023

Page 101

1    Q.   Where was that?
2    A.   Where was it?  On that section,
3  on that side -- it wasn't on the side of the
4  water, so it was towards the left side of
5  the store where I seen that.
6         They had a little orange cone up,
7  but it was a spill on that -- up under that.
8    Q.   And when did you make that trip
9  back to the Wal-Mart to look around?
10   A.   I went there last month.
11   Q.   Last month.  Okay.  I want to ask
12 you some more about October 15, 2020.
13 Sitting here today, is there any way for you
14 to be certain that that was dirty water that
15 you saw on the floor after you fell?
16   A.   You said am I for certain?
17   Q.   Yes.
18   A.   Yes, ma'am.  I think I am for
19 certain it was dirty water.
20   Q.   Okay.  Do you know where it came
21 from?
22   A.   No, ma'am.
23   Q.   Do you have any information about

Page 102

1  how it got there?
2    A.   No, ma'am.
3    Q.   Any idea how long the water had
4  been there before you fell?
5    A.   No, ma'am.
6    Q.   Has anyone told you that they
7  know how long the water had been there
8  before you fell?
9    A.   No, ma'am.
10   Q.   Has anyone told you that they
11 know where the water came from that you saw
12 on the floor?
13   A.   No, ma'am.
14   Q.   Do you have any evidence or
15 reason to believe that Wal-Mart knew there
16 was water on the floor of the water aisle
17 before you fell?
18   A.   I can't -- I don't understand
19 that.  I'm sorry.
20   Q.   Okay.  Do you have any reason to
21 believe that any Wal-Mart employees knew
22 there was water on the floor of the water
23 aisle before you fell?

Page 103

1    A.   I don't think they knew.  I don't
2  know.
3    Q.   Did you take any photographs
4  after you fell or before you fell while you
5  were shopping that day?
6    A.   No, ma'am, I didn't take no
7  photos.
8    Q.   Did you take any videos after you
9  fell or while you were shopping that day?
10   A.   Kevin took the photos.
11   Q.   Okay.  And has Kevin given a copy
12 of any photos he took?
13   A.   If I do have them, I will have to
14 look for them or something or just ask him
15 about it.
16   Q.   How many did he take, if you
17 know?
18   A.   It was a couple.
19   Q.   Okay.  And you have provided one
20 photograph as part of your document
21 production that I will mark -- if I can find
22 it -- I will mark as Defendant's Exhibit 4.
23        Have you seen this photograph

Page 104

1  before?
2    A.   Yes, ma'am.
3        (Whereupon, Defendant's Exhibit
4        No. 4 was marked and is attached
5        to the original transcript.)
6    Q.   (By Ms. Gordon)  Is that one that
7  Kevin took, or do you know who took it?
8    A.   I don't know who took it.
9    Q.   Or how you got that picture?
10   A.   It was either from Kevin or the
11 lady that was sitting with me at the store.
12   Q.   Okay.  So let's back up.  After
13 you fall, you see the water in one area that
14 we've talked about; right?
15   A.   Uh-huh (affirmative).
16   Q.   Is that a yes?
17   A.   Yes, ma'am.  I'm sorry.
18   Q.   Okay.  Did anybody see you fall?
19   A.   Yes, ma'am.
20   Q.   Who saw you fall?
21   A.   Kevin.
22   Q.   Has he ever told you what he
23 thinks caused you to fall?

Alexandria Bennett                                    6/14/2023

| | Page 105 |
|---|---|

1      A.   The water caused me to fall.  The
2  dirty water.
3      Q.   Did he tell you that?
4      A.   If he took the pictures -- yes,
5  ma'am.  That's what we believed, once we
6  took the pictures.
7      Q.   And does the photograph that I
8  have marked as Defendant's Exhibit 4 depict
9  the floor as you saw it after you fell?  Did
10  it look like that after you fell?
11      A.   Yes, ma'am.
12      Q.   Okay.  Is that showing the area
13  of water that you told me about?
14      A.   Yes, ma'am.
15      Q.   Was there water in any other area
16  other than the area that is shown in
17  Exhibit 4?
18      A.   No, ma'am.
19      Q.   It looks like a part of maybe a
20  hand is -- can you recognize whether that's
21  yours or not?
22      A.   That's my hand.
23      Q.   Okay.  And I assume that's part

| | Page 106 |
|---|---|

1  of your bottom on the floor?
2      A.   Yes, ma'am.
3      Q.   Okay.  So was that photograph --
4  well, let me back up.  Looking at Exhibit 4,
5  are you able to determine when that
6  photograph was taken?
7      A.   No, ma'am.
8      Q.   How long did you remain on the
9  floor after you fell?
10      A.   About 30 to 40 minutes.
11      Q.   Have you and Kevin discussed the
12  fall since it happened?
13      A.   No, ma'am.
14      Q.   Has he ever told you anything
15  different than what you have told me today
16  about how it happened?
17      A.   No, ma'am.
18      Q.   He didn't see something else
19  happen that -- from what you have told me?
20      A.   No, ma'am.
21      Q.   Okay.
22      A.   No, ma'am.  I'm sorry.  I'm
23  talking so low.  No, ma'am.

| | Page 107 |
|---|---|

1      Q.   No.  You are doing great.  I know
2  it's going on, but we are getting through
3  it, I promise.
4      Okay.  So after you fell -- well,
5  did anyone else witness it besides Kevin,
6  your fall?
7      A.   Yes, ma'am.
8      Q.   Who else?
9      A.   It was a lady shopping in the
10  store.  I believe her name was Ms. Kellie.
11      Q.   All right.  And she told you that
12  she saw your fall?
13      A.   Yes, ma'am.
14      Q.   Did she tell you that she
15  observed anything else happen other than
16  what you have told me here today?
17      A.   I just know she was right there
18  with me.  And she was just saying that it's
19  dirty; the store is dirty.
20      Q.   Had you seen Ms. Kellie before
21  your fall?
22      A.   No, ma'am.
23      Q.   You hadn't seen her on that aisle

| | Page 108 |
|---|---|

1  before your fall?
2      A.   No, ma'am.
3      Q.   Okay.  And where was Kevin in
4  relation to you when you reached for that
5  water?
6      A.   He was on the aisle.
7      Q.   Okay.  Was he to your left?
8  Right?  Was he behind you?
9      A.   I think he would have been to my
10  left.
11      Q.   And how close was he to you?
12      A.   Not close.
13      Q.   Okay.  A few feet?  Ten feet?
14      A.   I believe so, yes, ma'am.
15      Q.   About ten feet, or a few feet, if
16  you know?
17      A.   Just a few feet.
18      Q.   Okay.
19      A.   Because, you know, you are just
20  walking down the aisle.
21      Q.   Were there any customers or
22  employees on the aisle besides Ms. Kellie
23  and Kevin at the time of your fall?

27 (Pages 105 to 108)

Alexandria Bennett                                          6/14/2023

Page 109

1     A.  I don't recall anybody, no,
2  ma'am.
3     Q.  Did you see any Wal-Mart
4  employees walk down the water aisle before
5  your fall?
6     A.  No, ma'am.
7     Q.  And after your fall, I believe
8  you said Ms. Kellie came to your aid; is
9  that right?
10    A.  Yes, ma'am.
11    Q.  Okay.  And what did she help you
12  do, if anything, after the fall, or how did
13  she aid you?
14    A.  She just tried to calm me down.
15  I think I was, like, hollering and
16  screaming.  She comforted me.
17    Q.  And was Kevin also there with you
18  after your fall?  Did he stay with you?
19    A.  No, ma'am.
20    Q.  Where did he go?
21    A.  He was trying to find someone in
22  the store, I believe.
23    Q.  Did anyone else come to your aid

Page 110

1  while Kevin was gone besides Ms. Kellie?
2     A.  No, ma'am.
3     Q.  All right.  When Kevin returned,
4  was anyone with him?
5     A.  I think he was saying he was
6  trying to find someone that worked there.
7  It took a minute to find someone.  Like, I
8  was down there 40 minutes so -- well, about
9  40 minutes, so it was a long time before I
10  got some help.
11    Q.  Did you see any Wal-Mart
12  employees after your fall?  Did you talk to
13  any Wal-Mart employees after your fall?
14    A.  No, ma'am.
15    Q.  Did any Wal-Mart employees come
16  to your aid after the fall?
17    A.  No, ma'am.
18    Q.  Okay.
19    A.  Are you saying, like, right then?
20    Q.  No.  I'm talking about anytime
21  after the fall.  Did any of them come to the
22  water aisle to speak with you?
23    A.  Yes, ma'am.  Like -- like,

Page 111

1  towards when the ambulance was getting
2  there.
3     Q.  Who called the ambulance?
4     A.  I'm not sure.
5     Q.  Okay.  Did you have a phone with
6  you that day?
7     A.  Yes, ma'am.
8     Q.  All right.  And were you using it
9  at the time of the fall?  Were you on your
10  phone?
11    A.  No, ma'am.
12    Q.  Did you make the call to 911?
13    A.  No, ma'am.
14    Q.  So did you tell someone that you
15  needed an ambulance?
16    A.  I needed -- yes.  Yes, ma'am.
17    Q.  Who did you tell that you needed
18  an ambulance?
19    A.  I'm guessing a worker that came
20  over at the time.
21    Q.  Okay.  So how long after your
22  fall was it that a Wal-Mart employee came to
23  you on the water aisle?

Page 112

1     A.  It was -- it was a little while.
2  Because Ms. Kellie was there with me.
3     Q.  She came first.  And then was it
4  a Wal-Mart employee that came next?
5     A.  I believe, yes, ma'am.
6     Q.  Any idea who it was?
7     A.  Uh-uh (negative).
8     Q.  Is that a no?
9     A.  No, ma'am.
10    Q.  Thank you.  Can you describe the
11  individual that came to you first, the first
12  Wal-Mart employee that came to you?
13    A.  No, ma'am.
14    Q.  Male or female?
15    A.  I can't remember.
16    Q.  Okay.  That's fine.
17         All right.  Was that person rude
18  to you at all?
19    A.  No, ma'am.  I just don't think
20  they moved as fast as they should in this
21  particular incident.
22    Q.  You believe it was the Wal-Mart
23  employee that asked you if you needed an

28 (Pages 109 to 112)

Alexandria Bennett                                      6/14/2023

Page 113

1    ambulance?
2        A.  I believe so.
3        Q.   Okay.  You think the ambulance
4    was called after the Wal-Mart employee
5    arrived?
6        A.  Yes.
7        Q.   Did you stay on the floor while
8    you waited on the ambulance?
9        A.  Yes, ma'am?
10       Q.   And did the EMTs come to you on
11   the water aisle?
12       A.  Yes, ma'am.
13       Q.   And you were taken from the store
14   by ambulance; is that right?
15       A.  Yes, ma'am.
16       Q.   Okay.  While you were still at
17   the store and on the floor, did anyone else
18   come to you or speak with you besides
19   Ms. Kellie and the first Wal-Mart employee?
20       A.  I'm not sure.  It may have been
21   another person.  I'm not sure.
22       Q.   Did you speak with any Wal-Mart
23   employee about completing an incident

Page 114

1    report?
2        A.  No, ma'am.
3        Q.   What did you tell them about what
4    had happened that day, or did they ask?
5        A.  If they did ask, I told them what
6    happened.  But I don't think I wrote a -- I
7    didn't write anything down or anything.  I
8    don't remember doing that.
9        Q.   Did they have an iPad with them?
10       Sometimes they complete them on
11   an iPad, and you will sign it on that.
12       A.  I'm not sure.
13       Q.   I have this incident report that
14   I will mark as Defendant's Exhibit 5.  Have
15   you ever seen this before?
16       A.  Yes, ma'am.
17       (Whereupon, Defendant's Exhibit
18   No. 5 was marked and is attached
19   to the original transcript.)
20       Q.   (By Ms. Gordon)  Is that your
21   signature on the bottom of it?
22       A.  Uh-huh (affirmative).
23       Q.   Is that a yes?

Page 115

1        A.  Yes, ma'am.
2        Q.   Okay.  Do you remember signing an
3    iPad or anything that day?  It may have been
4    some kind of electronic pad versus a paper
5    copy.
6        A.  I'm not -- I don't remember.
7        Q.   That's okay.
8        Does the description of the
9    incident sound accurate to you as it's
10   listed on there?
11       A.  Yes, ma'am.
12       Q.   All right.  And it lists -- I
13   think there is a little section -- there is
14   a section of witnesses, and it looks like it
15   listed a Kellie.  You think that's the
16   Ms. Kellie you were talking about?  Does
17   Kellie Daughtry sound familiar to you?
18       A.  Is that on this paper?
19       Q.   Yes.
20       A.  Whereabouts?
21       Q.   It's tiny.  Let me point it to
22   you.
23       A.  Okay.

Page 116

1        Q.   It's this tiny little -- okay.
2    We've got Kevin Allen listed --
3        A.  Okay.
4        Q.   -- and then Kellie Daughtry?
5        A.  Yes, ma'am.
6        Q.   Have you spoken with Ms. Kellie
7    since the fall?
8        A.  No, ma'am.
9        Q.   And did she stay with you until
10   the EMTs got there?
11       A.  Yes, ma'am.
12       Q.   Do you remember anything y'all
13   talked about while you were waiting on the
14   EMTs?
15       A.  No, ma'am.
16       Q.   Has anyone besides Ms. Kellie and
17   Kevin told you that they witnessed your
18   fall?
19       A.  No, ma'am.
20       Q.   When you fell, did you feel any
21   pain immediately upon your fall?
22       A.  Yes, ma'am.
23       Q.   Tell me what hurt when you fell.

29  (Pages 113 to 116)

Alexandria Bennett                                                    6/14/2023

Page 117

1    A.    I'm sorry.
2    Q.    You are fine.
3    A.    My hip hurt, and my ankle was
4    hurting.
5    Q.    Which hip?
6    A.    I'm not sure.
7    Q.    Do you remember which ankle hurt?
8    A.    My right ankle.
9    Q.    And that was an immediate pain
10   that you felt when you fell?
11   A.    Yes, ma'am.
12   Q.    Do you know how your ankle was
13   injured in the fall, like, if it hit
14   something or if it twisted, if you know?
15   A.    No, ma'am.
16   Q.    Do you know how your hip was
17   injured in the fall?
18   A.    I had done fell.
19   Q.    I'm sorry?
20   A.    I fell. So, you know, I'm kind
21   of big. I'm kind of a big girl. So I was,
22   like -- I was, like, I probably -- I don't
23   know. Probably the weight of me.

Page 118

1    Q.    Any other pain immediately when
2    you fell? Did you experience any other pain
3    right when you fell?
4    A.    I think my back was hurting as
5    well.
6    Q.    What part of your back?
7    A.    I'm not sure.
8    Q.    Did you speak with anyone else
9    besides the Wal-Mart employee, Ms. Kellie,
10   and Kevin before the EMTs arrived?
11   A.    I don't believe so.
12   Q.    And once the EMTs arrived, what
13   were your complaints at that time?
14   A.    The same.
15   Q.    The same. Did you ask to be
16   taken to the hospital?
17   A.    They were taking me.
18   Q.    And which hospital did they take
19   you to?
20   A.    I think they took me to Shelby.
21   Q.    When you walked down the water
22   aisle right before your fall, was that your
23   first time on the water aisle that day?

Page 119

1    A.    Yes, ma'am.
2    Q.    Okay. Was the lighting on the
3    water aisle -- did it seem bright enough to
4    you?
5    A.    I guess.
6    Q.    Like, you didn't have any trouble
7    seeing what you were looking for on the
8    water aisle, did you?
9    A.    No, ma'am.
10   Q.    Okay. And were you able to reach
11   the water on the top shelf just reaching
12   your arm up and standing flatfooted?
13   A.    Yes, ma'am.
14   Q.    Did you have to stand on anything
15   to reach the water?
16   A.    No, ma'am.
17   Q.    Did you ever stand on anything
18   before you fell?
19   A.    No, ma'am.
20   Q.    Like, stand on a pallet or find a
21   stool or anything like that?
22   A.    No, ma'am.
23   Q.    You were standing flatfooted on

Page 120

1    the ground when you fell?
2    A.    Yes, ma'am.
3    Q.    Were you having to get up on your
4    tippy-toes to reach for it?
5    A.    No, ma'am.
6    Q.    Okay. Did you have to be at the
7    grandmother's house by a certain time that
8    day to pick up your daughter?
9    A.    I'm not sure.
10   Q.    Were you in a rush or taking your
11   time at Wal-Mart?
12   A.    No, I wasn't in a rush.
13   Q.    And we talked briefly about the
14   shoes that you were wearing, and I think you
15   couldn't remember what style or brand they
16   were or anything; is that right?
17   A.    I know they weren't, like, no
18   slides or anything.
19   Q.    Do you remember what kind of sole
20   they had?
21   A.    What is that?
22   Q.    Like the bottom of the shoe, what
23   it was like. Did it have a heel?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                          6/14/2023

Page 121

```
 1       A.  No, ma'am.  Uh-uh (negative).
 2       Q.  Okay.  Had you worn the shoes
 3   before that day?
 4       A.  Yes, ma'am.
 5       Q.  Okay.  They weren't brand-new
 6   shoes that you were wearing for the first
 7   time?
 8       A.  No, ma'am.
 9       Q.  Do you still have the shoes that
10   you were wearing that day when you fell?
11       A.  I don't even recall what kind it
12   was.
13       Q.  Okay.  That's fair.
14            Before you fell, had you
15   overheard anyone talking about water on the
16   floor of the water aisle?
17       A.  No, ma'am.
18       Q.  Okay.  Did you observe any
19   warning signs or cones on the water aisle
20   before you fell?
21       A.  There weren't any.
22       Q.  Okay.  And afterwards, did you
23   observe any cones or warning signs on the
```

Page 122

```
 1   water aisle?
 2       A.  There weren't any.
 3       Q.  Okay.  Did you point out the
 4   water, to the Wal-Mart employee that you had
 5   seen on the floor?
 6       A.  I believe so.
 7       Q.  Okay.  Did you observe any
 8   cleaning efforts taking place after you
 9   fell?
10       A.  You are saying did I see someone
11   come over and start cleaning up?
12       Q.  Yes.
13       A.  No, I didn't see that.
14       Q.  Okay.  And I'm going to show you
15   what I will mark as Defendant's Exhibit 6,
16   which is Bates-labeled Wal-Mart 11 through
17   15.
18            These are some photographs that
19   we produced in this lawsuit.  And I will
20   represent to you that they were provided to
21   us as a part of Wal-Mart's incident report.
22       A.  Okay.
23            (Whereupon, Defendant's Exhibit
```

Page 123

```
 1            No. 6 was marked and is attached
 2       to the original transcript.)
 3       Q.  (By Ms. Gordon)  And if you will,
 4   just flip through those.  And I will ask you
 5   some questions about it after you have had a
 6   chance to look at them.
 7       A.  Okay.
 8       Q.  And feel free to leave them
 9   spread out.  However you want to do it is
10   fine.  We will gather them up at the end.
11       A.  Okay.
12       Q.  Okay.  Have you had a chance to
13   look at those?
14       A.  Uh-huh (affirmative).
15       Q.  Is that a yes?
16       A.  Yes, ma'am.
17       Q.  Okay.
18       A.  I'm sorry.
19       Q.  That's okay.
20            Do the photographs I have marked
21   as Defendant's Exhibit 6 show the area in
22   which you fell at the Wal-Mart that day?
23       A.  Yes, ma'am.
```

Page 124

```
 1       Q.  Okay.  Do they show the substance
 2   on which you claim you slipped that day?
 3       A.  Yes, ma'am.
 4       Q.  Okay.  Looking at the photographs
 5   I have marked as Defendant's Exhibit 6, are
 6   you able to identify the substance on which
 7   you claim you slipped?
 8       A.  Yes, ma'am.
 9       Q.  Okay.  I'm going to give you a
10   blue Sharpie.  And if you will, circle that
11   substance.
12       A.  Like, circle all of it?
13       Q.  Oh, no.  That's fine.  I see what
14   you have done.  You have circled it in one
15   picture.  And, to me, it looks like those
16   are all photographs of the same area, just
17   different --
18       A.  Zooms.
19       Q.  Yes, different zooms.
20            Is that what it looks like to
21   you, too --
22       A.  Yes.
23       Q.  -- that it's just different
```

31 (Pages 121 to 124)

