FILED
2023 Sep 29  PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Customer Incident Report

I N C R

| Facility #:<br>4189 | Date of Incident:<br>10 / 15 / 2020 | Time of Incident:<br>07:20   am / pm  X |
|---|---|---|

| Legal Name:<br>Alexandra Bennett | |
|---|---|

| Date of Birth:<br>  /      / | SSN: |
|---|---|

| Mailing Address:<br>2027 village ridge circle | | |
|---|---|---|

| City:<br>Calera | State:<br>AL | Zip Code:<br>35040 |
|---|---|---|

| Home Phone #:<br>( 205 ) 3298792 | Cell Phone #:<br>( 205 ) 3298792 | Alternate Phone #:<br>( 205 ) 3298792 |
|---|---|---|

| Email Address: | | |
|---|---|---|

Describe in your own words, the events leading up to the incident:

Reaching for water on shelf slipped and fell on floor pain in right hip and ankle. Hip hit pallet

Identify and describe the location of the incident:

DEPT92-DRY GROCERY

List name, address, and phone number of any witness(es) to the incident:

Kevin Allen: 2053966607 626 carter ave
Bessemer,AL 35020

Kellie Daughtry: 2055656622 940 Old Cahaba Drive
Helena,AL 35080

Name of associate the incident was reported to and/or other associates in the area:

Glenda Washnurn, Roman Cooper

**IT IS UNLAWFUL FOR ANY PERSON TO OBTAIN ANY BENEFIT BY FRAUD. ANY PERSON KNOWINGLY DOING SO MAY BE EXPOSED TO POTENTIAL CRIMINAL AND/OR CIVIL PENALTIES.**

Customer Signature: _____   Date: 2020-10-15

Management Signature: _____   Date: 2020-10-15

A copy of this statement will be made available to you upon request.

Revised: 11/20/2019