Alexandria Bennett                                    6/14/2023

Page 125

1  zooms?
2      A.  Yes, ma'am.
3      Q.  Okay.  Did you see water in any
4  other area of the floor of the water aisle
5  besides the area you have circled on
6  Wal-Mart 14?
7      A.  You said do I see any other
8  water?
9      Q.  When you were on the floor, did
10  you see water on the floor in any other
11  areas besides the area you have circled in
12  Wal-Mart 14?
13     A.  No, ma'am.
14     Q.  Okay.  Do the photographs I have
15  marked as Defendant's Exhibit 6 accurately
16  show the way the floor looked to you on
17  October 15, 2020?
18     A.  Yes, ma'am.
19     Q.  Okay.  Have you ever seen any
20  other photographs of the area where you fell
21  taken on October 15, 2020, besides the ones
22  that we have looked at today that I have
23  marked as Defendant's Exhibit 6 and

Page 126

1  Defendant's Exhibit 4?
2      A.  This is Defendant's 4?
3      Q.  Yes.
4      A.  This is -- this is 6?
5      Q.  Right.  So they are photographs
6  that I have marked as Defendant's Exhibit 6,
7  and then I marked one earlier as Exhibit 4.
8      Have you seen any other
9  photographs that were taken that day?  Just,
10  like, before we got here today, have you
11  ever seen any other photographs?
12     A.  This?
13     Q.  I'm just talking about are you
14  aware of any other photographs of the area
15  where you fell besides those that are laid
16  out in front of you.
17     A.  No, ma'am --
18     Q.  Okay.
19     A.  -- than what Kevin took or
20  something.  Is that what you are saying?
21     Q.  Right.  Did the photographs that
22  Kevin took look any different than the
23  photographs we've marked as Defendant's

Page 127

1  Exhibit 4 or Defendant's Exhibit 6?
2      A.  No, ma'am.
3      Q.  Okay.  And I'm just remembering
4  that I have two other photographs.  I will
5  mark these as Defendant's Exhibit 7.
6      Have you ever seen these two
7  photographs before?
8      A.  Yes, ma'am.
9          (Whereupon, Defendant's Exhibit
10         No. 7 was marked and is attached
11         to the original transcript.)
12     Q.  (By Ms. Gordon) All right.  Any
13  idea who took those?
14     A.  No, ma'am.
15     Q.  Do they show the substance on
16  which you claim you slipped that day?
17     A.  Yes, ma'am.
18     Q.  Will you circle that for me,
19  please?
20     A.  Okay.
21     Q.  And does the photograph with the
22  Exhibit 7 sticker on it, does this show the
23  position you landed --

Page 128

1      A.  Yes, ma'am.
2      Q.  -- or had you moved?
3      A.  Yes, ma'am, that shows the
4  position.
5      Q.  Okay.  So that's how you landed
6  as shown in Exhibit 7?
7      A.  Yes, ma'am.
8      Q.  And that's the red hair that you
9  mentioned earlier?
10     A.  Yes, ma'am.
11     Q.  I like that color.
12     A.  Thank you.
13     Q.  It looks like you were wearing
14  black, too, that day.  Does that refresh
15  your memory about what you were wearing?
16     A.  Yes, ma'am.
17     Q.  Okay.  October 15, 2020, either
18  before or after your fall, did you observe
19  water or a liquid substance on the floor in
20  any other areas besides those shown in the
21  photographs we have marked as Defendant's
22  Exhibits 4, 6, and 7?
23     So that would be, looking at all

32  (Pages 125 to 128)

Alexandria Bennett                                    6/14/2023

Page 129

1   of these photographs, do they show the only
2   area of water that you observed that day?
3        A.   Yes, ma'am.
4        Q.   Okay.  There wasn't some other
5   area that wasn't photographed?
6        A.   No, ma'am.
7        Q.   Okay.  And are you claiming that
8   the liquid that you slipped on was in front
9   of the pallet?
10        It looks like the area you have
11   circled in Defendant's Exhibit 7 is in front
12   of the pallet.  Am I right?
13        A.   Yes, ma'am.
14        Q.   Okay.  So are you claiming that
15   the water that you slipped on was in front
16   of the pallet?
17        I just want to make sure you are
18   not claiming that there was some water
19   hidden under the pallet, behind the pallet,
20   or under anything else.
21        A.   I don't know if it was hidden
22   under there or not.
23        Q.   Okay.  The water that you have

Page 130

1   talked about today was out in front of the
2   pallet on the floor?
3        A.   Uh-huh (affirmative).
4        Q.   Is that right?
5        A.   Yes, ma'am.
6        Q.   Okay.  I just wanted to make sure
7   I was clear about that.
8        Was there any odor to the liquid
9   that you saw on the floor that you remember?
10        A.   I'm not sure.
11        Q.   Okay.  Were any portions of your
12   clothes wet after you fell?
13        A.   I'm not sure.
14        Q.   Did a police officer also come to
15   the store after the incident, or was it just
16   EMTs?
17        A.   I don't remember seeing a police
18   officer.
19        Q.   Did they bring the stretcher to
20   you on the water aisle?
21        A.   Yes, ma'am.
22        Q.   And you were taken out on the
23   stretcher?

Page 131

1        A.   Yes, ma'am.
2        Q.   Do you remember which exit you
3   went out on the stretcher?  I'm showing you
4   Defendant's Exhibits 2 and 3 again to see if
5   that helps you remember.
6        A.   I don't remember.
7        Q.   That's okay.
8        All right.  So did anyone ride in
9   the ambulance with you to the hospital?
10        A.   No, ma'am.
11        Q.   And once you got to Shelby, what
12   were your complaints then when you got to
13   the ER?
14        A.   The same.
15        Q.   Did anyone meet you at Shelby?
16        A.   Kevin.
17        Q.   Had your pain changed at all in
18   between the time you fell and when you got
19   to Shelby?
20        A.   No, ma'am.
21        Q.   All right.  What type of
22   treatment were you given at Shelby, if you
23   remember?

Page 132

1        A.   I believe I left out in crutches.
2        Q.   Did they do some X-rays?
3        A.   I believe so.
4        Q.   Were you given any diagnoses at
5   Shelby that day?
6        A.   I believe they did.
7        Q.   Do you remember what that was?
8        A.   No.
9        Q.   Okay.  And you think you left on
10   crutches?
11        A.   Yes, ma'am.
12        Q.   Did you leave with any bandages
13   or braces?
14        A.   I can't recall.
15        Q.   Were the crutches to help with
16   your ankle pain?
17        A.   Yes, ma'am.
18        Q.   To keep you off your ankle?
19        A.   Yes, ma'am.
20        Q.   And how did you leave the
21   hospital that night?  Did somebody pick you
22   up?
23        A.   Kevin was there.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                          6/14/2023

Page 133

1    Q.   When you left Shelby, where did
2  you go?
3    A.   I think I went home.
4    Q.   And that would be back to
5  The Pearl at that time?
6    A.   Well, I probably went to go get
7  Allyson or something, but I went home.
8    Q.   Did anyone in the emergency room
9  recommend that you seek any additional
10  treatment for the injuries you were there
11  about that day?
12    A.   Yes, ma'am.
13    Q.   And what did they tell you to do?
14    A.   I needed to follow up with an
15  orthopedic.  I think there was something
16  wrong.
17    Q.   Did they give you any
18  prescriptions for medication at the ER?
19    A.   I think so, yes, ma'am.
20    Q.   Was it like a pain medication, or
21  do you remember?
22    A.   I don't remember.
23    Q.   Did you get the prescriptions

Page 134

1  filled?
2    A.   Yes, ma'am.
3    Q.   How long were you on prescription
4  medication following the fall?
5    A.   I don't remember.  I'm sorry.
6    Q.   That's okay.  Where did you get
7  the prescriptions filled?
8    A.   I'm not sure.
9    Q.   All right.  When did you next
10  seek treatment for any of the injuries you
11  relate to your fall?
12    A.   Well, I was trying to get
13  treatment, but I was turned down by a couple
14  of people because I didn't have insurance.
15    Q.   Who turned you down?
16    A.   Orthopedics.
17    Q.   Do you remember which orthopedic
18  doctor or where their office was located?
19    A.   I don't remember.  I don't
20  remember which ones it was, but I know it
21  was a few, because they wouldn't see me
22  because I didn't have insurance.
23    Q.   Okay.  So did you eventually get

Page 135

1  somebody to see you?
2    A.   Yes, ma'am.
3    Q.   And who was that that you saw
4  next after the ER?
5    A.   I went to -- you mean who was I
6  seen by?
7    Q.   Right.
8    A.   I was seen by Southlake, I think.
9    Q.   Had you gotten the Blue Cross by
10  the time you went to Southlake?
11    A.   Yes, ma'am.
12    Q.   And any idea how long it was
13  after the fall that you went to Southlake
14  the first time?
15    A.   No, ma'am.
16    Q.   What were your complaints when
17  you went to Southlake the first time?
18    A.   Ankle pain.  And I think I was --
19  it was just going downhill from there,
20  basically.
21    Q.   Were you still experiencing pain
22  anywhere else besides your ankle when you
23  went to Southlake?

Page 136

1    A.   My hip pain wore off, but it was
2  just mainly my ankle.
3    Q.   About how long did the hip pain
4  last after the fall?
5    A.   I'm not sure.
6    Q.   Is the only treatment that you
7  received for the hip pain that treatment in
8  the ER the day of the fall?
9    A.   Yes, ma'am, I think so.
10    Q.   Okay.  What about your back; how
11  long did that pain last?
12    A.   I'm not sure.
13    Q.   Go ahead.
14    A.   I was trying to -- I just
15  couldn't see anyone.  No one would see me,
16  because I didn't have insurance.
17    Q.   Did you receive any other
18  treatment for your back besides that initial
19  ER visit at Shelby?
20    A.   No, ma'am.
21    Q.   So by the time you went to
22  Southlake, your complaint was the ankle
23  pain; is that right?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                    6/14/2023

Page 137

1    A.   Yes, ma'am.
2    Q.   Okay.  And what did -- what kind
3  of treatment were you given by Southlake, or
4  diagnosis?
5    A.   I think he said it was broken or
6  something.
7    Q.   Okay.  Did they recommend any
8  additional treatment?
9    A.   He recommended surgery.
10    Q.   Did you schedule the surgery?
11    A.   Yes, ma'am.
12    Q.   And did you have the surgery
13  performed?
14    A.   Yes, ma'am.
15    Q.   When did you have the surgery
16  performed?
17        I might be able to help you out.
18  Let's see.
19        Was it July 30, 2021?  Does that
20  sound right?
21    A.   Yes, ma'am.
22    Q.   Okay.  Was that an outpatient
23  procedure, meaning you got to go home the

Page 138

1  same day it was performed?
2    A.   Yes, ma'am.
3    Q.   You weren't hospitalized
4  overnight?
5    A.   No, ma'am.
6    Q.   Between your first visit to
7  Southlake and the day you had the surgery
8  performed on your ankle, was there any other
9  treatment for any injuries you relate to the
10  fall?
11    A.   No, ma'am.
12    Q.   I assume there was an incision
13  from your surgery.  Was there?
14    A.   Ma'am?
15    Q.   Like, did they have to cut you
16  open to do your surgery?
17    A.   Yes, ma'am.
18    Q.   And did the incision heal
19  following the surgery?
20    A.   Did it heal?
21    Q.   Yes.  Did you have any problems
22  with infection or with the incision healing?
23    A.   No, ma'am.

Page 139

1    Q.   Did you receive any other
2  treatment following your surgery for your
3  ankle?
4    A.   No, ma'am.  I was supposed to do,
5  I think, physical therapy or something.  I'm
6  not sure.
7    Q.   Okay.  Did you attend physical
8  therapy?
9    A.   No, ma'am.
10    Q.   And why didn't you attend
11  physical therapy?
12    A.   I think I wasn't able to keep up
13  with the insurance by that time.
14    Q.   Okay.  Have you attended physical
15  therapy since the fall at Wal-Mart?
16    A.   No, ma'am.
17    Q.   Have you been back to Southlake
18  since your surgery was performed?
19    A.   I tried to schedule it, I think.
20  Yeah, I think so.
21    Q.   You did try to schedule another
22  appointment?
23    A.   Uh-huh (affirmative).

Page 140

1    Q.   After your surgery?
2    A.   Yes, ma'am.
3    Q.   Okay.  Do you have an appointment
4  scheduled?
5    A.   Not right now.
6    Q.   What happened with trying to
7  schedule one?
8    A.   I think it was an issue with
9  insurance.
10    Q.   I see.  Why do you want to
11  schedule another appointment with Southlake?
12    A.   Because I may have some issues --
13  well, he told me I -- I just believe it will
14  never be the same, my ankle.  So I was going
15  to schedule an appointment to see what was
16  going on, because I be having some pains and
17  stuff now.  But with me working through
18  temps, I don't have insurance through the
19  job or anything.  So I've got to figure my
20  way out with that one.
21    Q.   Have you seen any other
22  orthopedic doctors for injuries you relate
23  to the fall at Wal-Mart besides Southlake?

35  (Pages 137 to 140)

Alexandria Bennett                                          6/14/2023

Page 141

1       A.  I tried, but they didn't see me.
2       Q.  Okay.  And that was before --
3       A.  They wouldn't see me.
4       Q.  Was that before you went to
5   Southlake?
6       A.  Yes, ma'am.
7       Q.  Did the Southlake doctors
8   recommend any further treatment for your
9   ankle after your surgery?
10      A.  I think it was supposed to be
11  physical therapy.
12      Q.  You mentioned that.  Okay.
13          Have you seen any other doctors
14  since your surgery for injuries that you
15  relate to your fall?
16      A.  No, ma'am.
17      Q.  Do you have any appointments
18  scheduled with any doctors for treatment of
19  injuries you relate to the fall?
20      A.  No, ma'am.
21      Q.  Do you have plans to seek any
22  additional treatment for injuries you relate
23  to the fall?

Page 142

1       A.  Yes, ma'am.
2       Q.  Okay.  And that's additional
3   treatment for your ankle?  Is that what you
4   were saying earlier?
5       A.  Yes, ma'am.
6       Q.  And you are just waiting until
7   you can get some insurance, and then you are
8   going to do that?
9       A.  Yes, ma'am.
10      Q.  Did the Southlake doctors or the
11  doctor who performed your ankle surgery give
12  you any sort of prognosis, like what you
13  could expect with your ankle in the future?
14      A.  I think it will never be the
15  same.
16      Q.  Did they tell you why they
17  thought that?
18      A.  I'm not sure.  He used a lot of
19  medical terminology.
20      Q.  I understand.
21          Were you having pain in your
22  ankle up until the time the surgery was
23  performed?

Page 143

1       A.  Yes, ma'am.
2       Q.  Had the pain lessened or worsened
3   between the fall and when you had your
4   surgery?
5       A.  It worsened.
6       Q.  Can you describe it for me, what
7   type of pain you were experiencing right
8   before the surgery?
9       A.  Like, every time I took a step on
10  that -- on that -- on this -- with my right
11  leg, it would hurt every time I took a step.
12      Q.  And after the surgery, did your
13  ankle pain change at all?
14      A.  Yes, ma'am.  It eased.
15      Q.  Okay.  Are you still experiencing
16  ankle pain today?
17      A.  Yes, ma'am.
18      Q.  How often do you experience ankle
19  pain?
20      A.  When I first wake up in the
21  morning.
22      Q.  How long does it last after you
23  wake up?

Page 144

1       A.  Once I get to going and getting
2   ready and stuff.
3       Q.  And does that happen every
4   morning when you wake up?
5       A.  Yes, ma'am.
6       Q.  Has that been the case ever since
7   the surgery?
8       A.  Well, it eased since -- it had
9   eased once -- when I had the surgery.  But,
10  like, now I noticed, you know, when I get up
11  in the morning, I will feel that pain.
12      Q.  So following the surgery, was
13  there a period of time where you didn't have
14  any ankle pain?
15      A.  Yes, ma'am.  It eased a whole
16  lot.
17      Q.  And about when did it return, how
18  long ago?
19      A.  I will say just a few months or
20  so.
21      Q.  Has anything changed in your
22  lifestyle?  Like, have you been more active
23  in the past few months or suffered any

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                          6/14/2023

Page 145

1    injuries in the past few months that would
2    have caused the pain to return?
3        A.   Uh-uh (negative).  I haven't been
4    more active.
5        Q.   Okay.  Did it just seem to kind
6    of come out of nowhere?
7        A.   Yes, ma'am.
8        Q.   And besides trying to schedule an
9    appointment with Southlake, have you sought
10   any other treatment since that pain
11   returned?
12       A.   No, ma'am.
13       Q.   Was there a point where you were
14   given a boot to wear on your ankle?  Do you
15   remember that?
16       A.   Yes, ma'am.
17       Q.   Who gave you that?
18       A.   I'm not sure.
19       Q.   Okay.  Was that before your
20   surgery or after?
21       A.   I know I had a boot after
22   surgery.
23       Q.   Were you given any instructions

Page 146

1    on when or how often you should wear it?
2        A.   I was wearing it -- I was wearing
3    it -- like, I was wearing it during the day.
4    He told me, "You know you are supposed to
5    stay in your boot."  So I was wearing it,
6    like, when I would have to wake up and get
7    my daughter ready for school and stuff like
8    that.
9        Q.   Okay.  And were there times
10   during the day where you would take it off?
11       A.   When I would go to bed.
12       Q.   And was there a point where they
13   told you you could quit wearing it?
14       A.   I think so.  I think he gave me a
15   period of time.
16       Q.   Do you remember when that was --
17       A.   No, ma'am.
18       Q.   -- how long you were supposed to
19   wear it?
20       A.   No, ma'am.
21       Q.   Okay.  Were you given any other
22   sort of braces for injuries you relate to
23   your fall at Wal-Mart?

Page 147

1        A.   No, ma'am.
2        Q.   Had you ever been to physical
3    therapy before the fall at Wal-Mart for any
4    reason?
5        A.   No, ma'am.
6        Q.   The bills from the treatment that
7    you relate to the fall, have those been
8    paid?  Like, your bill from Grandview the
9    day you went to the ER, has that bill been
10   paid, or is it still out there?
11       A.   No, ma'am.
12       Q.   It has not been paid?
13       A.   No, ma'am.
14       Q.   Okay.  What about the ambulance
15   bill; has it been paid?
16       A.   No, ma'am.
17       Q.   And your bills from -- your
18   treatment at Southlake, have those been
19   paid?
20       A.   No, ma'am.
21       Q.   Did your insurance make any
22   payments towards the bills at Southlake or
23   your surgery?

Page 148

1        A.   I'm not sure.
2        Q.   Did you have -- did you have
3    health insurance in place when you had your
4    surgery?
5        A.   I think I did, yes, ma'am.
6        Q.   Okay.  Are there any injuries
7    that you relate to the fall which you
8    believe will be permanent?
9        A.   Yes, ma'am.
10       Q.   What's that?
11       A.   I think my ankle will always give
12   me problems.
13       Q.   Are there certain movements that
14   cause the pain to return in your ankle or to
15   flare up?
16       A.   No, ma'am.
17       Q.   Or certain activities that cause
18   it to hurt?
19       A.   I think it's just everyday life,
20   you know, with movement.
21       Q.   Do you take any medication for
22   ankle pain these days?
23       A.   No, ma'am.

37 (Pages 145 to 148)

Alexandria Bennett                                      6/14/2023

Page 149

1      Q.   Are there any activities that you
2   could do before the fall at Wal-Mart that
3   you are no longer able to do?
4      A.   I never -- I can't -- you know
5   how you can close your toes all of the way,
6   I be noticing I can't do that.
7      Q.   Like, curl them under?
8      A.   Like -- yeah, like -- like that
9   (indicating).
10     Q.   Almost like you are making a fist
11  with your toes?
12     A.   Yes, ma'am.
13     Q.   Okay.  You can't do that anymore?
14     A.   No, ma'am.
15     Q.   Anything else that you were able
16  to do before the fall that you are not able
17  to do now?
18     A.   I was able to, you know, still
19  work in the cooking industry.  And I love to
20  cook.
21     Q.   Anything else like that?
22     A.   (Witness shakes head negatively.)
23     Q.   Okay.  Have you ever applied for

Page 150

1   social security disability benefits?
2      A.   No, ma'am.
3      Q.   Do you have any plans to apply
4   for them?
5      A.   No, ma'am, because I can't do
6   that right now.
7      Q.   Have you ever talked to any of
8   your doctors about giving you a disability
9   rating?
10     A.   No, ma'am.
11     Q.   Are you currently experiencing
12  any other pain other than the ankle pain you
13  have told me about that you relate to your
14  fall?
15     A.   No, ma'am.
16     Q.   Had you consumed any drugs or
17  alcohol in the 24 hours before your fall?
18     A.   No, ma'am.
19     Q.   Following that car accident, was
20  there a period of time where you had to use
21  crutches after that?
22     A.   No, ma'am.
23     Q.   Or any kind of brace?

Page 151

1      A.   No, ma'am.
2      Q.   We might have talked about that.
3          Are you claiming that the fall at
4   Wal-Mart has affected you mentally or
5   emotionally?
6      A.   Yes, ma'am.
7      Q.   Will you tell me about that,
8   please?
9      A.   I like to cook.  And I used to
10  always cook with my grandmother.  And my
11  grandmother just died last month.  So I
12  would be in the kitchen cooking with her and
13  stuff.  So it was -- it was painful to stop
14  doing what I like to do.
15         It was depressing to, you know,
16  be a young woman, and -- I was labeled "the
17  star" of the kitchen.
18         I think what was most painful was
19  how me and my daughter were affected because
20  we had to move from Homewood and move to the
21  ghetto, basically.  And we weren't used to
22  that.  And I wasn't used to have, you know,
23  her asking me questions, saying, "Mom, when

Page 152

1   are we going to move," and stuff like that.
2          But at that time, I had to try
3   to, you know, get my bills paid and try to
4   take care of her.  And I couldn't stop
5   working, so I had to keep on trying to find
6   a job.
7          And I was going through the temp
8   services, you know, not a stable job.  I
9   lost my job that I loved.  And I think the
10  most tragic was I lost it around the
11  holidays.  So she knows me.  It's, like,
12  it's going to be -- you know, it was going
13  to be surprising.
14         But I think that year I don't
15  think I was even able to get her anything.
16  I think my mom -- my mom and my stepdad
17  helped out.  So that was big.  I think the
18  mental abuse was big a lot.
19     Q.   And why was it that y'all had to
20  move?
21     A.   Because I wasn't able to pay my
22  rent over at The Pearl at Homewood, because
23  I was laid off.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                      6/14/2023

Page 153

1    Q.    And do you remember what you were
2    paying at ████████?
3    A.    Probably about -- I would say
4    about $800 or so or $1,000, one of the two.
5    Q.    And you moved from T████████
6    ██  -- no, to --
7    ████████ A.  No, ma'am.  To Ensley.
8    Q.    To 31st Street?
9    A.    Yes, ma'am.
10   Q.    Okay.  That was also an
11   apartment?
12   A.    Yes, ma'am.
13   Q.    And what were you paying there?
14   A.    I think 600.
15   Q.    And you lived there for about
16   three years?
17   A.    About, yes, ma'am.
18   Q.    Are you more comfortable at the
19   ████████  address?
20   A.    Yes, ma'am.
21   Q.    Okay.  What do you pay there for
22   rent?
23   A.    I pay 1,200 a month.

Page 154

1    Q.    And you mentioned not being able
2    to cook.  What about the fall prevents you
3    from cooking now like you like to do?
4    A.    Well, I liked -- that's all I
5    knew how to do was cook, you know, with
6    working at Outback and Pappadeaux.  That's
7    all I knew how to do.  So once I figured,
8    like, "Hey, Alex, you've got to try to find
9    a job with less mobility" -- like, the
10   hospitals and stuff, they turned me down.  I
11   had to go through temp service because they
12   wouldn't hire me because that's all I had on
13   my application was, you know, Outback and
14   stuff, cooking and stuff.  So I didn't have
15   no experience in it.
16   Q.    And is it being on the feet that
17   is a problem for you now cooking in a
18   restaurant like you used to do?
19   A.    Or standing, yes, ma'am.
20   Q.    Okay.  Have you tried to work in
21   a cooking position since your job at
22   Outback?
23   A.    Uh-uh (negative).  I had to -- I

Page 155

1    had to switch fields, basically.
2    Q.    Have you discussed any of the
3    ways the fall has affected you mentally or
4    emotionally with any counselors,
5    psychiatrists, psychologists?  Anyone like
6    that?  Any medical providers?
7    A.    Did I go to a psychiatrist?
8    Q.    Yes.
9    A.    Yes, ma'am, at one point.
10   Q.    Okay.  Who did you see?
11   A.    I'm not sure.  But I think I will
12   be able to see who it was.  I can't think of
13   her name off of my head, but I --
14   Q.    Do you remember where her office
15   was?
16   A.    I want to say downtown or so.
17   Q.    And what was your reason for
18   going to see her the first time?
19   A.    To talk.  And I was just going
20   through a lot mentally.
21   Q.    Was it solely because of the fall
22   that you went to see her?
23   A.    Yes, ma'am.

Page 156

1    Q.    Were there any other things going
2    on in your life that were affecting you
3    emotionally at that time you went to see the
4    psychiatrist?
5    A.    No, ma'am.  It was a bad -- a bad
6    point in my life.
7    Q.    Do you remember when that was
8    when you went to see him or her the first
9    time?
10   A.    I'm not sure.
11   Q.    Was it before or after your
12   surgery?
13   A.    I'm not sure.
14   Q.    Did you see that individual on
15   more than one occasion?
16   A.    Uh-huh (affirmative).  I think I
17   seen her, like, twice or so.
18   Q.    And did you discuss the fall with
19   her when you went to see her?
20   A.    I'm not sure.  I don't know.
21   Q.    Have you ever been prescribed any
22   sort of antidepressant or antianxiety
23   medication since the fall?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                      6/14/2023

Page 157

1    A.  No, ma'am.
2    Q.  Had you been diagnosed with
3  depression or anxiety before the fall?
4    A.  No, ma'am.
5    Q.  Had you ever seen a psychiatrist
6  or psychologist before the fall?
7    A.  No, ma'am.
8    Q.  Has any of the emotional stress
9  that you relate to the fall caused you to
10  develop any physical symptoms?
11    A.  What is that?
12    Q.  Like, if -- I guess it would be
13  things, like, you know, the anxiety is
14  making you throw up or, like, not sleeping,
15  any kind of physical symptoms as a result of
16  emotional stress.
17    A.  I don't get that question.
18    Q.  Okay.  That's fine.
19        Let's do it this way:  Have you
20  told me about all of the ways the fall at
21  Wal-Mart has affected you mentally or
22  emotionally?
23    A.  I think I told you just about.

Page 158

1    Q.  Okay.  And are you claiming that
2  you had to take off an entire day of work at
3  Outback in order to attend doctors
4  appointments at Southlake?
5    A.  I didn't go to Southlake until
6  the next year; right?
7    Q.  Okay.  Where were you working in,
8  like, July and August of 2021, about when
9  you had your surgery?
10    A.  I think I was -- I was working
11  around -- with Milo's Tea Company, I think,
12  around that time.
13    Q.  Okay.  I think, if I have got --
14  my notes may be wrong.  But if I have my
15  notes right, I had you at Milo's -- yes,
16  Milo's starting August of 2021.  So the
17  warehouse jobs were before that?
18    A.  Yes, ma'am.
19    Q.  Okay.  So did you miss any time
20  from work at Milo's to attend doctors
21  visits?
22    A.  Yes, ma'am.
23    Q.  How much time did you miss?

Page 159

1    A.  I'm not sure.
2    Q.  If you had a doctor's
3  appointment, did you take the entire day off
4  from working at Milo's?
5    A.  Well, if I was -- if I was going
6  to a doctor's appointment -- I worked there
7  overnight.  So if it didn't interfere, then
8  it was okay, I guess.  I'm not sure.
9    Q.  What were your hours at Milo's?
10  I don't think I asked you that.
11    A.  It was overnight.  I had to take
12  that, because it was overnight.
13    Q.  Okay.  And were you working day
14  or night shifts when you did the warehouse
15  work?
16    A.  Those were jobs in the morning
17  time.
18    Q.  Did you miss any time at the
19  warehouse jobs to attend doctor's visits?
20    A.  If I was required to be there,
21  then -- if I did, then I did.  But if
22  not -- I'm not -- I'm not sure.
23    Q.  Okay.  All right.  Are you

Page 160

1  claiming that you incurred travel or mileage
2  expenses going to doctors visits?
3    A.  Yes, ma'am.
4    Q.  Okay.  All right.  I'm going to
5  show you what I have marked as Defendant's
6  Exhibit 8.  And I will represent to you that
7  these are the initial disclosures.  I think
8  there was just a little typo on the top that
9  says "Wal-Mart," but it was actually the
10  ones that we received from you on -- or your
11  lawyer at the beginning of this case.
12        And on the last page of this
13  document, it lists out the damages that you
14  are claiming in this lawsuit.  Have you ever
15  seen this chart before?  It's on the last
16  page.
17        Have you ever seen those numbers
18  before?
19    A.  I've seen my medical bills and
20  stuff.  Yes.
21        (Whereupon, Defendant's Exhibit
22        No. 8 was marked and is attached
23        to the original transcript.)

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                          6/14/2023

Page 161

1    Q.   (By Ms. Gordon) Okay. Any idea
2    how you came up with the mileage amount?
3        A.   To and from places, gas.
4        Q.   Or how you came up with the lost
5    wages amount?
6        A.   The lost wages as in jobs and
7    stuff?
8        Q.   Right. Yes. Time missed from
9    work.
10       A.   Yes, ma'am.
11       Q.   Do you know how that was
12   calculated?
13       A.   I would just say about.
14       Q.   Okay.
15       A.   I think I --
16       Q.   What about the amount for pain
17   and suffering of $500,000; is that something
18   you came up with?
19       A.   Yes, ma'am.
20       Q.   Okay. And how did you quantify
21   pain and suffering?
22       A.   Because it was a drastic change
23   for me and my daughter.

Page 162

1        Q.   Okay. I promise I am almost
2    finished.
3        A.   Oh, no, you are fine.
4        Q.   Thank you for being patient.
5        A.   Do you want me to put these
6    together for you?
7        Q.   You can leave it. We will do it
8    in a minute.
9        A.   Okay.
10       Q.   Did you ever see a Dr. Lloyd
11   Johnson at Alabama Bone & Joint?
12       A.   Lloyd Johnson?
13       Q.   Yes.
14       A.   I'm not sure.
15       Q.   All right. Have you ever been
16   diagnosed with degenerative joint disease?
17       A.   I don't think so. I'm not sure.
18       Q.   I've marked a couple of things,
19   but I think we've -- you listed as your --
20   listed your mother Erica Truitt as having
21   knowledge of the fall. What type of
22   information does she have about the fall or
23   any of the claims you are making in this

Page 163

1    lawsuit?
2        A.   She helped me get my insurance
3    and stuff.
4        Q.   Okay.
5        A.   She was the one who helped with
6    bills at that point until she couldn't,
7    because, you know, she's got her own bills.
8        Q.   Sure.
9        A.   So she helped me with this
10   process.
11       Q.   She was not at Wal-Mart that day
12   when you fell, was she?
13       A.   No, ma'am.
14       Q.   Okay. Have you applied for any
15   loans or advances for potential proceeds
16   from this lawsuit?
17       A.   Yes, ma'am.
18       Q.   You have? With which company?
19       A.   OASIS.
20       Q.   Alexis?
21       A.   OASIS.
22       Q.   OASIS, I have heard of that.
23       All right. Have you --

Page 164

1        MS. WASHINGTON:  I'm just going
2    to object just for relevance, but you can
3    answer the questions.
4        Q.   (By Ms. Gordon) Have you told me
5    everything you remember about the incident
6    at Wal-Mart that's the basis of your
7    lawsuit?
8        A.   Yes, ma'am.
9        Q.   Okay. And have you told me about
10   all of the injuries that you sustained as a
11   result of the incident at Wal-Mart?
12       A.   Yes, ma'am.
13       Q.   Have you told me about all of the
14   treatment that you received for the injuries
15   you relate to the fall?
16       A.   Yes, ma'am.
17       Q.   And have we talked about all of
18   the expenses -- well, let's summarize those.
19   I just want to make sure we've covered it
20   all.
21       The expenses that you relate to
22   the fall would be the medical bills, is that
23   right, from Grandview -- no, from Shelby and

Alexandria Bennett                                                    6/14/2023

Page 165

1    Southlake and then the place you had your
2    surgery.  Are there any others?
3        A.   No, ma'am.
4        Q.   Okay.  And some of those may have
5    been paid by Blue Cross, some of them may
6    not.  Do you know one way or another?
7        A.   No, ma'am.
8        Q.   There is also a lost wages claim
9    for time you have missed from work; is that
10   right?
11       A.   Yes, ma'am.
12       Q.   And then you are claiming some
13   mileage expenses for travel to and from the
14   doctors appointments?
15       A.   Yes, ma'am.
16       Q.   And then we talked about your --
17   how it's affected you emotionally or
18   mentally.
19            Were there any other expenses
20   that you paid for out of your own pocket
21   that you relate to the fall?
22       A.   No, ma'am.
23       Q.   Okay.  Have we talked about all

Page 166

1    of the claims you are making in this
2    lawsuit?
3        A.   Yes, ma'am.
4            MS. GORDON:  All right.  That's
5    all that I have.  Thank you.
6
7    EXAMINATION BY MS. WASHINGTON:
8        Q.   I just have a few follow-up
9    questions.  I think we are going to be out
10   of here very quickly.  I just wanted to
11   address some things that were discussed
12   during your initial questioning.
13            As you know, I'm your attorney.
14   So we are here to talk about the incident at
15   Wal-Mart.  So I do want to talk about the
16   actual incident itself on October 15, 2020.
17   Is that the accurate date?
18       A.   Yes, ma'am.
19       Q.   All right.  So you noticed when
20   you went to get water -- do you recall what
21   kind of water you were attempting to get?
22   Was it a jug or a bottle?  Can you
23   distinguish between either of the two?

Page 167

1        A.   What now?
2        Q.   Do you know which one it was?
3    Was it a jug or a bottle that you reached
4    for when you -- when the incident happened
5    when you fell?
6        A.   It was either one of the two.
7        Q.   But you don't remember which one;
8    correct?
9        A.   I don't remember which one, no,
10   ma'am.
11       Q.   All right.  And then when
12   Attorney Gordon questioned you, you talked
13   about seeing water on the floor --
14       A.   Yes, ma'am.
15       Q.   -- or some liquid substance on
16   the floor?
17       A.   Yes, ma'am.
18       Q.   Did you do any testing of that
19   water that was on -- or that substance that
20   was on the floor when you fell, do you know
21   exactly what it was?
22       A.   No, ma'am.
23       Q.   Okay.  And then you said that --

Page 168

1    when was the first time you saw that liquid
2    substance on the floor at Wal-Mart?  When
3    was the first time you saw it?
4        A.   When I was on the floor.
5        Q.   Okay.  And so prior to your fall,
6    you didn't see any water; correct?
7        A.   No, ma'am.
8        Q.   And did you see any signage about
9    water?
10       A.   No, ma'am.
11       Q.   Did you see any signage at
12   Wal-Mart about any potential dangers?
13       A.   No, ma'am.
14       Q.   Okay.  And when you fell, how
15   long were you on the floor before you went
16   to the ambulance?
17       A.   About 30 to 40 minutes.
18       Q.   And during that time frame, did
19   you see anyone come place any signage or any
20   cones or any structures to warn others about
21   any dangers in that area?
22       A.   No, ma'am.
23       Q.   Okay.  Did anyone else come

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                    6/14/2023

Page 169

1  through that aisle while you were on the
2  floor?  Did you see any shoppers come
3  through that aisle as you were there for
4  30 to 40 minutes?
5      A.  No, ma'am.  I seen a lot of
6  commotion.
7      Q.  Okay.  But you don't recall the
8  exact happenings around that time, during
9  that 30- to 40-minute time frame?  You don't
10 recall anything?
11     A.  No, ma'am.
12     Q.  And so do you believe that
13 Wal-Mart took any steps to warn others about
14 any dangers in that area after your
15 accident?  Do you think they did anything to
16 warn against any dangers?
17         MS. GORDON:  Object to the form.
18     A.  No, ma'am.
19     Q.  (By Ms. Washington)  Okay.  And I
20 do want to show this video.  I know that we
21 are -- it's electronic.
22         MS. GORDON:  I will come over
23 there.

Page 170

1          MS. WASHINGTON:  And I can share
2  this with you.
3          MS. GORDON:  That's fine.
4          MS. WASHINGTON:  I'm going to
5  mark this as Plaintiff's Exhibit 1.  So I
6  will share this via a link of sorts, if you
7  can't get email.
8          (Whereupon, Plaintiff's Exhibit
9          No. 1 was marked and is attached
10         to the original transcript.)
11     Q.  (By Ms. Washington)  But this is
12 the video.
13         MS. WASHINGTON:  Can you see it?
14         MS. GORDON:  Yes.
15         MS. WASHINGTON:  Okay.  Great.
16     Q.  (By Ms. Washington)  And so this
17 is the video.  Do you recall me showing you
18 this video during a Zoom meeting that you
19 and I had?
20     A.  Yes, ma'am.
21     Q.  Okay.  And do you recall if you
22 confirmed with this view which aisle you
23 were on --

Page 171

1      A.  Yes, ma'am.
2      Q.  -- during the incident?
3          Can you point on the screen which
4  aisle you were on?
5      A.  That aisle (indicating).
6      Q.  Okay.  And so you believe you
7  were in this area where you pointed when the
8  incident occurred?
9      A.  Yes, ma'am.
10     Q.  Okay.  And so from your vantage
11 point, from what you can see here, is it
12 clear?  Can you clearly see anything?
13     A.  No, ma'am.
14     Q.  Okay.  So could you identify
15 yourself in this footage that I showed you?
16     A.  No, ma'am.
17     Q.  Could you identify Kevin, who was
18 with you, in this footage?
19         Let me go to the time.  Let me
20 pause.
21         During your testimony with
22 Attorney Gordon, did you state that the
23 incident occurred around 7:15, 7:20?  Does

Page 172

1  that sound about right, about the time frame
2  in which this happened?
3      A.  Yes, ma'am.
4      Q.  So I'm going to actually
5  fast-forward to that time so we can see it.
6  That's 7:11.
7          MS. WASHINGTON:  Sorry, y'all.
8      Q.  (By Ms. Washington)  And so this
9  area, can you show us -- I'm sorry.  Can you
10 show us the area where the incident was
11 happening?  Do you think -- does it look
12 like some commotion on this video at this
13 time?
14     A.  Back in that area.
15     Q.  Okay.  So can you identify any of
16 the people in that footage?
17     A.  No, ma'am.
18         MS. WASHINGTON:  Okay.  And so
19 I'm going to pause.  And I just wanted to
20 verify what she could identify in that
21 footage.  Okay.  And I'm done with it for
22 now.
23

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                    6/14/2023

Page 173

1    REEXAMINATION BY MS. GORDON:
2        Q.   My only question is, just to
3    clarify the record, when you were talking
4    about the video and you were pointing to an
5    area of the screen, were you pointing to the
6    top right corner of the screen or top
7    right --
8            MS. WASHINGTON:  Yes, thank you
9    for that.
10       Q.   (By Ms. Gordon) Just since we
11   can't see where you were pointing --
12           MS. WASHINGTON:  Correct.
13       Q.   (By Ms. Gordon) -- is that an
14   accurate description of where you were
15   pointing?
16       A.   Yes, ma'am.
17       Q.   Okay.  And the aisle that is
18   shown clearly, which is labeled the liquor
19   and the beer aisle on the video that you
20   were shown, that is not the aisle you were
21   on; is that right?
22           Were you on the liquor and beer
23   aisle?

Page 174

1        A.   No.  No, ma'am.
2        Q.   No.  You were on the aisle to the
3    right of the liquor and beer aisle when you
4    fell?
5        A.   Yes, ma'am.
6            MS. GORDON:  Okay.  That's all
7    that I have.
8            MS. WASHINGTON:  Okay.  Thank
9    you, Gwen.
10           MS. GORDON:  Sure.
11           MS. WASHINGTON:  Thank you for
12   that.
13
14   REEXAMINATION BY MS. WASHINGTON:
15       Q.   And so from this, from what you
16   recall on the day of the incident, you spoke
17   with a shopper.  Do you know who you spoke
18   with while you were on the floor waiting for
19   treatment?
20       A.   Ms. Kellie.
21       Q.   Okay.  And what, if anything, did
22   Ms. Kellie tell you or did you-all talk
23   about?

Page 175

1        A.   I know she said that the store is
2    always dirty when she comes there.
3        Q.   Okay.
4        A.   It's not kept up.
5        Q.   And how long after you fell did a
6    Wal-Mart employee come to speak with you?
7        A.   It was quite a bit of time.
8        Q.   Do you have an estimate?  Do you
9    know how many minutes it was between the
10   time you fell and when they came?
11       A.   I'd probably say about
12   15 minutes, I believe.
13       Q.   Okay.  And in your previous
14   testimony, you said that Kevin went to find
15   someone to help after you fell?
16       A.   Yes, ma'am.
17       Q.   And so you think within that
18   15 minutes it took for them to come see you,
19   did Kevin -- do you recall him speaking with
20   someone before they came, or did they come
21   on their own?  Did Kevin prompt them to
22   come, or did they come on their own?
23       A.   I think he prompted them to come.

Page 176

1        Q.   Okay.  And that's all I have now
2    for the incident at Wal-Mart.  But I did
3    want to talk about the impact that the
4    injuries had on you and your family.
5            So did your injuries affect you
6    being able to care for your daughter at any
7    point?
8        A.   Yes, ma'am.
9        Q.   How so?
10       A.   I wasn't able to take care of her
11   and try to pay bills at the same time.  We
12   were struggling.
13       Q.   Okay.  And were you able to still
14   assist her with her day-to-day activities?
15       A.   It was very hard.
16       Q.   How old was your daughter at the
17   time that the incident occurred?
18       A.   I would say she was around six or
19   seven.
20       Q.   Okay.  So she was still school
21   age at that time?
22       A.   Yes, ma'am.
23       Q.   Was she going to school

44  (Pages 173 to 176)

Alexandria Bennett                                    6/14/2023

Page 177

1    physically, or she was homeschooled due to
2    the pandemic?
3        A.   She was homeschooled.
4        Q.   Okay.  And with her -- who
5    homeschooled her during the pandemic and
6    after the accident?
7        A.   Me and my mom.
8        Q.   Okay.  And so were you able to
9    assist her with her schoolwork the same
10   after the accident as you were before the
11   accident?
12       A.   No, ma'am.
13       Q.   What changed?  What were the
14   differences?
15       A.   I would have to get up with her
16   every morning and try to get her ready to be
17   at school on time.  And the morning time was
18   the worst because that's when my ankle hurt
19   the worse, when I first woke up.
20       Q.   Okay.  And so to get to school on
21   time, did that mean that she was being
22   supplemented through, like, a Zoom where she
23   had to be logged in to go to school?  Even

Page 178

1    though she was at home, she had to be
2    physically prepared to be on video?
3        A.   Yes, ma'am.
4        Q.   Okay.  And you had to assist her
5    with what in the morning?  Tell us your
6    average morning before the accident being
7    able to get your daughter ready for school.
8    How did that go?
9        A.   I had to get her up, get her
10   ready, hair, breakfast, make sure she does
11   what she is supposed to do, get her to where
12   she needed to be.
13       Q.   Okay.  And after the accident,
14   how did that change?  How did that affect
15   your ability to get her prepared to start
16   school?
17       A.   It was hard.
18       Q.   How?  How was it hard?
19       A.   Because I couldn't move like I
20   used to move.
21       Q.   Okay.  Did that mean you were
22   having issues with, I guess, getting her
23   settled to stop and do her hair and wash her

Page 179

1    face and --
2        A.   Yes, ma'am.
3        Q.   -- brush her teeth?
4        A.   Uh-huh (affirmative).
5        Q.   Okay.  And so did you yourself
6    have any anxiety?  Were you ever diagnosed
7    with anxiety, sleeplessness or anything like
8    that before the accident?
9        A.   I had a lot of sleepless and
10   restless nights.
11       Q.   Before the accident or after?
12       A.   After.
13       Q.   Okay.  But before the accident,
14   did you have any anxiety or restlessness or
15   sleeplessness?
16       A.   No, ma'am.
17       Q.   Okay.  I know, also, earlier you
18   talked about your work life before and after
19   the accident.  After the accident, why were
20   you let go from Outback Steakhouse?
21       A.   Because I wasn't able to perform
22   the duties of a back of the house kitchen
23   manager anymore like I was.

Page 180

1        Q.   And is that what your manager
2    told you was the reason he was letting you
3    go?
4        A.   Mainly, that's what it summed up
5    to be.
6        Q.   Okay.  And after that -- tell
7    us -- I guess, let's start with why you did
8    that.  You worked at Outback for how long
9    before the accident?  How long did you work
10   there?
11       A.   About three -- three to four
12   years.
13       Q.   Okay.  And did you like your job
14   at Outback?
15       A.   Yes, ma'am.
16       Q.   And you stated that you were
17   named the star of the kitchen at Outback
18   when you worked there; correct?
19       A.   Yes, ma'am.
20       Q.   And so did you have a good
21   working relationship with your coworkers?
22       A.   Yes, ma'am.
23       Q.   Okay.  And right after the

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Alexandria Bennett                                          6/14/2023

Page 181

1  accident, did you try to go back to work at
2  Outback?
3      A.   Yes, ma'am.
4      Q.   Okay.  And I know you said when
5  you left the hospital you were given
6  crutches.  Did you ever have to go to work
7  at Outback with crutches?
8      A.   I had to go -- I had a boot.
9      Q.   You had a boot?
10     A.   Yes, ma'am.
11     Q.   Okay.  So when did you get a boot
12  after the accident?
13     A.   I'm not sure.
14     Q.   So when you went to Shelby
15  Baptist after -- when the ambulance took you
16  to Shelby Baptist, did they give you a boot
17  there?
18     A.   They may have.
19     Q.   Okay.  And so you remember going
20  to Outback with a boot on?
21     A.   Uh-huh (affirmative).
22     Q.   And how did that affect your
23  ability to perform your duties at Outback?

Page 182

1      A.   I wasn't able to move around, for
2  real, in a rush like I was supposed to.
3  Everything was --
4      Q.   Okay.  What do you mean?  What
5  kind of rush did you have to move around in?
6      A.   Everything was supposed to be,
7  like, fast-paced.  And stuff was supposed to
8  be done.
9          So, like you said, A.M. prep, I
10  would prep up everything that needed to be
11  done.  And sometimes I didn't have it -- I
12  didn't have it done.
13     Q.   Okay.  So you believe that you
14  were slower in getting things done because
15  of your mobility --
16     A.   Yes, ma'am.
17     Q.   -- is that accurate?
18          Okay.  Let's talk about when you
19  were let go.  Were you let go before
20  Thanksgiving of 2020 or after Thanksgiving
21  of 2020?
22     A.   Before.
23     Q.   Okay.  So you were unemployed

Page 183

1  before Thanksgiving and Christmas?
2      A.   Yes, ma'am.
3      Q.   Okay.  And when did you move from
4  your apartment in Homewood to the apartment
5  in Ensley?  Did you move before Christmas?
6      A.   I think so.  I'm not sure.
7      Q.   Do you recall if you spent
8  Christmas at the Ensley apartment or the
9  Homewood apartment?
10     A.   Ensley apartment, yes.
11     Q.   Okay.  So you did move to Ensley
12  before Christmas?
13     A.   Yes, ma'am.
14     Q.   And how was that for you and your
15  daughter being at the apartment in Ensley,
16  spending your holidays there?
17     A.   It was depressing.
18     Q.   How?
19     A.   Because Ensley is, like,
20  considered the -- you know, the ghetto over
21  there.  I wasn't brought up like that.  I
22  went to Hoover High School and Spain Park.
23  So I wasn't used to being in that type of

Page 184

1  living situation.
2          And when I say "living
3  situation," it was times where, you know,
4  it's rats running around there.  And me and
5  ███████ are on the couch, because both of us
6  are scared.  And, you know, it's just how it
7  is on that side of town.
8      Q.   Okay.  And you stated that after
9  your emergency room visit you tried to get
10  healthcare?
11     A.   Uh-huh (affirmative).
12     Q.   Why were you seeking treatment
13  after the accident?  Why were you looking to
14  get more treatment after the emergency room
15  visit?
16     A.   Because I knew something was
17  wrong.
18     Q.   How?  How did you know something
19  was wrong?
20     A.   It was hurting.  My ankle was
21  hurting every day.  I couldn't perform like
22  I was able to perform.
23     Q.   Okay.  So why didn't you get

46 (Pages 181 to 184)

Alexandria Bennett                                6/14/2023

Page 185

1  treatment again after the emergency room
2  visit?
3      A.  Because I didn't have insurance.
4      Q.  Okay.  And how did you get
5  insurance when you finally did get insurance
6  after the accident?
7      A.  My mom helped me out.
8      Q.  So your mom helped you pay for
9  insurance?
10     A.  Yes, ma'am.
11     Q.  And did she help you pay for that
12 because she knew you needed some help with
13 that ankle?
14     A.  Yes, ma'am.
15     Q.  Okay.  And you did move from
16 Ensley back to Homewood in another apartment
17 around 2022; is that accurate?
18     A.  Yes, ma'am.
19     Q.  Why did you move -- how did you
20 move?  How were you able to move?
21     A.  I had switched fields.  And I
22 think I just moved by the grace of God
23 carrying me through this journey.

Page 186

1      Q.  Okay.  Do you still have issues
2  with not being able to work in the
3  restaurant industry anymore?
4      A.  Yes, ma'am.
5      Q.  And you want to go back to that
6  field?
7      A.  I like cooking.
8      Q.  Okay.  So once you get the
9  ability to do so, are you going to look for
10 ways to be able to return to that industry?
11     A.  I would like to, yes, ma'am.
12         MS. WASHINGTON:  Okay.  Well,
13 that's all I have for now.  Do you have
14 any --
15         MS. GORDON:  Nothing else.
16 That's it.  You are finished.
17         THE WITNESS:  Yes, ma'am.
18         MS. WASHINGTON:  All right.
19     (Whereupon, the deposition ended
20     at 4:45 p.m.)
21
22
23

Page 187

1              CERTIFICATE
2
3  STATE OF ALABAMA)
4  JEFFERSON COUNTY)
5
6      I hereby certify that the above and
7  foregoing proceedings were taken down by me
8  in stenotype, and the questions and answers
9  thereto were reduced to computer print under
10 my supervision, and that the foregoing
11 represents a true and correct transcript of
12 the testimony given by said witness upon
13 said proceedings.
14     I further certify that I am neither of
15 counsel nor of kin to the parties to the
16 action, nor am I anywise interested in the
17 results of said cause.
18     Signed the 14th day of June, 2023.
19
20
   /s/ Diana B. Williams, CCR
21 DIANA B. WILLIAMS, CCR
   Alabama CCR No. 104, Expires 09/30/2023
22
   Commissioner for the State of Alabama at
23 Large, Commission expires 04/11/2027

47  (Pages 185 to 187)

Alexandria Bennett                                    6/14/2023

**A**

**A-l-l-e-n** 10:6,13
**A-l-l-y-s-o-n**
   10:7
**a.m** 20:8 55:12
   55:16 182:9
**ability** 9:8,13
   178:15 181:23
   186:9
**able** 27:20 34:22
   35:3,4 36:5,8
   36:14,19,22,23
   37:1,3,16
   39:21,23 48:19
   48:21 51:6
   74:16 75:22
   106:5 119:10
   124:6 137:17
   139:12 149:3
   149:15,16,18
   152:15,21
   154:1 155:12
   176:6,10,13
   177:8 178:7
   179:21 182:1
   184:22 185:20
   186:2,10
**abuse** 152:18
**accident** 27:22
   35:17 41:6
   50:10 59:12
   60:4,22 61:12
   61:19 62:12
   63:21 64:2,6,9
   65:2,15 66:4,9
   66:13 67:4,8
   67:11,15,19
   68:22 69:3
   150:19 169:15
   177:6,10,11
   178:6,13 179:8
   179:11,13,19
   179:19 180:9
   181:1,12
   184:13 185:6

**accidents** 67:22
   68:4,17
**accurate** 90:16
   95:7 115:9
   166:17 173:14
   182:17 185:17
**accurately**
   125:15
**acting** 6:4
**action** 1:6
   187:16
**active** 144:22
   145:4
**activities** 58:19
   148:17 149:1
   176:14
**actual** 166:16
**additional** 67:10
   133:9 137:8
   141:22 142:2
**address** 9:19,20
   11:7,14,23
   12:3 13:3
   153:19 166:11
**advances** 163:15
**affect** 9:8,12
   176:5 178:14
   181:22
**affiliated** 70:6
**affirmative**
   47:15 53:3
   68:14 77:10,18
   104:15 114:22
   123:14 130:3
   139:23 156:16
   179:4 181:21
   184:11
**age** 10:17 17:15
   176:21
**agencies** 25:13
   25:18 26:17,21
   27:8 28:4
**agency** 25:9,12
**ago** 11:1,2,3
   22:17 144:18
**agreed** 2:2,13,20

39:4
**ahead** 97:13
   136:13
**aid** 109:8,13,23
   110:16
**aisle** 75:8,12,15
   81:10,13 82:20
   82:21 83:8,13
   83:18,22 84:5
   84:11,15,19,20
   85:5 87:12,18
   87:19,23 88:3
   89:2 90:5 92:3
   92:8 96:7,18
   100:9,11
   102:16,23
   107:23 108:6
   108:20,22
   109:4 110:22
   111:23 113:11
   118:22,23
   119:3,8 121:16
   121:19 122:1
   125:4 130:20
   169:1,3 170:22
   171:4,5 173:17
   173:19,20,23
   174:2,3
**aisles** 82:19 83:1
   83:5,8 100:3
**Alabama** 1:2 2:7
   2:10 5:7,13 6:2
   6:3,10 9:21
   11:12 12:8
   14:3 15:13
   19:4,8 59:19
   60:2 162:11
   187:3,21,22
**alcohol** 150:17
**Alex** 9:1 154:8
**Alexandria** 1:9
   1:17 2:4 6:12
   6:16 8:19,21
   8:23
**Alexis** 163:20
**alkaline** 88:11

**Allen** 10:9,11,19
   10:21 13:11
   79:4 116:2
**allow** 38:10
**Allyson** 10:5,8
   133:7 184:5
**Allyson's** 78:5
**ambulance**
   62:22 111:1,3
   111:15,18
   113:1,3,8,14
   131:9 147:14
   168:16 181:15
**amount** 161:2,5
   161:16
**ankle** 26:3 35:10
   37:5,8 40:20
   42:22 62:16,20
   63:17 64:20
   65:1,9,16,18
   66:8,11 68:18
   117:3,7,8,12
   132:16,18
   135:18,22
   136:2,22 138:8
   139:3 140:14
   141:9 142:3,11
   142:13,22
   143:13,16,18
   144:14 145:14
   148:11,14,22
   150:12 177:18
   184:20 185:13
**ankles** 59:6,7
   64:15 68:8
**answer** 7:14 8:8
   93:8,9,11,17
   164:3
**answered** 93:8
**answers** 187:8
**antianxiety**
   156:22
**antidepressant**
   156:22
**anxiety** 157:3,13
   179:6,7,14

**anybody** 28:6
   60:14 64:12
   104:18 109:1
**anymore** 24:19
   35:5 36:10
   37:14 38:23
   149:13 179:23
   186:3
**anytime** 110:20
**anywise** 187:16
**apartment**
   11:16,18 12:4
   12:5 153:11
   183:4,4,8,9,10
   183:15 185:16
**apartments**
   13:12
**apologize** 31:17
**appear** 7:18
**application**
   47:10 154:13
**applications**
   47:8
**applied** 47:4
   48:1 51:21
   52:3 149:23
   163:14
**apply** 52:1 150:3
**appointment**
   139:22 140:3
   140:11,15
   145:9 159:3,6
**appointments**
   141:17 158:4
   165:14
**approximately**
   2:11 6:11
**April** 22:19
**area** 18:21 78:9
   78:12 97:19,20
   98:9,11,13,16
   99:6 104:13
   105:12,15,16
   123:21 124:16
   125:4,5,11,20
   126:14 129:2,5

Alexandria Bennett                                          6/14/2023

129:10 168:21
169:14 171:7
172:9,10,14
173:5
**areas** 19:1
125:11 128:20
**arm** 119:12
**arrested** 56:10
**arrived** 113:5
118:10,12
**asked** 73:14
93:8 112:23
159:10
**asking** 56:21
68:11 93:14
151:23
**asserting** 7:8
**assign** 3:2
**assist** 176:14
177:9 178:4
**assume** 8:8
30:22 90:4
105:23 138:12
**attached** 52:15
80:21 104:4
114:18 123:1
127:10 160:22
170:9
**attempting**
166:21
**attend** 139:7,10
158:3,20
159:19
**attendance**
49:19
**attended** 139:14
**attorney** 75:19
166:13 167:12
171:22
**August** 25:3
28:1 158:8,16
**Automation**
26:13
**automobile**
61:23 62:12
63:21 64:2,6

65:2,14 66:4,9
66:12 67:4,8
67:11,15,18,22
68:4,22 69:2
**Avadian** 88:12
**available** 38:15
**Avenue** 5:6
**average** 178:6
**avoid** 7:17
**aware** 126:14

———————
**B**
**B** 1:23 2:6 6:1
187:20,21
**back** 12:9 13:5
13:18 15:7
33:21 34:12,21
36:6 46:3
47:11,18 58:22
62:1 64:15,20
66:6 67:18
68:8,18 69:2
70:8,9 84:6,8
91:5 101:9
104:12 106:4
118:4,6 133:4
136:10,18
139:17 172:14
179:22 181:1
185:16 186:5
**background** 7:7
**backing** 12:2
**bad** 51:17 156:5
156:5
**bandages**
132:12
**bankruptcy**
56:13
**Baptist** 71:14
181:15,16
**bare** 49:1
**basically** 135:20
151:21 155:1
**basis** 53:13
57:13 58:3
164:6

**Bates-labeled**
122:16
**becoming** 22:13
35:14
**bed** 146:11
**beer** 173:19,22
174:3
**beginning** 59:16
160:11
**believe** 22:17
24:2 45:12
46:16 59:15,15
61:8 67:6 78:1
82:14,17 84:9
88:13 91:2,2
98:15 102:15
102:21 107:10
108:14 109:7
109:22 112:5
112:22 113:2
118:11 122:6
132:1,3,6
140:13 148:8
169:12 171:6
175:12 182:13
**believed** 105:5
**bells** 70:15
**belt** 61:15
**benefits** 51:22
58:15 150:1
**Bennett** 1:9,17
2:5 6:12,16 7:2
8:19
**Bessemer** 14:3
77:4,16,17,20
78:3,16
**best** 39:2 61:2
**big** 26:5 74:8
117:21,21
152:17,18
**biggest** 65:3
66:19,20
**bill** 147:8,9,15
**bills** 51:12 147:6
147:17,22
152:3 160:19

163:6,7 164:22
176:11
**Birmingham**
5:7 6:2 19:1
59:19,23 60:1
61:5,9
**birth** 15:9
**bit** 175:7
**biweekly** 53:12
**black** 98:2 99:13
128:14
**bleeding** 63:11
**blocking** 84:10
84:14
**blood** 57:20 58:4
65:6
**Blount** 17:15
18:7 56:17
57:9
**blue** 42:11,12
43:9,9 124:10
135:9 165:5
**body** 92:12,12
94:7,10 96:1,5
**Bone** 162:11
**bones** 63:6 72:6
72:18
**boot** 145:14,21
146:5 181:8,9
181:11,16,20
**bottle** 89:5
90:14,15,20
166:22 167:3
**bottled** 81:11
96:14,21
**bottom** 94:14,16
94:20 95:7
106:1 114:21
120:22
**box** 90:22
**brace** 150:23
**braces** 65:9
132:13 146:22
**brain** 31:18
**brand** 88:6
89:12 120:15

**brand-new**
121:5
**Brandon** 60:20
**brands** 88:8,10
**bread** 100:17
**break** 8:1 14:17
43:1 73:11,12
**breakfast**
178:10
**brief** 43:3 73:16
**briefly** 120:13
**bright** 119:3
**bring** 130:19
**broke** 72:20
**broken** 63:6
72:6,18 137:5
**brought** 183:21
**brush** 179:3
**buggy** 81:19
**burgundy** 82:6

———————
**C**
**C** 5:1
**calculated**
161:12
**call** 47:18,21
51:10 111:12
**called** 30:10
47:11 63:15
111:3 113:4
**calm** 109:14
**camera** 75:12
100:8,10
**cameras** 75:14
**car** 59:12 60:8
60:10,12,14
150:19
**care** 69:19 70:4
70:10,20
100:21 152:4
176:6,10
**cares** 71:16
**carrying** 81:22
185:23
**cart** 81:20,20
**case** 44:13,16

Alexandria Bennett                                    6/14/2023

Page 190

| | | | | |
|---|---|---|---|---|
| 89:5,7,8 144:6 | **churches** 56:15 | **come** 21:17 | **concerned** 86:13 | 46:18 51:15 |
| 160:11 | 57:7 | 24:16 26:23 | 86:22 | 52:20 55:1 |
| **cases** 97:3 | **circle** 124:10,12 | 27:2 31:3 36:7 | **conditions** 9:12 | 75:13 89:2 |
| **cause** 6:13 65:15 | 127:18 | 51:10 61:2 | 57:16 58:1 | 167:8 168:6 |
| 65:15 148:14 | **circled** 124:14 | 109:23 110:15 | **cone** 101:6 | 173:12 180:18 |
| 148:17 187:17 | 125:5,11 | 110:21 113:10 | **cones** 121:19,23 | 187:11 |
| **caused** 37:5,9 | 129:11 | 113:18 122:11 | 168:20 | **couch** 184:5 |
| 68:21 83:9 | **citations** 61:11 | 130:14 145:6 | **confirmed** | **counsel** 2:4,22 |
| 91:16 95:11 | **city** 61:6 | 168:19,23 | 170:22 | 3:1 6:7 187:15 |
| 104:23 105:1 | **Civil** 1:6 6:6 | 169:2,22 175:6 | **confusing** 7:20 | **counselors** |
| 145:2 157:9 | **claim** 50:1 124:2 | 175:18,20,22 | 96:18 | 155:4 |
| **CCR** 1:23 | 124:7 127:16 | 175:22,23 | **consider** 69:18 | **County** 17:16,16 |
| 187:20,21,21 | 165:8 | **comes** 175:2 | 70:9 | 17:16,19 18:4 |
| **certain** 39:14 | **claiming** 7:9 | **comfortable** | **considered** | 18:7 56:17 |
| 88:6,8 94:19 | 48:5,13 50:4 | 153:18 | 183:20 | 57:9,9 187:4 |
| 101:14,16,19 | 50:18,22 51:9 | **comforted** | **consumed** | **couple** 79:20 |
| 120:7 148:13 | 68:13 129:7,14 | 109:16 | 150:16 | 103:18 134:13 |
| 148:17 | 129:18 151:3 | **coming** 77:21 | **contact** 14:21 | 162:18 |
| **CERTIFICA...** | 158:1 160:1,14 | 78:9,11,13 | **contacts** 15:19 | **court** 1:1,22 |
| 4:8 187:1 | 165:12 | **commencing** | 15:22 16:8 | 2:18 6:20 7:12 |
| **Certified** 2:6 6:1 | **claims** 7:7 22:23 | 2:11 6:10 | 17:5,7 85:1 | 49:3 |
| **certify** 6:4 187:6 | 46:10 162:23 | **Commission** | **contained** 98:13 | **cover** 74:8 |
| 187:14 | 166:1 | 187:23 | 98:17 | **covered** 164:19 |
| **chance** 123:6,12 | **clarify** 43:7 | **Commissioner** | **continuous** | **COVID** 73:5,9 |
| **change** 30:13 | 173:3 | 6:4 187:22 | 68:10 | **coworkers** |
| 31:6 33:9 36:1 | **cleaning** 122:8 | **commotion** | **contracted** | 180:21 |
| 55:23 143:13 | 122:11 | 169:6 172:12 | 23:18 24:7,8 | **cracked** 62:15 |
| 161:22 178:14 | **clear** 7:23 130:7 | **company** 23:5 | **control** 60:6 | 65:5 |
| **changed** 30:16 | 171:12 | 27:2 28:2 | **convicted** 56:10 | **crime** 56:10 |
| 32:4 53:16 | **clearly** 171:12 | 42:10 158:11 | **cook** 29:18 30:1 | **Cross** 42:12 |
| 56:2 131:17 | 173:18 | 163:18 | 30:14 55:19 | 43:9 135:9 |
| 144:21 177:13 | **clerk** 23:9 | **compensation** | 149:20 151:9 | 165:5 |
| **changing** 28:7 | **close** 32:1,6,11 | 58:15 | 151:10 154:2,5 | **crutches** 132:1 |
| **Charles** 5:16 | 108:11,12 | **complaint** | **cooking** 37:22 | 132:10,15 |
| **chart** 160:15 | 149:5 | 136:22 | 38:5 149:19 | 150:21 181:6,7 |
| **check** 32:22 | **close-up** 16:23 | **complaints** | 151:12 154:3 | **Crystal** 20:14 |
| **children** 11:4 | **closer** 53:21 | 118:13 131:12 | 154:14,17,21 | **curious** 75:22 |
| **chiropractor** | 76:22 | 135:16 | 186:7 | **curl** 149:7 |
| 72:9 | **closing** 44:7 | **complete** 114:10 | **coordinator** | **current** 9:19,20 |
| **chiropractors** | **clothes** 130:12 | **completed** 60:22 | 21:1 | 14:4 21:14 |
| 72:13 | **clubs** 56:16 57:7 | 61:3 | **copy** 52:9 | 53:20 56:4 |
| **Christmas** | **collision** 60:6,7 | **completing** | 103:11 115:5 | **currently** 19:10 |
| 183:1,5,8,12 | **color** 4:17,18,19 | 113:23 | **corner** 173:6 | 150:11 |
| **chronic** 57:16 | 4:21,22 99:10 | **compliance** 2:17 | **corporate** 2:9 | **Customer** 4:20 |
| 58:1 | 99:11 128:11 | **computer** 187:9 | 5:12 6:9 23:10 | **customers** 37:21 |
| **church** 56:20,23 | **colored** 82:6 | **concern** 83:9 | **correct** 7:21 | 108:21 |

cut 138:15
CVS 69:11,12

**D**

D 4:1
dad 10:18,19
damaged 61:18
damages 160:13
dangers 168:12
  168:21 169:14
  169:16
dark 79:6
Data 23:9
date 6:5 12:21
  15:9 24:9
  39:13,15 56:5
  68:15 85:21
  166:17
daughter 10:3
  11:8,21 12:15
  71:22 78:16,19
  120:8 146:7
  151:19 161:23
  176:6,16 178:7
  183:15
daughter's 77:2
  77:9
Daughtry
  115:17 116:4
day 17:8 31:23
  50:23 51:2
  63:9 66:12,12
  76:8,18 78:6
  79:17 83:17
  84:20,22 85:6
  88:19 103:5,9
  111:6 114:4
  115:3 118:23
  120:8 121:3,10
  123:22 124:2
  126:9 127:16
  128:14 129:2
  132:5 133:11
  136:8 138:1,7
  146:3,10 147:9
  158:2 159:3,13

163:11 174:16
  184:21 187:18
day-to-day
  176:14
days 20:4 31:21
  32:10,18,19,23
  44:8,11,12,18
  50:5,17,23
  51:9 54:23
  63:10 148:22
Dazzio 2:9 5:11
  6:8
decide 51:5
decided 38:16
decision 39:2
Dedicated 25:14
  26:20 27:1,5
  49:18
Defendant 1:13
  5:9
Defendant's
  4:15 52:8,14
  80:13,14,19
  103:22 104:3
  105:8 114:14
  114:17 122:15
  122:23 123:21
  124:5 125:15
  125:23 126:1,2
  126:6,23 127:1
  127:5,9 128:21
  129:11 131:4
  160:5,21
degenerative
  162:16
deliver 71:21
  72:1
delivered 71:23
  72:1
department
  21:3 61:6,7
depict 105:8
deposition 1:16
  2:4,15,16 3:4
  7:11 8:14 9:17
  186:19

depositions 2:19
depressing
  151:15 183:17
depression
  157:3
describe 82:10
  83:16 92:14
  99:2 112:10
  143:6
description
  55:20,22 115:8
  173:14
desk 20:2
detail 83:16
details 95:9,12
  95:14
determine 106:5
determined 56:6
develop 157:10
diabetes 57:20
  58:4
diagnosed 16:21
  57:19,23 63:5
  157:2 162:16
  179:6
diagnoses 132:4
diagnosis 65:1
  137:4
Diana 1:23 2:5
  6:1 7:12
  187:20,21
died 151:11
differences
  177:14
different 14:12
  25:6,13 106:15
  124:17,19,23
  126:22
dinner 76:20
  81:5 88:23
directly 90:21
  91:1
dirty 85:10
  91:18 92:1,2,5
  97:20 98:1
  99:18 100:1,19

101:14,19
  105:2 107:19
  107:19 175:2
disability 150:1
  150:8
disclosures 4:23
  160:7
discuss 156:18
discussed
  106:11 155:2
  166:11
discussion 15:6
disease 162:16
displays 84:18
distinguish
  166:23
DISTRICT 1:1
  1:2
DIVISION 1:3
doctor 16:13
  17:10,11 40:1
  40:8 41:3 64:1
  69:19 70:10
  134:18 142:11
doctor's 159:2,6
  159:19
doctors 39:8
  64:19 67:9
  70:21 140:22
  141:7,13,18
  142:10 150:8
  158:3,20 160:2
  165:14
document 52:7
  103:20 160:13
doing 28:10 58:9
  73:10 76:17
  77:1 107:1
  114:8 151:14
downhill 135:19
downtown
  155:16
Dr 70:13 162:10
drastic 161:22
drips 98:23 99:3
  99:9,10

Drive 2:10 5:12
  6:9 9:21 11:7
  11:11 12:3
  153:6,19
driver 60:10
  67:23
driver's 15:11
driving 16:2
  77:20
drugs 150:16
due 177:1
DUI 61:16
duly 6:17
duties 20:16
  26:8 28:7 35:2
  35:15 36:2,11
  36:19,21 38:2
  49:15 50:9
  179:22 181:23

**E**

E 4:1 5:1,1
earlier 95:17
  126:7 128:9
  142:4 179:17
Earliest 20:8
early 70:9
earn 45:10
  48:22
earning 29:20
earnings 55:11
eased 143:14
  144:8,9,15
East 7:4
edge 91:4
education 18:15
effect 2:16
efforts 122:8
either 17:15
  18:3,6 34:9
  40:17 56:16
  57:8 59:2,5,7
  64:14 65:16
  68:7 80:15
  90:19 96:2
  104:10 128:17

Alexandria Bennett                                                6/14/2023

Page 192

166:23 167:6
**electronic** 115:4
169:21
**Ellise** 5:4
**email** 170:7
**emergency**
66:16 133:8
184:9,14 185:1
**emotional** 157:8
157:16
**emotionally**
151:5 155:4
156:3 157:22
165:17
**employed** 19:11
46:18 57:4
**employee**
111:22 112:4
112:12,23
113:4,19,23
118:9 122:4
175:6
**employees** 83:11
102:21 108:22
109:4 110:12
110:13,15
**employment**
21:21
**EMTs** 113:10
116:10,14
118:10,12
130:16
**EMW** 5:5
**ended** 23:19
27:17 28:14
29:13 33:8
46:16 49:10
78:14 186:19
**Ensley** 11:12,15
12:7 13:3
153:7 183:5,8
183:10,11,15
183:19 185:16
**enter** 84:5 87:11
**entered** 87:20
**entire** 33:10,17

35:21 44:13,16
81:16 158:2
159:3
**entity** 43:8 61:2
**entrance** 80:2,4
80:12,16,17
81:2
**entry** 23:9
**ER** 64:4 66:12
67:7,13 72:23
131:13 133:18
135:4 136:8,19
147:9
**Erica** 17:21
162:20
**ERs** 71:6,8
**Esq** 5:4,10
**estimate** 82:16
175:8
**evening** 82:4,8
**events** 9:9,13
**eventually**
134:23
**everybody** 7:20
**everyday** 148:19
**evidence** 3:4
102:14
**exact** 169:8
**exactly** 167:21
**examination** 4:3
6:13 7:1 166:7
**examined** 6:17
**exercise** 58:18
**Exhibit** 52:8,14
80:13,14,19
103:22 104:3
105:8,17 106:4
114:14,17
122:15,23
123:21 124:5
125:15,23
126:1,6,7
127:1,1,5,9,22
128:6 129:11
160:6,21 170:5
170:8

**Exhibits** 4:10,12
4:15 128:22
131:4
**exit** 131:2
**expect** 142:13
**expenses** 160:2
164:18,21
165:13,19
**experience**
118:2 143:18
154:15
**experiencing**
135:21 143:7
143:15 150:11
**expires** 187:21
187:23
**explain** 8:6 50:3
**extra** 32:22
**eye** 16:13 17:10
17:11
**eyeglasses** 16:8

___

**F**

**face** 179:1
**fair** 8:9 90:15
121:13
**fall** 82:13 91:17
94:21 95:10,11
95:13 104:13
104:18,20,23
105:1 106:12
107:6,12,21
108:1,23 109:5
109:7,12,18
110:12,13,16
110:21 111:9
111:22 116:7
116:18,21
117:13,17
118:22 128:18
134:4,11
135:13 136:4,8
138:10 139:15
140:23 141:15
141:19,23
143:3 146:23

147:3,7 148:7
149:2,16
150:14,17
151:3 154:2
155:3,21
156:18,23
157:3,6,9,20
162:21,22
164:15,22
165:21 168:5
**fallen** 68:15
**falls** 68:6
**familiar** 14:8
85:20 115:17
**family** 176:4
**far** 16:22 79:14
83:21 84:1
**farsighted** 16:21
**fast** 93:2 95:3
112:20
**fast-forward**
172:5
**fast-paced** 182:7
**February** 15:10
**Federal** 6:5
**feel** 62:8 92:22
93:5,14,20
95:5 116:20
123:8 144:11
**feet** 38:6 40:18
40:23 41:1,4
92:19,20,22
93:5,15,20,23
94:4 95:6
108:13,13,15
108:15,17
154:16
**fell** 68:13 83:20
88:21 89:16,18
89:19 90:1,12
91:7,9,14 92:4
92:9,13,14,17
92:21,23 93:4
93:6,12,21
94:6 95:2,18
97:16 98:10

99:16 101:15
102:4,8,17,23
103:4,4,9
105:9,10 106:9
107:4 116:20
116:23 117:10
117:18,20
118:2,3 119:18
120:1 121:10
121:14,20
122:9 123:22
125:20 126:15
130:12 131:18
163:12 167:5
167:20 168:14
174:4 175:5,10
175:15
**felt** 94:1 117:10
**female** 112:14
**field** 186:6
**fields** 155:1
185:21
**figure** 36:17
98:20 140:19
**figured** 154:7
**filed** 7:4 56:12
58:14
**filled** 69:4 134:1
134:7
**finally** 41:19
185:5
**find** 42:20 75:7
103:21 109:21
110:6,7 119:20
152:5 154:8
175:14
**fine** 17:4 31:19
31:19 70:17
76:6 79:11
80:23 112:16
117:2 123:10
124:13 157:18
162:3 170:3
**finished** 24:11
162:2 186:16
**first** 5:6 6:17

29:1,10,17
39:11 80:13
83:2 94:17
112:3,11,11
113:19 118:23
121:6 135:14
135:17 138:6
143:20 155:18
156:8 168:1,3
177:19
**fist** 149:10
**five** 24:1,2 44:7
44:11,18
**five-four** 73:22
73:23
**flare** 148:15
**flatfooted**
119:12,23
**flip** 123:4
**floor** 84:15 85:5
85:7,8 91:19
91:21 92:3,8
92:16,18 93:2
94:6,8,17
95:19 96:3,4
96:17,20 97:6
97:9,15,17,21
98:9 99:3,10
99:15,18 100:1
100:19 101:15
102:12,16,22
105:9 106:1,9
113:7,17
121:16 122:5
125:4,9,10,16
128:19 130:2,9
167:13,16,20
168:2,4,15
169:2 174:18
**flu** 69:23
**follow** 133:14
**follow-up** 66:23
166:8
**following** 6:14
39:7 41:20
65:2 134:4

138:19 139:2
144:12 150:19
**follows** 6:18
**footage** 75:14
171:15,18
172:16,21
**force** 2:16
**foregoing** 6:6
187:7,10
**forget** 7:16
**form** 2:23
169:17
**four** 44:11,12
180:11
**fourth** 87:23
**fractures** 63:6
**frame** 168:18
169:9 172:1
**free** 62:9 123:8
**freezer** 26:12
**Friday** 20:6 32:7
**Friedman** 2:8
5:11 6:8
**friend** 60:17
**friends** 57:1,1
**front** 84:6 87:15
126:16 129:8
129:11,15
130:1
**full** 2:17 8:17
50:23 51:2
**full-time** 45:19
45:23 46:7
**fun** 10:17
**funny** 62:6
**further** 2:13,20
91:5 141:8
187:14
**future** 142:13

___
**G**

**gap** 27:22
**gas** 161:3
**gather** 123:10
**getting** 31:11,14
36:7 74:4

79:22 88:5
107:2 111:1
144:1 178:22
182:14
**ghetto** 151:21
183:20
**girl** 117:21
**give** 21:8 39:8
52:9 61:14
124:9 133:17
142:11 148:11
181:16
**given** 8:14 14:7
29:23 33:1
38:21 40:18
61:11 64:23
68:20 103:11
131:22 132:4
137:3 145:14
145:23 146:21
181:5 187:12
**giving** 150:8
**glasses** 15:21,23
16:1,2 17:5
**go** 8:20 15:1,4
16:19 18:9
20:8 21:7,9
22:2,6,21 24:5
25:7 26:6 29:7
35:23 38:19,20
38:22 39:5
48:18,20 49:11
49:14 50:5,12
50:17,18 51:13
52:2 56:20
63:9 65:21
66:15,18 69:5
69:11 70:2,3
77:4,5 80:7
81:3 82:19,21
85:17 86:2
93:20 95:6
97:12 109:20
133:2,6 136:13
137:23 146:11
154:11 155:7

158:5 171:19
177:23 178:8
179:20 180:3
181:1,6,8
182:19,19
186:5
**God** 185:22
**going** 7:12 14:23
15:2 25:13
38:17 42:22
52:6,9 71:1
76:19 77:6
78:1 83:4
88:22 89:17
91:6 107:2
122:14 124:9
135:19 140:14
140:16 142:8
144:1 152:1,7
152:12,12
155:18,19
156:1 159:5
160:2,4 164:1
166:9 170:4
172:4,19
176:23 181:19
186:9
**good** 73:13
180:20
**Gordon** 4:4,6
5:10 6:22 7:1,3
15:4,7,8 43:2,6
49:6 52:17
73:19 80:23
93:11,19 104:6
114:20 123:3
127:12 161:1
164:4 166:4
167:12 169:17
169:22 170:3
170:14 171:22
173:1,10,13
174:6,10
186:15
**gotten** 135:9
**grace** 185:22

**graduate** 18:12
**grandma's** 77:7
78:5
**grandmother**
77:3,9 151:10
151:11
**grandmother's**
120:7
**Grandview** 63:4
63:6,20 64:19
71:1,6 147:8
164:23
**great** 107:1
170:15
**Green** 5:17
**grew** 18:21
**grocery** 81:20
**ground** 8:13
98:21 120:1
**grounds** 3:2
**guaranteed**
21:20
**guess** 66:1 119:5
157:12 159:8
178:22 180:7
**guessing** 94:18
98:23 111:19
**Gwen** 7:2 174:9
**Gwendolyn** 5:10

___
**H**

**hair** 82:6 128:8
178:10,23
**halfway** 84:2,3,4
**hand** 105:20,22
**hands** 91:14
**happen** 81:9
106:19 107:15
144:3
**happened** 12:23
13:6 46:12
59:18 60:4
67:5,19 74:3
75:9 82:13
83:17,22,23
95:3,13 106:12

106:16 114:4,6
140:6 167:4
172:2
**happening**
172:11
**happenings**
169:8
**hard** 35:6 41:9
74:19 176:15
178:17,18
**hazard** 87:3
**head** 7:15,16
25:15 26:10
60:6 149:22
155:13
**head-on** 60:7
**headed** 77:22
**heal** 138:18,20
**healed** 66:19
67:4
**healing** 138:22
**health** 34:1,3,6
41:14,17 42:3
42:5,7,13 43:8
51:15,19,20
67:17 148:3
**healthcare**
184:10
**hear** 95:19
**heard** 75:11
100:7 163:22
**heart** 14:6
**heel** 120:23
**held** 15:6,15
33:12
**Helena** 16:16
76:15,23 77:1
77:6,15,21
78:3,3,15,20
78:23 85:12
86:20
**help** 36:7 41:12
109:11 110:10
132:15 137:17
175:15 185:11
185:12

**helped** 42:19,20
152:17 163:2,5
163:9 185:7,8
**helps** 131:5
**Hey** 154:8
**hidden** 129:19
129:21
**high** 18:10,11
57:20 58:3,6
183:22
**Highway** 69:14
**Hills** 2:10 5:13
6:10
**hip** 64:15,20
68:7,18 95:1
117:3,5,16
136:1,3,7
**hips** 59:2
**hire** 56:8 154:12
**hired** 22:5,7
**hit** 93:1,1 94:8
94:16 117:13
**holding** 96:20
**holidays** 34:11
34:15 152:11
183:16
**hollering** 109:15
**home** 63:9 133:3
133:7 137:23
178:1
**homeschooled**
177:1,3,5
**Homewood** 9:21
12:8,9,11 13:7
13:15 76:23
78:9,11 151:20
152:22 183:4,9
185:16
**Hoover** 18:17,18
19:4 29:6,9,14
29:17 30:5,12
30:14,20 31:12
31:15,20 34:13
69:17 183:22
**hopes** 22:12
**hospital** 39:17

41:7 48:3 63:2
63:10 71:13
118:16,18
131:9 132:21
181:5
**hospitalized**
138:3
**hospitals** 154:10
**hour** 20:12
**hours** 20:7 31:7
31:22 32:4,5
44:1,20 54:2,4
54:5,10 55:3,7
150:17 159:9
**house** 11:17
12:3 36:6 77:7
78:5 120:7
179:22
**hurt** 66:8 116:23
117:3,7 143:11
148:18 177:18
**hurting** 65:17
94:13 95:1
117:4 118:4
184:20,21
**husband's** 18:1
**Hyundai** 60:13
61:18

---

**I**

**idea** 24:1 32:23
82:7 84:3
102:3 112:6
127:13 135:12
161:1
**identify** 75:21
124:6 171:14
171:17 172:15
172:20
**immediate**
117:9
**immediately**
35:18 116:21
118:1
**impact** 176:3
**important** 7:14

**incident** 4:20
7:9 12:21
20:17 36:13
40:22 46:13
48:7 50:6,19
51:3 67:5 71:4
73:1 74:2 81:8
86:12 95:14
112:21 113:23
114:13 115:9
122:21 130:15
164:5,11
166:14,16
167:4 171:2,8
171:23 172:10
174:16 176:2
176:17
**incision** 138:12
138:18,22
**increase** 32:3
**increased** 53:23
**incurred** 160:1
**indicating** 54:17
149:9 171:5
**individual**
112:11 156:14
**industry** 149:19
186:3,10
**infection** 138:22
**information**
101:23 162:22
**initial** 4:23 64:4
136:18 160:7
166:12
**injured** 58:9
62:11,14
117:13,17
**injuries** 7:8
20:17 40:21
50:19 51:2
58:22 59:2,6
64:1,14 67:1,3
67:11 68:7,18
68:21 71:3
133:10 134:10
138:9 140:22

141:14,19,22
145:1 146:22
148:6 164:10
164:14 176:4,5
**injury** 58:12
**inside** 66:21
80:7 81:2
**instructions**
145:23
**insurance** 34:2,4
34:6 39:22
41:9,11,15,18
41:19 42:3,7,9
42:10,14,15
43:8 51:15,19
51:20 61:15,23
67:18 134:14
134:22 136:16
139:13 140:9
140:18 142:7
147:21 148:3
163:2 185:3,5
185:5,9
**interested**
187:16
**interfere** 159:7
**Intern** 5:16,17
**internally** 62:15
63:11 65:5
**interrupt** 62:9
**interstate** 59:20
**interview** 47:11
47:13
**interviews** 47:17
**Inverness** 54:13
**involved** 9:15
58:18 67:21
68:16
**iPad** 114:9,11
115:3
**issue** 95:15
140:8
**issues** 140:12
178:22 186:1
**item** 90:21
**items** 79:20 81:5

Alexandria Bennett                                                    6/14/2023

88:23

**J**

**January** 41:20
  41:21 42:4,14
  42:17
**Jefferson** 17:16
  18:7 56:17
  57:8 187:4
**job** 19:20,22
  20:2,16,22
  21:14 22:8,8
  22:12,13,16,22
  23:17 24:5,7
  24:20 26:8,12
  27:9,21,23
  28:7,9 29:13
  29:16 30:4,13
  32:16 33:8,8
  33:13 34:2,8
  34:20 35:1,15
  36:1,11,18,21
  37:13 38:2,9
  38:13 42:1,20
  43:15 45:2,5
  46:15 48:10
  49:15 50:9
  55:11,20,22
  56:4 140:19
  152:6,8,9
  154:9,21
  180:13
**jobs** 21:23 25:6
  25:16,17,19
  26:15,16,16
  27:16 28:14,18
  38:15 42:20
  45:7 46:21,23
  47:3,14 48:1,3
  48:4,14,20,23
  49:7,14,20
  50:13 158:17
  159:16,19
  161:6
**Johnson** 162:11
  162:12

**joint** 162:11,16
**journey** 185:23
**jug** 89:7 90:2,17
  90:21 166:22
  167:3
**July** 137:19
  158:8
**jumping** 31:17
**June** 1:19 2:11
  6:11 52:19,19
  53:8,16 54:1
  187:18
**jury** 56:22 57:2
  57:5

**K**

**keep** 100:4,5
  132:18 139:12
  152:5
**keeping** 100:19
**Kellie** 107:10,20
  108:22 109:8
  110:1 112:2
  113:19 115:15
  115:16,17
  116:4,6,16
  118:9 174:20
  174:22
**Kelsie** 5:17
**kept** 100:3,12
  175:4
**Kevin** 10:19,21
  13:10 79:3,4
  80:7 81:15
  87:11 103:10
  103:11 104:7
  104:10,21
  106:11 107:5
  108:3,23
  109:17 110:1,3
  116:2,17
  118:10 126:19
  126:22 131:16
  132:23 171:17
  175:14,19,21
**Kevin's** 77:11

77:12,13
**kin** 187:15
**kind** 29:7 54:14
  56:6 89:11
  115:4 117:20
  117:21 120:19
  121:11 137:2
  145:5 150:23
  157:15 166:21
  182:5
**kitchen** 35:4,8
  36:15 37:12,19
  151:12,17
  179:22 180:17
**knee** 62:16,18
  63:17 65:3,9
  65:16,17,21
  66:20
**knew** 37:13 39:1
  41:10 42:21
  85:22 102:15
  102:21 103:1
  154:5,7 184:16
  185:12
**know** 8:2,5 14:2
  14:4 22:1
  24:14 26:4,9
  26:10 29:4
  31:16 32:21
  36:7 37:11,12
  41:12 42:9
  44:11 46:2
  52:4 55:12
  56:7 60:19
  62:9 68:12
  70:23 74:4,4
  74:18 77:4
  81:4 82:1,5
  85:7,10 89:8
  91:23 92:15,17
  94:3,13 97:3
  97:20 98:2,6
  99:14 100:9,20
  101:20 102:7
  102:11 103:2
  103:17 104:7,8

107:1,17
  108:16,19
  117:12,14,16
  117:20,23
  120:17 129:21
  134:20 144:10
  145:21 146:4
  148:20 149:4
  149:18 151:15
  151:22 152:3,8
  152:12 154:5
  154:13 156:20
  157:13 161:11
  163:7 165:6
  166:13 167:2
  167:20 169:20
  174:17 175:1,9
  179:17 181:4
  183:20 184:3,6
  184:18
**knowledge**
  162:21
**knows** 152:11

**L**

**L** 2:1
**labeled** 151:16
  173:18
**lady** 104:11
  107:9
**laid** 126:15
  152:23
**Lakeshore**
  23:15
**land** 94:11
**landed** 92:13
  94:12,14,14
  127:23 128:5
**Large** 2:8 6:4
  187:23
**Lashun** 8:19
**latest** 20:9
**law** 2:8 5:5 6:8
**laws** 2:18
**lawsuit** 7:4 9:16
  23:1 46:10

95:15 122:19
  160:14 163:1
  163:16 164:7
  166:2
**lawsuits** 64:8
**lawyer** 74:14
  160:11
**leading** 2:23
**leave** 24:4 44:5
  44:7 123:8
  132:12,20
  162:7
**leaving** 46:8
**led** 68:17
**left** 62:19,19
  66:16 101:4
  108:7,10 132:1
  132:9 133:1
  181:5
**leg** 143:11
**lessened** 143:2
**let's** 29:1 104:12
  137:18 157:19
  164:18 180:7
  182:18
**letting** 21:9
  38:22 180:2
**license** 15:11,13
  15:15,19
**life** 19:1,8
  148:19 156:2,6
  179:18
**lifestyle** 144:22
**lifting** 40:18
**lighting** 119:2
**liked** 154:4
**linger** 66:17
**link** 170:6
**liquid** 92:7
  128:19 129:8
  130:8 167:15
  168:1
**liquor** 173:18,22
  174:3
**listed** 115:10,15
  116:2 162:19

162:20
**lists** 55:10,11
115:12 160:13
**little** 8:13 31:12
76:22 101:6
112:1 115:13
116:1 160:8
**live** 10:1 11:10
12:7 14:1
**lived** 9:22 11:6
11:14,19 13:10
13:11 18:23
19:3 153:15
**lives** 77:15,16
**living** 13:2,17
17:15 76:11
184:1,2
**Lloyd** 162:10,12
**loans** 163:15
**located** 16:15
26:11 89:23
90:11 134:18
**location** 29:5,6
29:10,11 35:21
43:19 54:13,20
69:7
**logged** 177:23
**long** 9:22 11:22
12:12 19:20
24:20 27:6,19
30:19 35:5,12
36:14 40:12
42:16 65:20,22
82:12,15,16
102:3,7 106:8
110:9 111:21
134:3 135:12
136:3,11
143:22 144:18
146:18 168:15
175:5 180:8,9
**longer** 36:21
149:3
**look** 14:18 74:18
101:9 103:14
105:10 123:6

123:13 126:22
172:11 186:9
**looked** 74:19
75:20,23
125:16,22
**looking** 88:2,7
89:4 97:1
106:4 119:7
124:4 128:23
184:13
**looks** 52:20 53:9
54:11 74:7
105:19 115:14
124:15,20
128:13 129:10
**lost** 27:9 60:5
152:9,10 161:4
161:6 165:8
**lot** 48:3 54:2,5
79:14 97:12
142:18 144:16
152:18 155:20
169:5 179:9
**loud** 7:14
**love** 149:19
**loved** 152:9
**low** 106:23
**LP** 7:4

_____

**M**

**M** 5:4
**ma'am** 8:10,16
9:4,6,10,14,18
10:10,22 11:5
11:9 12:17,19
13:1,4,9,23
14:13,16,19,22
15:14,17,20
16:9,17 17:1,3
17:9,12,17,23
18:5,8,16,22
19:2,9,12 20:1
20:3,19 21:16
22:10,14 23:2
23:7,12 24:10
24:13 25:10

26:18,22 27:14
27:18 28:20,22
29:9,15 30:2,8
30:16 32:15
33:4,15 34:7
34:14,16,19
35:13,19,22
36:3 37:7,23
38:4,7 39:4,6
40:7 41:16,22
42:2,8 43:10
43:13 44:15,19
44:21 45:6,9
46:11,14,19,22
47:2,6,12 48:8
48:12,16 49:9
49:12,16,21
50:15,21 51:12
51:16 52:13,22
53:22 54:18,21
55:2,6,9,14,18
56:2,11,14
57:10,14,18,22
58:5,10,13,16
58:20,23 59:4
59:9 60:9,11
60:15,23 61:4
61:10,17,20,22
62:4,10,13
63:1,7,15,18
63:22 64:3,7
64:10,13,17,22
65:13 66:10
67:2,20 68:2,5
68:19,23 70:7
70:22 71:9,18
72:5,8,11,22
73:3 74:11,15
76:5,5,10,13
76:16 77:14
78:17,21 79:1
79:5,13,16,23
80:3,6,8 81:14
81:18 82:11,23
83:3,6,10

84:13,17,21,23
85:3,16 86:1,7
86:23 87:5,9
87:13,18,21
88:1,18 89:3
89:14,21 90:9
90:18 91:2
92:10 93:22
94:5,9,18 95:8
95:16,21 96:12
96:15,22 97:7
99:4,8,12
101:18,22
102:2,5,9,13
103:6 104:2,17
104:19 105:5
105:11,14,18
106:2,7,13,17
106:20,22,23
107:7,13,22
108:2,14 109:2
109:6,10,19
110:2,14,17,23
111:7,11,13,16
112:5,9,13,19
113:9,12,15
114:2,16 115:1
115:11 116:5,8
116:11,15,19
116:22 117:11
117:15 119:1,9
119:13,16,19
119:22 120:2,5
121:1,4,8,17
123:16,23
124:3,8 125:2
125:13,18
126:17 127:2,8
127:14,17
128:1,3,7,10
128:16 129:3,6
129:13 130:5
130:21 131:1
131:10,20
132:11,17,19
133:12,19

134:2 135:2,11
135:15 136:9
136:20 137:1
137:11,14,21
138:2,5,11,14
138:17,23
139:4,9,16
140:2 141:6,16
141:20 142:1,5
142:9 143:1,14
143:17 144:5
144:15 145:7
145:12,16
146:17,20
147:1,5,11,13
147:16,20
148:5,9,16,23
149:12,14
150:2,5,10,15
150:18,22
151:1,6 153:7
153:9,12,17,20
154:19 155:9
155:23 156:5
157:1,4,7
158:18,22
160:3 161:10
161:19 163:13
163:17 164:8
164:12,16
165:3,7,11,15
165:22 166:3
166:18 167:10
167:14,17,22
168:7,10,13,22
169:5,11,18
170:20 171:1,9
171:13,16
172:3,17
173:16 174:1,5
175:16 176:8
176:22 177:12
178:3 179:2,16
180:15,19,22
181:3,10
182:16 183:2

183:13 185:10
185:14,18
186:4,11,17
**making** 22:23
29:21 33:21,23
46:10 149:10
157:14 162:23
166:1
**Male** 112:14
**manage** 35:3
36:9,15
**managed** 29:10
30:17
**manager** 30:23
31:11 33:10,14
33:14 36:6
56:1 179:23
180:1
**managing** 35:8
38:11
**March** 21:5
22:18,18
**Mario** 30:6,10
31:2 32:13
35:20,23 38:8
39:5
**mark** 52:6 80:12
103:21,22
114:14 122:15
127:5 170:5
**marked** 52:15
80:20 104:4
105:8 114:18
123:1,20 124:5
125:15,23
126:6,7,23
127:10 128:21
160:5,22
162:18 170:9
**market** 42:5
**marks** 85:8,10
91:23 92:1
97:21,22 98:1
98:4 100:2,16
**married** 9:5
17:22

**mean** 39:10 45:4
54:19 61:13
68:9 71:12
81:12 85:7
93:2 99:22
100:5 135:5
177:21 178:21
182:4
**meaning** 137:23
**mechanism**
94:21
**medical** 9:12
57:16 58:1
142:19 155:6
160:19 164:22
**medication** 9:7
57:13 68:21
133:18,20
134:4 148:21
156:23
**medicine** 58:3
**meet** 131:15
**meeting** 170:18
**member** 56:15
57:7
**members** 56:23
**memory** 79:9
128:15
**mental** 152:18
**mentally** 151:4
155:3,20
157:21 165:18
**mention** 70:13
**mentioned**
95:17 128:9
141:12 154:1
**Mercedes** 26:13
**messed** 26:3
**middle** 54:14,15
84:19
**mileage** 160:1
161:2 165:13
**Milo's** 23:5,6
24:5 25:5
27:21 28:2
47:1 49:8

158:11,15,16
158:20 159:4,9
**mind** 14:18
**mine** 52:10
**minimum** 49:1
**minute** 95:4
110:7 162:8
**minutes** 82:18
106:10 110:8,9
168:17 169:4
175:9,12,18
**missed** 48:6,10
48:13 49:23
161:8 165:9
**mixed** 98:2
**mobility** 154:9
182:15
**molded** 100:18
**mom** 17:19 19:6
42:18 77:12,13
151:23 152:16
152:16 177:7
185:7,8
**Monday** 20:6
32:7
**money** 31:8
**Montgomery**
69:14
**month** 24:1
101:10,11
151:11 153:23
**months** 24:1,3
24:21,22 40:3
41:5 42:18
43:12 65:23
144:19,23
145:1
**Morgan** 23:14
**morning** 32:1
46:2,3 55:17
143:21 144:4
144:11 159:16
177:16,17
178:5,6
**mother** 162:20
**motion** 92:11

**mouths** 24:15
**move** 37:1 52:5
151:20,20
152:1,20
178:19,20
182:1,5 183:3
183:5,11
185:15,19,20
185:20
**moved** 13:13,21
21:3 31:5
112:20 128:2
153:5 185:22
**movement**
148:20
**movements**
92:12 148:13
**multiple** 90:5

─────────
**N**
─────────
**N** 2:1 4:1 5:1
**name** 7:2 8:18
8:20 10:4,5,9
17:20 18:1
25:11 26:9
30:7 60:18,19
62:6,7 70:13
70:18 107:10
155:13
**named** 180:17
**names** 8:23 9:3
**Nash** 5:16
**nearby** 19:1
**nearest** 75:14
**nearsighted**
16:21
**necessary** 2:21
**need** 8:1 24:19
73:11
**needed** 25:23
29:8 37:20
41:13 42:21
111:15,16,17
112:23 133:14
178:12 182:10
185:12

**negative** 33:2
47:22 65:11
75:1 89:9 90:7
112:7 121:1
145:3 154:23
**negatively**
149:22
**neither** 187:14
**never** 34:12
140:14 142:14
149:4
**new** 19:16 22:12
**night** 32:1 46:3
46:4 81:17
132:21 159:14
**nights** 46:4
179:10
**nighttime** 44:3
44:20 74:5
**nine** 10:15
**nine-year-old**
10:16
**nod** 7:15
**North** 5:6
**NORTHERN**
1:2
**Nos** 80:20
**Notary** 2:7 6:3
**notes** 74:9
158:14,15
**notice** 95:22
100:22
**noticed** 95:18
96:3 97:11,15
100:11,15,16
100:17,19
144:10 166:19
**noticing** 149:6
**number** 1:6 14:5
14:11 15:3,11
55:3
**numbers** 160:17
**numerous** 47:8

─────────
**O**
─────────
**O** 2:1

Alexandria Bennett                                6/14/2023

**OASIS** 163:19
   163:21,22
**object** 164:2
   169:17
**Objection** 93:7
   93:16
**objections** 2:22
   3:2
**observe** 83:7
   121:18,23
   122:7 128:18
**observed** 86:21
   107:15 129:2
**occasion** 86:5
   156:15
**occasions** 68:16
   86:9,11
**occurred** 171:8
   171:23 176:17
**October** 12:22
   13:18 17:5
   33:22 34:5
   36:13,20 38:3
   39:7,19 43:7
   45:14 48:7,15
   50:2 53:1,16
   53:21 54:1
   57:12,17,21
   58:17,21 59:3
   59:7 64:15,21
   68:1,4,8,13
   71:7,17 72:4,7
   72:10,12,18
   74:1 85:13,18
   86:6,20 87:4,7
   87:10 89:12,13
   101:12 125:17
   125:21 128:17
   166:16
**odor** 130:8
**off-the-record**
   15:5
**offered** 3:4
**office** 19:18
   23:11 134:18
   155:14

**officer** 130:14
   130:18
**offices** 2:8 6:8
**oh** 21:11 24:8
   33:4 74:20
   98:6 124:13
   162:3
**okay** 8:11,17
   10:11,23 11:13
   11:16 13:2,8
   13:17,21 14:12
   15:21 16:4,13
   16:18 17:4,10
   17:14 18:20
   19:5,10 21:6
   22:7,11,15,21
   23:8,16 24:4
   24:18 25:11,16
   27:6,15 28:3
   28:17,23 29:12
   30:3,9,11,19
   31:5,10,16
   32:10 33:16
   34:12 35:1
   38:1 40:1,8,12
   42:16 43:6,11
   46:1,8,23
   47:23 48:9,17
   48:22 50:11,16
   51:14,21 52:5
   52:17,23 53:6
   53:8,15 56:4,9
   57:11 59:14,17
   59:23 60:3,21
   61:18 62:11,18
   64:4,18 65:8
   66:8,15 67:17
   68:3,20 69:1
   69:10,15 70:8
   70:19,23 71:19
   72:3,17,23
   73:4,10,10,15
   73:19 74:16,22
   75:3,16 76:6
   76:17,21 77:8
   78:8,14,18

81:1,8 82:7
   83:15 84:22
   85:4,12,17
   86:4 87:19
   89:4,22 90:10
   90:14,19 91:11
   93:3,13,19
   94:7 95:4,17
   95:22 96:5
   97:2,5 98:8
   99:2,5,14,19
   100:14 101:11
   101:20 102:20
   103:11,19
   104:12,18
   105:12,23
   106:3,21 107:4
   108:3,7,13,18
   109:11 110:18
   111:5,21
   112:16 113:3
   113:16 115:2,7
   115:23 116:1,3
   119:2,10 120:6
   121:2,5,13,18
   121:22 122:3,7
   122:14,22
   123:7,11,12,17
   123:19 124:1,4
   124:9 125:3,14
   125:19 126:18
   127:3,20 128:5
   128:17 129:4,7
   129:14,23
   130:6,11 131:7
   132:9 134:6,23
   136:10 137:2,7
   137:22 139:7
   139:14 140:3
   141:2,12 142:2
   143:15 145:5
   145:19 146:9
   146:21 147:14
   148:6 149:13
   149:23 153:10
   153:21 154:20

155:10 157:18
   158:1,7,13,19
   159:8,13,23
   160:4 161:1,14
   161:20 162:1,9
   163:4,14 164:9
   165:4,23
   167:23 168:5
   168:14,23
   169:7,19
   170:15,21
   171:6,10,14
   172:15,18,21
   173:17 174:6,8
   174:21 175:3
   175:13 176:1
   176:13,20
   177:4,8,20
   178:4,13,21
   179:5,13,17
   180:6,13,23
   181:4,11,19
   182:4,13,18,23
   183:3,11 184:8
   184:23 185:4
   185:15 186:1,8
   186:12
**old** 10:14 14:11
   176:16
**older** 17:15
**Olympia** 9:20
   11:7,11 12:2
   153:6,19
**on-the-job**
   58:12
**once** 7:20 24:11
   30:16 71:17
   81:2 91:21
   96:4 98:5
   100:7 105:5
   118:12 131:11
   144:1,9 154:7
   186:8
**oncology** 19:19
**ones** 75:17,18
   125:21 134:20

160:10
**open** 32:1,6,10
   138:16
**opened** 37:21
**oral** 6:13
**orange** 101:6
**order** 158:3
**organizations**
   56:16 57:2,8
**original** 52:16
   80:21 104:5
   114:19 123:2
   127:11 160:23
   170:10
**orthopedic** 41:8
   64:1 133:15
   134:17 140:22
**Orthopedics**
   134:16
**Outback** 27:9
   27:12 28:19
   29:1,13,17,22
   30:13,15 31:20
   32:2,6,17
   33:18,22 34:2
   34:9,21 35:16
   38:3,19 43:19
   45:20,22 46:4
   46:7,16 47:1
   48:11 49:8,23
   50:6 51:15,18
   52:12 53:20
   54:2,8 78:10
   154:6,13,22
   158:3 179:20
   180:8,14,17
   181:2,7,20,23
**outpatient**
   137:22
**outside** 79:6
**overheard**
   121:15
**overnight** 63:8
   138:4 159:7,11
   159:12
**overtime** 54:9

Alexandria Bennett                                        6/14/2023

Page 199

**P**

**P** 2:1 5:1,1
**P.C** 2:9 5:11 6:9
**p.m** 1:20 2:12
6:11 20:9 43:4
43:5 73:17,18
186:20
**pad** 115:4
**page** 4:3,12,15
160:12,16
**paid** 20:10 32:17
32:18,19,23
53:12 147:8,10
147:12,15,19
152:3 165:5,20
**pain** 37:10 41:1
51:11 64:20
65:15,21 66:11
66:15 68:10
116:21 117:9
118:1,2 131:17
132:16 133:20
135:18,21
136:1,3,7,11
136:23 142:21
143:2,7,13,16
143:19 144:11
144:14 145:2
145:10 148:14
148:22 150:12
150:12 161:16
161:21
**painful** 151:13
151:18
**pains** 140:16
**pallet** 90:22 96:8
96:9,10,13,17
96:20 97:1,10
98:19 99:6
119:20 129:9
129:12,16,19
129:19 130:2
**pandemic** 24:14
25:1 177:2,5
**pantry** 45:3

**paper** 115:4,18
**Pappadeaux**
27:10,13 28:19
43:15,21 44:1
44:23 45:8,13
45:18,22 46:5
46:9 154:6
**Park** 18:11,18
183:22
**parking** 79:14
**Parsons** 20:14
**part** 10:12 32:16
38:16 52:7
59:23 94:7,10
103:20 105:19
105:23 118:6
122:21
**part-time** 45:22
**particular** 19:17
19:21 26:9
112:21
**parties** 2:3 3:1
187:15
**pass** 83:11
**passenger** 67:23
**patient** 19:16
21:1 162:4
**pause** 42:23
171:20 172:19
**pay** 4:16 31:6
32:3 33:16
42:19,21 52:6
52:11,18 53:9
53:15,20,23
54:19,22 55:1
55:23 56:3,3
67:14 152:21
153:21,23
176:11 185:8
185:11
**paycheck** 26:23
**paychecks** 21:17
**paying** 153:2,13
**payments**
147:22
**payroll** 49:19

**Pearl** 12:11 13:8
13:15 76:11
133:5 152:22
153:2,5
**Pelham** 16:17
17:11 26:11
69:9 86:2
**people** 56:22
57:3 134:14
172:16
**people's** 24:15
**perform** 25:22
25:23 26:5
28:6 34:22
35:2 36:12,19
36:22 39:1,2
48:19,21 49:15
50:9,13 179:21
181:23 184:21
184:22
**performed**
137:13,16
138:1,8 139:18
142:11,23
**performing**
20:16 26:8
38:2
**period** 23:21,22
27:6,11,15
33:10 37:4
41:4 43:12
46:17 47:5
52:18 54:22
55:1,4,8
144:13 146:15
150:20
**periods** 35:5,12
36:14
**permanent** 22:8
22:13 148:8
**person** 112:17
113:21
**Personnel** 25:14
26:20 27:1,5
49:18
**pharmacy** 69:1

69:6
**phone** 14:4,15
81:23 111:5,10
**photograph**
4:17,18,19,22
103:20,23
105:7 106:3,6
127:21
**photographed**
129:5
**photographs**
4:21 103:3
122:18 123:20
124:4,16
125:14,20
126:5,9,11,14
126:21,23
127:4,7 128:21
129:1
**photos** 103:7,10
103:12
**physical** 139:5,7
139:11,14
141:11 147:2
157:10,15
**physically** 177:1
178:2
**pick** 120:8
132:21
**picked** 16:11
78:18 89:6,15
**picking** 7:22
56:22
**picture** 74:20,21
104:9 124:15
**pictures** 105:4,6
**place** 100:4,6
122:8 148:3
165:1 168:19
**places** 47:9
161:3
**Plaintiff** 1:10
5:3
**Plaintiff's** 4:12
170:5,8
**plans** 141:21

150:3
**play** 58:6
**please** 8:5,18
17:18 59:11
127:19 151:8
**pocket** 67:14
165:20
**point** 30:12 33:9
33:19 40:14
41:14 46:5
47:14 54:16
71:2 73:14
115:21 122:3
145:13 146:12
155:9 156:6
163:6 171:3,11
176:7
**pointed** 171:7
**pointing** 173:4,5
173:11,15
**police** 60:21
61:1,6,6
130:14,17
**policy** 42:14
**policyholder**
42:6
**portions** 130:11
**position** 30:4
38:12 127:23
128:4 154:21
**possibly** 78:10
**potential** 163:15
168:12
**prep** 29:18 30:1
30:14 55:12,16
55:17,19 182:9
182:10
**prepared** 178:2
178:15
**prescribed** 16:8
156:21
**prescription**
16:5,12 134:3
**prescriptions**
69:3 133:18,23
134:7

**PRESENT** 5:15
**pressure** 57:20
  58:4
**prevented** 35:7
  35:11
**prevents** 154:2
**previous** 175:13
**PrideStaff** 25:14
  26:20 27:1,4
  49:17
**primary** 69:19
  70:10,20
**print** 187:9
**prior** 3:4 70:20
  168:5
**probably** 8:12
  12:13 31:9,12
  44:10 45:11
  54:3 57:3 61:8
  73:21 76:22
  78:9 82:1,17
  82:18 89:7
  94:14 117:22
  117:23 133:6
  153:3 175:11
**problem** 35:15
  154:17
**problems** 37:6,9
  64:20 83:4
  87:6 138:21
  148:12
**procedure** 6:6
  137:23
**proceedings**
  6:14 187:7,13
**proceeds** 163:15
**process** 89:19
  163:10
**produced**
  122:19
**production** 52:8
  103:21
**prognosis**
  142:12
**promise** 107:3
  162:1

**promotion**
  30:23
**prompt** 175:21
**prompted**
  175:23
**pronounced**
  99:17,20
**property** 12:18
**provide** 51:18
**provided** 41:23
  51:14 75:13
  103:19 122:20
**providers** 155:6
**psychiatrist**
  155:7 156:4
  157:5
**psychiatrists**
  155:5
**psychiatry**
  20:21 22:3,16
  22:22 23:4
**psychologist**
  157:6
**psychologists**
  155:5
**Public** 2:7 6:3
**purposes** 56:22
**purse** 81:23 82:1
**pursuant** 6:5
**put** 32:21 162:5

--- Q ---
**quantify** 161:20
**question** 50:3
  51:17 157:17
  173:2
**questioned**
  167:12
**questioning**
  166:12
**questions** 2:23
  3:1 7:6,14 8:4
  123:5 151:23
  164:3 166:9
  187:8
**quickly** 166:10

**quit** 146:13
**quite** 175:7

--- R ---
**R** 5:1
**radiation** 19:19
  21:3
**raggedy** 97:1
**rain** 79:12
**raining** 60:5
  79:16
**raise** 33:19
**ran** 58:8
**rate** 53:9 56:3
**rating** 150:9
**rats** 184:4
**reach** 83:19
  89:17 91:6,8
  119:10,15
  120:4
**reached** 92:15
  108:4 167:3
**reaching** 89:20
  89:23 90:12,16
  90:20 95:5
  119:11
**reading** 2:14
  16:1
**ready** 144:2
  146:7 177:16
  178:7,10
**real** 26:5 85:9
  182:2
**realized** 28:5
**really** 24:13
  38:12 68:11
**reason** 8:2 21:8
  28:13 38:21
  77:1 102:15,20
  147:4 155:17
  180:2
**recall** 9:9,13
  33:6 45:12
  68:23 70:11,20
  78:7 86:10
  109:1 121:11

132:14 166:20
  169:7,10
  170:17,21
  174:16 175:19
  183:7
**receive** 32:17
  34:1 47:18,20
  63:19 136:17
  139:1
**received** 136:7
  160:10 164:14
**recess** 43:3
  73:16
**recipes** 37:2,16
  37:17,19
**recognize** 80:15
  105:20
**recollection**
  12:22 76:21
  80:11
**recommend**
  67:9 133:9
  137:7 141:8
**recommended**
  137:9
**record** 7:19,23
  8:18 15:1,3,7
  93:10 173:3
**records** 49:19
**red** 128:8
**reduced** 187:9
**REEXAMIN...**
  173:1 174:14
**referred** 41:7
**refresh** 80:11
  128:14
**regard** 65:1
**regular** 14:21
  57:13 58:3
  59:22
**relate** 20:17
  40:22 50:19
  51:2 71:4
  134:11 138:9
  140:22 141:15
  141:19,22

**146:22 147:7
  148:7 150:13
  157:9 164:15
  164:21 165:21
**related** 64:5
  73:1
**relating** 2:18
**relation** 95:23
  96:1 108:4
**relationship**
  10:20 180:21
**relatives** 17:14
  18:6
**relevance** 164:2
**remain** 106:8
**remember**
  11:13 16:20
  17:2 23:23
  27:22 30:7
  47:23 61:1
  62:7 70:18
  76:2 79:8,15
  79:21 80:4,17
  81:6,7 83:12
  83:14 87:16
  89:11 90:10
  92:17 112:15
  114:8 115:2,6
  116:12 117:7
  120:15,19
  130:9,17 131:2
  131:5,6,23
  132:7 133:21
  133:22 134:5
  134:17,19,20
  145:15 146:16
  153:1 155:14
  156:7 164:5
  167:7,9 181:19
**remembering**
  127:3
**remind** 7:16
**rent** 152:22
  153:22
**repeat** 86:16
**rephrase** 8:6

Alexandria Bennett                                    6/14/2023

report 4:20
  60:21 66:11
  114:1,13
  122:21
reporter 1:22
  2:6 6:2,20 7:12
  49:3
represent 7:3
  75:7 122:20
  160:6
represents
  187:11
require 58:2
required 159:20
resign 38:18
  49:6
respective 2:3
responses 7:18
restaurant
  33:14 38:12
  154:18 186:3
restless 179:10
restlessness
  179:14
restriction 40:9
restrictions
  15:18 39:9
  40:19
result 7:9 20:16
  48:6,15 50:1
  60:22 61:12
  63:21 66:4
  157:15 164:11
results 187:17
return 39:13
  40:15 144:17
  145:2 148:14
  186:10
returned 110:3
  145:11
ride 131:8
right 12:6,20
  14:10,23 18:9
  18:14 19:7
  20:10 21:2
  22:9,19 23:16

23:20 25:4
29:14 31:16
32:2,4 34:6,8
34:11 40:21
43:12,14,23
46:13,15,21
49:22 50:14
52:20 53:2,10
53:19 54:17
55:5,8 57:11
62:21 66:16,18
69:18 71:15
74:10 76:7,9
77:6 78:3,4
79:12 80:1
83:15 85:2
87:10 89:1,15
90:4,6 91:16
91:22 92:11
95:19 98:14
99:7 104:14
107:11,17
108:8 109:9
110:3,19 111:8
112:17 113:14
115:12 117:8
118:3,22
120:16 126:5
126:21 127:12
129:12 130:4
131:8,21 134:9
135:7 136:23
137:20 140:5
143:7,10 150:6
158:6,15
159:23 160:4
161:8 162:15
163:23 164:23
165:10 166:4
166:19 167:11
172:1 173:6,7
173:21 174:3
180:23 186:18
ring 70:15
road 18:19
23:14 59:21,22

78:4
Robert 18:2
room 66:16
  133:8 184:9,14
  185:1
rude 112:17
rules 2:18 6:6
  8:13
running 184:4
rush 120:10,12
  182:2,5

_____

## S

S 2:1 5:1
s/ 187:20
safety 87:3
saturated 62:16
  65:4
saw 52:21 54:16
  70:12 87:2
  88:13 96:17,19
  97:5,9 98:9,21
  99:10,16
  101:15 102:11
  104:20 105:9
  107:12 130:9
  135:3 168:1,3
saying 51:4 98:3
  98:7 107:18
  110:5,19
  122:10 126:20
  142:4 151:23
says 52:23 54:12
  160:9
scared 184:6
scene 62:23
schedule 137:10
  139:19,21
  140:7,11,15
  145:8
scheduled 51:1
  140:4 141:18
scheduler 19:16
school 18:10,11
  18:17 58:7
  146:7 176:20

176:23 177:17
177:20,23
178:7,16
183:22
schoolwork
  177:9
screaming
  109:16
screen 171:3
  173:5,6
screenshots 80:9
scuff 85:8,10
  91:23 92:1
  97:21,22 98:1
  98:4 100:2,16
scuffed 85:9
seat 61:15
second 80:14
section 26:12
  45:4 55:11
  101:2 115:13
  115:14
security 15:2
  150:1
see 14:8 16:7
  21:11 29:12
  39:22 41:6
  42:22 54:12
  63:23 73:6
  85:4,8,11 92:5
  97:20 100:10
  104:13,18
  106:18 109:3
  110:11 122:10
  122:13 124:13
  125:3,7,10
  131:4 134:21
  135:1 136:15
  136:15 137:18
  140:10,15
  141:1,3 155:10
  155:12,18,22
  156:3,8,14,19
  162:10 168:6,8
  168:11,19
  169:2 170:13

171:11,12
172:5 173:11
175:18
seeing 16:22
  119:7 130:17
  167:13
seek 67:9 133:9
  134:10 141:21
seeking 184:12
seen 39:20,21,23
  41:10,12 72:9
  72:13 74:12,22
  75:2,23 86:13
  91:22 92:2
  101:5 103:23
  107:20,23
  114:15 122:5
  125:19 126:8
  126:11 127:6
  135:6,8 140:21
  141:13 156:17
  157:5 160:15
  160:17,19
  169:5
sell 81:11
sent 47:9 74:13
  75:18
served 37:21
service 21:1,10
  21:11,15 25:6
  28:9,15 48:20
  56:7 154:11
services 21:13
  21:19 28:18
  152:8
settled 178:23
seven 24:22
  32:10 176:19
shake 7:15
shakes 149:22
share 170:1,6
Sharpie 124:10
Shelby 17:16,19
  18:3,7 56:17
  57:8 71:13,14
  72:1 118:20

Alexandria Bennett                                        6/14/2023

Page 202

131:11,15,19
131:22 132:5
133:1 136:19
164:23 181:14
181:16
**shelf** 89:16
90:11,13,22,23
91:1,4 100:18
119:11
**Shelley** 70:13
**shelves** 90:5
96:1,6
**shelving** 96:10
**Shield** 42:12
43:9
**shifts** 159:14
**shocking** 92:18
**shoe** 120:22
**shoes** 82:7,9
120:14 121:2,6
121:9
**shopper** 174:17
**shoppers** 169:2
**shopping** 76:19
85:23 86:14
87:3,7 88:4,14
88:17,20,22
89:11,12 103:5
103:9 107:9
**short** 9:1
**Shorthand** 2:6
6:2
**shoulder** 82:2
**show** 122:14
123:21 124:1
125:16 127:15
127:22 129:1
160:5 169:20
172:9,10
**showed** 171:15
**showing** 105:12
131:3 170:17
**shown** 74:17
75:23 76:3
105:16 128:6
128:20 173:18

173:20
**shows** 54:6
128:3
**sic** 62:16 88:12
**sick** 32:18,19,23
84:22
**side** 59:21 60:2
75:5 87:14,14
94:19 101:3,3
101:4 184:7
**sign** 114:11
**signage** 168:8,11
168:19
**signature** 2:14
114:21
**Signed** 187:18
**signing** 115:2
**signs** 121:19,23
**single** 89:5
**sit** 38:10
**sit-down** 38:13
38:15 48:4
**sitting** 70:19
89:10 90:21
91:1 101:13
104:11
**situation** 184:1
184:3
**six** 24:22,22
176:18
**size** 97:8 98:16
98:19
**sleeping** 157:14
**sleepless** 179:9
**sleeplessness**
179:7,15
**slides** 120:18
**slip** 92:20,20,22
93:5
**slipped** 83:20
92:21,21 93:4
93:12 124:2,7
127:16 129:8
129:15
**slippery** 93:14
94:1

**slower** 182:14
**Smartwater**
88:12,14,20
**social** 15:2 56:16
57:7 150:1
**sole** 120:19
**solely** 155:21
**somebody** 88:16
88:19 99:20
132:21 135:1
**Sonata** 60:13
**sorry** 45:4 53:7
70:3 73:5
86:18 90:9
97:13 102:19
104:17 106:22
117:1,19
123:18 134:5
172:7,9
**sort** 68:17
142:12 146:22
156:22
**sorts** 170:6
**sought** 143:9
**sound** 14:10
53:10 74:10
115:9,17
137:20 172:1
**sounds** 14:8
**SOUTHERN**
1:3
**Southlake** 135:8
135:10,13,17
135:23 136:22
137:3 138:7
139:17 140:11
140:23 141:5,7
142:10 145:9
147:18,22
158:4,5 165:1
**Spain** 18:11,18
183:22
**span** 74:8
**speak** 110:22
113:18,22
118:8 175:6

**speaking** 175:19
**specific** 36:21
64:23
**Specifically** 35:1
**speeding** 61:16
**spell** 10:11
**spending** 183:16
**spent** 183:7
**spill** 100:22
101:7
**spleen** 62:15
63:12,14 65:5
66:21
**split** 13:16
**spoke** 174:16,17
**spoken** 116:6
**sports** 58:6,18
**spot** 97:8,15
**sprained** 62:17
65:19 66:14
**spread** 123:9
**sprung** 65:18
**stable** 27:23
152:8
**stacked** 96:23
**stand** 35:5 36:14
36:23 37:10
51:6 55:15
119:14,17,20
**stand-up** 45:5
**standing** 35:12
119:12,23
154:19
**stands** 55:12
**star** 37:11
151:17 180:17
**start** 22:15 24:8
28:23 29:1,2
31:8 35:14
43:15 122:11
178:15 180:7
**started** 19:21
22:12 25:1
29:14,17 33:7
46:20 47:1
70:14

**starting** 158:16
**state** 2:7 6:3
8:17 171:22
187:3,22
**stated** 180:16
184:8
**statement** 4:16
53:20 54:20
55:23
**states** 1:1 15:16
**station** 45:4
**stay** 20:9 33:16
51:5 63:8
81:15 109:18
113:7 116:9
146:5
**stayed** 11:12
12:8 19:4
**staying** 13:13
**stays** 17:19
**Steakhouse**
179:20
**stenotype** 187:8
**step** 143:9,11
**stepdad** 152:16
**steps** 169:13
**sticker** 127:22
**STIPULATED**
2:2,13,20
**stipulation** 6:7
**stipulations**
6:21
**stitched** 66:2
**stool** 119:21
**stop** 45:17 65:6
77:5 151:13
152:4 178:23
**stopped** 45:15
46:6 65:7
77:20,22 78:19
78:23 79:7
**stopping** 73:13
79:18
**store** 30:18,20
31:1,3,4,6,11
31:13,15,20

Alexandria Bennett                                          6/14/2023

Page 203

32:3,14,17
33:8,11,13,14
33:18 34:9,13
35:16 38:3
80:2 82:13
84:6,7,8 85:13
87:7 100:12
101:5 104:11
107:10,19
109:22 113:13
113:17 130:15
175:1
**Stores** 7:3
**straight** 82:21
94:20
**Street** 11:15
153:8
**strep** 70:1
**stress** 157:8,16
**stretcher** 130:19
130:23 131:3
**structures**
168:20
**struggling**
176:12
**stub** 52:6
**stubs** 52:11
**stuff** 24:15
26:14 36:8
37:20 48:4
100:3,12
140:17 144:2
146:7 151:13
152:1 154:10
154:14,14
160:20 161:7
163:3 182:7
**sturdy** 82:9
**style** 120:15
**substance** 92:8
99:15 124:1,6
124:11 127:15
128:19 167:15
167:19 168:2
**sued** 64:11,12
**suffered** 58:11

58:22 59:1,6
68:6 72:17
144:23
**suffering** 9:11
57:15 161:17
161:21
**summarize**
164:18
**summed** 180:4
**supervision**
187:10
**supervisor**
20:13 30:3
32:14 35:20
44:22
**supplemented**
177:22
**supposed** 22:5
37:3 39:1
40:10 44:6
50:10 71:23
139:4 141:10
146:4,18
178:11 182:2,6
182:7
**sure** 21:21 36:17
39:11,18 40:13
40:16 42:11
43:2 44:12
50:4 52:3
56:19 62:2
67:12,12,16
70:16 72:16
73:13 78:12
81:4,21 82:5
86:17 91:10,12
94:2,12,13,15
95:2 99:1
111:4 113:20
113:21 114:12
117:6 118:7
120:9 129:17
130:6,10,13
134:8 136:5,12
139:6 142:18
145:18 148:1

155:11 156:10
156:13,20
159:1,8,22
162:14,17
163:8 164:19
174:10 178:10
181:13 183:6
**surgeries** 72:4
**surgery** 40:11
40:15 63:13,16
137:9,10,12,15
138:7,13,16,19
139:2,18 140:1
141:9,14
142:11,22
143:4,8,12
144:7,9,12
145:20,22
147:23 148:4
156:12 158:9
165:2
**surprise** 88:15
88:21
**surprised** 75:10
**surprising**
152:13
**surveillance**
74:6,13 80:10
**sustained**
164:10
**swab** 24:15
**switch** 155:1
**switched** 185:21
**sworn** 6:17
**symptoms**
157:10,15

──────────
**T**
──────────

**T** 2:1,1
**take** 8:1 14:17
24:16 28:9
43:1 58:3
65:20 73:12
78:4 103:3,6,8
103:16 118:18
146:10 148:21

152:4 158:2
159:3,11
176:10
**taken** 2:5 43:4
62:22 63:2
73:17 100:21
106:6 113:13
118:16 125:21
126:9 130:22
187:7
**talk** 28:6 37:15
38:8 71:2
110:12 155:19
166:14,15
174:22 176:3
182:18
**talked** 104:14
116:13 120:13
130:1 150:7
151:2 164:17
165:16,23
167:12 179:18
**talking** 39:16
72:19 90:2
98:18 100:15
106:23 110:20
115:16 121:15
126:13 173:3
**tall** 73:19
**Tea** 23:5 28:2
158:11
**teeth** 179:3
**tell** 17:18 28:9
28:16 36:4,18
38:14 39:12,14
43:14 47:7
49:22 59:10
60:3 74:1
92:11 95:10,23
99:20 105:3
107:14 111:14
111:17 114:3
116:23 133:13
142:16 151:7
174:22 178:5
180:6

**temp** 21:10,11
21:13,15,19,23
22:8,12,16,22
25:6,17 26:17
27:8 28:4,9,14
28:18 46:20
48:19,23 49:7
49:19 56:7,8
152:7 154:11
**temps** 24:17
140:18
**ten** 86:8 108:13
108:15
**terminology**
142:19
**test** 79:9
**testified** 6:18
**testify** 9:8,13
**testimony** 1:16
49:13 50:12
171:21 175:14
187:12
**testing** 167:18
**thank** 10:8,14
14:20 33:5
65:14 112:10
128:12 162:4
166:5 173:8
174:8,11
**Thanksgiving**
182:20,20
183:1
**therapy** 139:5,8
139:11,15
141:11 147:3
**thereto** 3:5
187:9
**thing** 65:3 66:20
**things** 16:22
28:5 36:8 58:2
85:22 100:14
156:1 157:13
162:18 166:11
182:14
**thingy** 97:1
**think** 8:11 21:4

Alexandria Bennett                                      6/14/2023

25:2,15 32:3
32:20,20 45:15
47:2 48:18,20
52:3,10 53:15
54:3 60:1 61:9
62:8 65:17
66:19 69:16
70:4 71:20
73:8 74:8 75:1
76:7 78:8,14
84:1,9 89:7
91:15,18,20
96:23 97:22
98:3,22 99:17
99:23 101:18
103:1 108:9
109:15 110:5
112:19 113:3
114:6 115:13
115:15 118:4
118:20 120:14
132:9 133:3,15
133:19 135:8
135:18 136:9
137:5 139:5,12
139:19,20
140:8 141:10
142:14 146:14
146:14 148:5
148:11,19
151:18 152:9
152:14,15,16
152:17 153:14
155:11,12
156:16 157:23
158:10,11,13
159:10 160:7
161:15 162:17
162:19 166:9
169:15 172:11
175:17,23
183:6 185:22
**thinking** 42:11
**thinks** 104:23
**thought** 69:23
  87:1,2 100:9

142:17
**three** 11:2 12:1
  12:1 29:3,12
  40:3 41:4,5
  44:12,18
  153:16 180:11
  180:11
**throat** 70:1
**throw** 157:14
**ticket** 61:14
**tickets** 61:12
**time** 3:3,3 13:20
  27:11,15 28:21
  29:19 33:7,10
  33:17 35:5,12
  35:21 36:14
  37:2,16,20
  39:18 41:8,11
  44:4,5,7,16
  46:17 47:5
  48:6,10,14
  49:23 52:1,2
  66:5,17 67:4
  74:2 76:12
  77:2 78:19
  81:16 87:12,20
  108:23 110:9
  111:9,20
  118:13,23
  120:7,11 121:7
  131:18 133:5
  135:10,14,17
  136:21 139:13
  142:22 143:9
  143:11 144:13
  146:15 150:20
  152:2 155:18
  156:3,9 158:12
  158:19,23
  159:17,18
  161:8 165:9
  168:1,3,18
  169:8,9 171:19
  172:1,5,13
  175:7,10
  176:11,17,21

177:17,17,21
**times** 146:9
  184:3
**tiny** 115:21
  116:1
**tippy-toes** 120:4
**tips** 29:23
**title** 10:22 29:16
  30:13 33:9
  45:2
**titles** 33:13
**today** 7:5 9:7
  69:19,20 70:19
  74:3 76:3
  89:10 101:13
  106:15 107:16
  125:22 126:10
  130:1 143:16
**toes** 149:5,11
**told** 39:3 40:14
  40:17 46:16
  47:16 56:5
  66:5 73:8
  88:16,19 102:6
  102:10 104:22
  105:13 106:14
  106:15,19
  107:11,16
  114:5 116:17
  140:13 146:4
  146:13 150:13
  157:20,23
  164:4,9,13
  180:2
**top** 52:20 54:14
  54:15 90:13
  119:11 160:8
  173:6,6
**topic** 52:6
**total** 55:3
**totaled** 61:21
**town** 184:7
**track** 58:8
**tragic** 152:10
**transcript** 52:16
  80:22 104:5

114:19 123:2
127:11 160:23
170:10 187:11
**transferred** 31:2
**travel** 160:1
  165:13
**treated** 64:19
  71:1,3 73:6
**treatment** 63:19
  64:5,18 66:23
  67:10 131:22
  133:10 134:10
  134:13 136:6,7
  136:18 137:3,8
  138:9 139:2
  141:8,18,22
  142:3 145:10
  147:6,18
  164:14 174:19
  184:12,14
  185:1
**trial** 3:3
**tried** 25:19
  39:20,22 48:3
  74:18 75:7
  109:14 139:19
  141:1 154:20
  184:9
**trip** 101:8
**trips** 86:19
**trouble** 16:22
  20:15 26:8
  119:6
**true** 187:11
**Truitt** 17:21
  18:2 162:20
**try** 7:17 8:6
  37:12 41:9
  139:21 152:2,3
  154:8 176:11
  177:16 181:1
**trying** 27:7
  36:17 42:20
  94:20 98:20
  109:21 110:6
  134:12 136:14

140:6 145:8
152:5
**turned** 98:2
  134:13,15
  154:10
**twice** 156:17
**twisted** 95:2
**two** 12:13,14
  127:4,6 153:4
  166:23 167:6
**two-week** 55:1,4
  55:8
**type** 25:16 60:12
  88:10 100:14
  131:21 143:7
  162:21 183:23
**typed** 7:19
**typical** 54:7
**typo** 160:8

---

**U**

**U** 2:1
**UAB** 19:14
  20:20,21 21:13
  21:19 22:3,15
  22:22 23:3,19
  70:6 72:2 73:8
  73:8
**UAB's** 70:3
**uh-huh** 7:18
  47:15 53:3
  68:14 77:10,18
  104:15 114:22
  123:14 130:3
  139:23 156:16
  179:4 181:21
  184:11
**uh-uh** 7:18 33:2
  47:22 65:11
  75:1 89:9 90:7
  112:7 121:1
  145:3 154:23
**unable** 35:2
**undergone** 72:3
**understand** 8:3

Alexandria Bennett                                          6/14/2023

Page 205

8:5,7 30:11
41:2 50:11
94:21 102:18
142:20
**understood** 8:9
**unemployed**
27:12,16
182:23
**unemployment**
51:22
**unit** 54:12 96:11
**UNITED** 1:1
**urgent** 70:4
71:16
**use** 16:2,3
150:20
**Usual** 6:20
**Usually** 69:5

———————
**V**
———————
**vacation** 32:18
**Valleydale**
18:19
**vantage** 171:10
**vehicle** 60:6
**verify** 172:20
**versus** 115:4
**Vestavia** 2:10
5:13 6:10
**video** 4:13 75:2
75:8,8,14
80:10 94:23
169:20 170:12
170:17,18
172:12 173:4
173:19 178:2
**videos** 74:6,13
74:17,23 76:1
76:4 103:8
**view** 84:10,15
170:22
**visit** 64:5 67:13
72:23 100:13
136:19 138:6
184:9,15 185:2
**visits** 158:21

159:19 160:2
**vs** 1:11

———————
**W**
———————
**W** 70:14
**wages** 161:5,6
165:8
**waited** 113:8
**waiting** 116:13
142:6 174:18
**waived** 2:15
**wake** 143:20,23
144:4 146:6
**Wal-Mart** 7:3
7:10 16:15
17:6,11 20:18
40:22 50:7,20
51:3 57:4 67:5
69:6,9 71:4
73:1 74:7
76:14,22 77:21
78:20,23 79:19
81:16 83:12
85:13 86:3,12
86:20 100:10
101:9 102:15
102:21 109:3
110:11,13,15
111:22 112:4
112:12,22
113:4,19,22
118:9 120:11
122:4,16
123:22 125:6
125:12 139:15
140:23 146:23
147:3 149:2
151:4 157:21
160:9 163:11
164:6,11
166:15 168:2
168:12 169:13
175:6 176:2
**Wal-Mart's**
122:21
**walk** 26:4 109:4

**walked** 84:11,16
85:6 118:21
**walking** 87:14
108:20
**WALMART**
1:12
**want** 8:3 23:18
40:2 41:4
56:23 57:3
73:23 95:23
101:11 123:9
129:17 140:10
155:16 162:5
164:19 166:15
169:20 176:3
186:5
**wanted** 31:3
65:6 130:6
166:10 172:19
**warehouse**
25:19 26:7,16
28:14,17
158:17 159:14
159:19
**warehouses**
26:1,4 27:7
28:4 46:21
48:23
**warn** 168:20
169:13,16
**warning** 121:19
121:23
**Warren** 45:1
**wash** 178:23
**Washington** 4:5
4:7 5:4 6:23
42:23 93:7,16
164:1 166:7
169:19 170:1,4
170:11,13,15
170:16 172:7,8
172:18 173:8
173:12 174:8
174:11,14
186:12,18
**wasn't** 34:22

35:3,4 36:5,8,9
36:23 37:1,3
37:13,13 38:23
39:21,23 40:10
48:19,21 51:6
78:11 79:14,16
84:4 94:22
100:20 101:3
120:12 129:4,5
139:12 151:22
152:21 176:10
179:21 182:1
183:21,23
**water** 81:10,12
81:12 82:20,21
83:8,13,18,20
83:21 84:5,11
84:15,20 85:5
87:11 88:4,5,9
88:11,12 89:2
89:2,5,5,8,16
89:18,20,22
90:3,3,11,14
90:15,17,20,20
91:7,8,18,22
92:1,2,3,6,7,8
92:16 95:5,18
95:23 96:3,14
96:16,18,19,21
96:23 97:4,5,9
97:12,15 98:1
98:6,9,17,21
99:4,18 100:1
101:4,14,19
102:3,7,11,16
102:16,22,22
104:13 105:1,2
105:13,15
108:5 109:4
110:22 111:23
113:11 118:21
118:23 119:3,8
119:11,15
121:15,16,19
122:1,4 125:3
125:4,8,10

128:19 129:2
129:15,18,23
130:20 166:20
166:21 167:13
167:19 168:6,9
**way** 31:9,14,18
36:15 76:2
77:4,5 78:2,15
87:23 94:8
96:2 101:13
125:16 140:20
149:5 157:19
165:6
**ways** 38:16
155:3 157:20
186:10
**we've** 104:14
116:2 126:23
162:19 164:19
**wear** 15:21,23
17:7 65:8
145:14 146:1
146:19
**wearing** 17:5
82:3,8 120:14
121:6,10
128:13,15
146:2,2,3,5,13
**weather** 79:10
**week** 20:4 31:22
32:10 44:8,18
54:7
**weekends** 32:8,9
44:11
**weeks** 41:5
65:23 66:1
**weight** 40:18
117:23
**Weisen-somet...**
70:14
**went** 18:11
34:12 36:4
39:16 41:7
42:5 45:19
46:3,5 50:8
66:6 67:7

71:12,16 80:5
80:12,16,18
81:1,4 82:20
83:1,8,12,19
85:21 86:12
89:1 93:2 94:4
100:10,23
101:10 131:3
133:3,6,7
135:5,10,13,17
135:23 136:21
141:4 147:9
155:22 156:3,8
156:19 166:20
168:15 175:14
181:14 183:22
**weren't** 13:19
38:14 120:17
121:5,21 122:2
138:3 151:21
**west** 60:2
**wet** 79:14
100:22 130:12
**Whereabouts**
115:20
**Williams** 1:23
2:6 6:1 187:20
187:21
**witness** 2:15
6:12 107:5
149:22 186:17
187:12
**witnessed**
116:17
**witnesses**
115:14
**woke** 177:19
**woman** 151:16
**wondering** 41:3
**Woods** 2:9 5:12
6:9
**word** 61:2
**wore** 136:1
**work** 18:3 19:13
19:14,17 20:5
20:20 21:2,12

23:3,21 24:11
25:20,21,23
27:7 28:8
31:23 35:6
36:5 37:3 39:8
39:13,14 40:2
40:9,10,15
44:2 46:3 48:6
48:14 49:23
50:6,8,18,23
51:1,13 66:3,7
149:19 154:20
158:2,20
159:15 161:9
165:9 179:18
180:9 181:1,6
186:2
**worked** 21:4
23:5,19 26:11
28:1 29:3 31:9
31:23 32:6
43:17,20 44:14
44:17,17,20,23
45:3 52:12
54:5 55:4,7
78:6 110:6
159:6 180:8,18
**worker** 111:19
**workers'** 58:14
**working** 20:21
25:2,5,8 27:3
28:3,19 31:21
43:20 45:13,15
45:17,21 46:6
51:23 54:9
140:17 152:5
154:6 158:7,10
159:4,13
180:21
**works** 21:22
31:18
**worn** 121:2
**worse** 177:19
**worsened** 143:2
143:5
**worst** 177:18

**wouldn't** 57:3
89:6 134:21
141:3 154:12
**write** 114:7
**written** 7:23
**wrong** 39:23
41:10 133:16
158:14 184:17
184:19
**wrote** 114:6

---
**X**
**X** 4:1 39:13
**X-rays** 132:2

---
**Y**
**y'all** 13:17 87:14
87:20 116:12
152:19 172:7
**yeah** 54:5
139:20 149:8
**year** 9:23 16:12
17:13 18:12
21:5 22:5,17
22:19 30:21
34:18 41:20
43:18 44:13
152:14 158:6
**years** 11:1,2,3
12:1,13,14
29:4,13 153:16
180:12
**you-all** 75:11
100:7 174:22
**young** 151:16

---
**Z**
**Zoom** 170:18
177:22
**zooms** 124:18,19
125:1
**Zulanas** 2:9
5:11 6:9

---
**0**
04/11/2027

187:23
**09/30/2023**
187:21

---
**1**
**1** 4:13,16 52:8
52:15 170:5,9
**1,000** 153:4
**1,200** 153:23
**1:30** 1:20 2:12
6:11
**10** 82:18
**104** 4:19 187:21
**11** 122:16
**114** 4:20
**12** 49:1
**123** 4:21
**127** 4:22
**13** 49:2 54:23
**135** 9:20
**14** 1:19 2:11
6:11 45:11
125:6,12
**14th** 187:18
**15** 12:22 13:18
17:5 33:22
34:5 36:13,20
38:3 39:7,19
45:14 48:7,15
50:2 53:1
57:12,17,21
58:17,21 59:3
59:7 64:15,21
68:1,4,8,13
71:7,17 72:4,7
72:10,12,18
74:1 82:18
85:13 86:6,20
87:4,7,10
101:12 122:17
125:17,21
128:17 166:16
175:12,18
**15.25** 53:10
**15th** 85:18 89:12
89:13

**16** 29:21,22 31:8
31:12 33:20,23
52:19
**160** 4:23
**166** 4:5
**170** 4:13
**173** 4:6
**174** 4:7
**18** 20:12
**187** 4:8
**19** 17:15
**1993** 15:10

---
**2**
**2** 4:17 80:13,20
131:4
**2:08** 43:4
**2:11** 43:5
**2:22-CV-0130...**
1:7
**2:42** 73:17
**2:49** 73:18
**2011** 18:13
**2019** 52:19,19
53:9,16 54:1
**2020** 12:22
13:18 17:6
24:23 27:23
33:22 34:5,15
34:18 36:13,20
38:3 39:7,19
40:5 43:7
45:14 48:7,15
50:2 53:2,17
53:21 54:1
57:12,17,21
58:17,21 59:3
59:8,16 63:21
64:16,21 65:2
68:1,4,8,13
70:9 71:7,10
71:17 72:4,7
72:10,13,18
74:1 85:13
86:6,20 87:4,8
87:11 101:12

Alexandria Bennett                                    6/14/2023

125:17,21
128:17 166:16
182:20,21
**2021** 25:3 28:1
40:6 41:21
42:14,17
137:19 158:8
158:16
**2022** 185:17
**2023** 1:19 2:11
6:11 19:23
187:18
**205)396-6607**
14:10
**21** 42:4
**2100** 5:6
**2312** 11:15
**24** 150:17
**280** 29:6,10
30:17,23 31:5
31:11 32:2,14
32:16 33:8,11
33:13,17 34:9
35:16,21 38:3
43:22 48:11
50:1 54:9,12
54:13,20

**3**

**3** 4:18 52:19
80:14,20 131:4
**30** 106:10
137:19 168:17
169:4
**30-** 169:9
**31st** 11:15 153:8
**35203** 5:7
**35209** 9:21
**35242** 5:13
**36** 54:10
**36.5** 55:7
**36.5667** 54:6
**3800** 2:9 5:12
6:9

**4**

**4** 4:19 103:22
104:4 105:8,17
106:4 126:1,2
126:7 127:1
128:22
**4:45** 186:20
**40** 106:10 110:8
110:9 168:17
169:4
**40-minute** 169:9

**5**

**5** 4:20 114:14,18
**500,000** 161:17
**52** 4:16

**6**

**6** 4:21,21 20:9
122:15 123:1
123:21 124:5
125:15,23
126:4,6 127:1
128:22
**600** 153:14

**7**

**7** 4:4,22 20:8
127:5,10,22
128:6,22
129:11
**7:11** 172:6
**7:15** 171:23
**7:20** 74:9 76:8
171:23

**8**

**8** 4:23 49:2,4
160:6,22
**8.75** 49:5
**80** 4:17,18
**800** 153:4
**8273156** 15:12

**9**

**911** 111:12
**9th** 15:10