FILED
2023 Sep-29 PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

Alexandria Bennett vs Walmart
PARKER, ELIZABETH on 06/22/2023

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF ALABAMA

 3                    SOUTHERN DIVISION

 4    _____

 5    Alexandria Bennett

 6            Plaintiff,

 7       v.                          Case No.

 8    Walmart, Inc.,                 2:22-cv-01306-AMM

 9            Defendant.

10    _____

11         AUDIOVISUAL DEPOSITION OF ELIZABETH PARKER

12    DATE:

13    TIME:

14    LOCATION:      Zoom, Remote

15    REPORTED BY:   Freya Amis, Remote Online Notary Public

16    JOB No.:       12416

17

18

19

20

21

22

23

24

25
```

```
 1          A P P E A R A N C E S
 2  ON BEHALF OF PLAINTIFF:
 3      ELLISE WASHINGTON, ESQUIRE
 4      EMS LAW, LLC
 5      2100 First Avenue, North, Suite 300
 6      Birmingham, Alabama, 35203
 7      ellise@emwlawllc.com
 8      (205)938-4369
 9
10  ON BEHALF OF DEFENDANTS:
11      GWENDOLYN GORDON, ESQUIRE
12      Friendman, Dazzio & Zulanas, P.C.
13      3800 Corporate Woods Drive
14      Birmingham, Alabama 35242
15      ggordon@friedman-lawyers.com
16      (205) 278-7000
17
18  ALSO PRESENT:
19      Louise Palker, Observer
20      Charles Nash, Observer
21      Rivers Dorey, Observer
22
23
24
25
```

```
 1              I N D E X
 2  EXAMINATION:                          PAGE
 3    By Ms. Washington               5 / 61
 4    By Ms. Gordon                       59
 5
 6          E X H I B I T S
 7  NO.      DESCRIPTION               PAGE
 8  1    Customer Incident Report         26
 9  2    Photos                           32
10  3    Witness Statement - Kevin Allen  39
11  4    Witness Statement - Kellie Daughtry  38
12  5    Witness Statement - Glenda Washburn  37
13  6    Witness Statement - Roman Cooper  36
14  7    Claim Report                     39
15  8    Bennett Letter                   42
16  9    Incident Procedures              45
17  10   Workplace Safety                 52
18  11   Spill Cleanup                    52
19         (Exhibits attached.)
20
21
22
23
24
25
```

```
 1          P R O C E E D I N G
 2          THE REPORTER:  We are on the record.
 3  Today's date is June 22, 2023, and the time is now
 4  10:04 a.m., Central Standard Time.
 5          Good morning.  My name is Freya Amis.  I'm
 6  the officer designated by DepoDirect to take the
 7  record of this proceeding.  I request all parties
 8  stipulate and agree that by video conference
 9  technology, this will be the remote deposition of
10  Elizabeth Parker in the matter of Alexandria Bennett
11  versus Walmart, Inc., Case No. 2:22-cv-01306-AMM.
12          Counsel, will you please state your
13  appearance for the record, your firm, who you
14  represent, and that you agree to stipulate that I may
15  place this witness under oath and report this
16  proceeding remotely.
17          MS. WASHINGTON:  I'm attorney Ellise
18  Washington.  I represent the plaintiff in this action,
19  Ms. Alexandria Bennett, and I do consent to placing
20  the witness under oath and the usual stipulations to
21  be put in place.
22          MS. GORDON:  Gwen Gordon for Walmart Stores
23  East LP, and I also consent to putting the witness
24  under oath and usual stipulations.
25          THE REPORTER:  Thank you.  Before going on
```

```
 1  the record, the witness positively identified herself
 2  as Elizabeth Parker by driver's license issued in
 3  Alabama State, and the witness is presently located in
 4  Birmingham, Alabama.
 5  WHEREUPON,
 6              ELIZABETH PARKER,
 7  called as a witness, and having been first duly sworn
 8  to tell the truth, the whole truth and nothing but the
 9  truth, was examined and testified as follows:
10          THE REPORTER:  Thank you.  The witness is
11  sworn in, and this proceeding may begin.
12          MS. WASHINGTON:  Okay.  Great.
13              EXAMINATION
14  BY MS. WASHINGTON:
15      Q   Again, I am Ellise Washington.  I represent
16  Ms. Bennett, the plaintiff in this action.  And before
17  we get started, I wanted to go through a few ground
18  rules, depositions with you, just so that we're on the
19  same page; is that okay, Ms. Parker?
20      A   Yes.
21      Q   So the court reporter is going to take down
22  everything we say.  And it's important that you answer
23  with words, rather than with a nod or shake of the
24  head, do you understand?
25      A   Yes.
```

1    Q    So I just want to prequalify that if I ask
2    you to make a verbal statement, it's not me being
3    rude, it's just to conserve the record.
4    A    Okay.
5    Q    Okay.  Also, it's going to be very important
6    that you and I do not speak over one another.  So it's
7    important that you wait for me to finish asking the
8    question before answering, do you understand?
9    A    I do.
10   Q    And if you don't understand any of my
11   questions, please let me know, and I'll rephrase it;
12   is that okay?
13   A    Yes.
14   Q    And if you need to take a break, let me
15   know, and we can take a break, you understand?
16   A    I do.
17   Q    All right.  So are you prepared to answer my
18   questions today?
19   A    Yes, ma'am.
20   Q    Is there any reason that you won't be able
21   to give me full, complete, and truthful answers to my
22   questions today?
23   A    No, ma'am.
24   Q    All right.  And you understand that you are
25   under oath and sworn to tell the truth and that your

1    testimony provided here today has the same force and
2    effect as if we were in front of a judge or jury, do
3    you understand that?
4    A    Yes.
5    Q    All right.  So just to get started, I want
6    to ask you a few preliminary questions, such as where
7    do you currently live?
8    A    I live in Bedford, Alabama.
9    Q    And how close do you live to the Helena
10   Walmart location where the incident in this case
11   happened?
12   A    Approximately 35 minutes.
13   Q    Okay.  And have you ever given a deposition
14   before?
15   A    I have not.
16   Q    Okay.  And did you review any documents to
17   prepare for this deposition today?
18   A    Yes, ma'am.
19   Q    Can you tell me, generally, what documents
20   you reviewed to prepare?
21   A    I reviewed the information that we provided,
22   the incident report, the photographs, the video, and
23   the policies that we have.
24   Q    Okay.  And what policies do you -- what
25   policies did you review that you, and I'm assuming

1    you're meaning Walmart, have?  What policies exactly
2    did you review?
3    A    I reviewed our safety policy, our accident
4    reporting policy.
5    Q    Okay.  Are those the only two policies you
6    reviewed in preparation for today?
7    A    That I remember, yes.
8    Q    Oh, just that you recall at this time.
9    Okay.  That's not a problem.  And so were you at the
10   Helena Walmart location when this accident occurred?
11   A    I work there.  I wasn't physically at the
12   store when it happened.
13   Q    Okay.  What was your title at the time of
14   this incident on October 5th -- I'm so sorry, October
15   15th, 2020, what was your title at Walmart at the
16   time?
17   A    I was the store manager.
18   Q    Okay.  And who all did you speak to who was
19   present at the location about this accident?
20   A    I spoke to Roman Cooper who was the manager
21   on duty at the time who took the report.
22   Q    Okay.  Did you speak to any other employees
23   of Walmart about the incident who were there that day?
24   A    Not that I remember.
25   Q    Okay.  So before we go into too much more

1    detail about the incident and what happened that day,
2    I wanted to get some more information about Walmart's
3    policies and your role there.
4         So how long have you been employed with
5    Walmart?
6    A    Twenty-three years.
7    Q    Okay.  And have you always been at the
8    Helena location?
9    A    No, ma'am.  I've been there since 2017.
10   Q    Okay.  And what other Walmart locations have
11   you worked at?
12   A    I've worked at Sylacauga, Trussville,
13   Talladega, Gardendale, Leeds, and Vestavia.
14   Q    Oh, so over the course of over 20 years,
15   what all roles did you play at Walmart, what all
16   positions did you hold?
17   A    I've worked in the shoe department; I've
18   been a cashier; I've been a manager on the front end;
19   I've been assistant manager; I worked DSD, which is
20   the back door; I was a co-manager and a store manager.
21   Q    Okay.  And so the progression of your
22   employment positions, I guess, the most recent is the
23   highest position you've held at Walmart?
24   A    The store manager?
25   Q    Yes.

1    A    Yes, ma'am.
2    Q    Okay.  And how long have you been a store
3  manager, not just at Helena, but just at any store?
4  How long have you been a store manager at a Walmart?
5    A    Eight years.
6    Q    Okay.  And what all stores have you been a
7  store manager at?
8    A    Helena and Vestavia Hills.
9    Q    Okay.  And I understand that the Helena
10  location is a neighborhood market Walmart location?
11    A    Yes, ma'am.
12    Q    And is the Vestavia Hills location also a
13  neighborhood market location?
14    A    Yes, ma'am.
15    Q    And so can you tell me about your duties as
16  a store manager, what are your roles?
17    A    Basically, overseeing the entire store and
18  ensuring that, you know, we do the day-to-day duties
19  of the store.  Whether that's stocking the shelves,
20  ringing people up at the front.  Whatever, you know,
21  is necessary in the day-to-day operations.  I'm in
22  charge of all of it.
23    Q    And what kind of training were you required
24  if any to go through to be a store manager?
25    A    I don't know that I had a -- I had on-the-

1  job training, you know, shadowing other people.  And I
2  had a mentor that came in and worked with me some.  I
3  didn't go to any official store manager training
4  besides being a co-manager, which was kind of a step
5  between an assistant and a store manager, where you
6  learn how do to run the store.
7    Q    Okay.  Are there any employment handbooks or
8  manuals that you have for being a store manager?
9    A    There are -- we have e-learners that are
10  specific to store managers, which are computer-based
11  learning that I completed.  And there -- back when I
12  got promoted, I think I did a training plan on the
13  computer as well.
14    Q    Okay.  And these computer trainings, do you
15  get any type of written material before or after these
16  trainings to retain for your own records?
17    A    Not that I recall.  I'm sure there's
18  something that I could print out, but I don't know
19  that I have anything.
20    Q    Okay.  And I want to talk about just your
21  employment generally with Walmart.  Do you all have a
22  Walmart employee handbook or manual or policies-and-
23  procedures book that is in writing that's given to
24  employees?
25    A    We do have a new hire orientation guide that

1  they get on their first day of employment.
2    Q    Okay.  And what information is contained in
3  that document?
4    A    As far as I recall, I mean, it had their
5  information that they're going to need to, like, log
6  into the computers and stuff.  It has information on
7  benefit.  It has a few policies in it.
8    Q    And what kind of policies are in it?
9    A    Off the top of my head, I know it has
10  alcohol and drug free workplace policies.  And
11  there's, like, an equal opportunity employment policy,
12  but that's probably all I remember.
13    Q    Okay.  And so you don't recall there being
14  any policies on daily tasks or worksheets that must be
15  completed during shifts or anything like that?
16    A    Not that they get in orientation, no.
17    Q    Okay.  And they'd get an orientation, can
18  you walk me through the orientation process?
19    A    I can walk you through it right now if
20  that's okay?
21    Q    Okay.
22    A    Like, current.  Okay.  So, basically, their
23  very first day of Walmart they're going to come to
24  work, and they're going to prove that they are allowed
25  to work in the United States by completing an I-9.

1  And then they have a couple of hours where they go
2  through this handbook with the people lead, and they
3  talk about policies.
4        Then they do a safety tour with a member of
5  management, which is going to be a tour of the
6  building, point out emergency exits, talk about what
7  to do for different things that could happen.  And
8  then they're going to spend a couple of hours with a
9  team lead, like, kind of shadowing them.
10    Q    Okay.  And are there any, I guess,
11  checklists that the orientation leaders use to check
12  off evidence and that someone completed these
13  trainings?
14    A    The only thing that we would have that we
15  retain right now is the safety checklist.  When they
16  walk around, they check once they learn certain
17  things, and then they sign it.
18    Q    Okay.  And do you all maintain those records
19  for set amounts of time?  Are they placed in -- or are
20  they placed in employees' personnel records?
21    A    They are.  They're downloaded into a digital
22  toolbox for that associate.
23    Q    So you all have access to the sheets that
24  evidence their completion of that safety worklist?
25    A    For current associates, yes.

1    Q    For current.  But so if someone is, I guess,
2 terminated or they resigned from their position, then
3 their personnel file is also destroyed?
4    A    I'm sure it's somewhere in corporate, but I
5 don't have access to it.
6    Q    Okay.  So you have access to current
7 employees' personnel files?
8    A    Yes, ma'am.
9    Q    All right.  And can you tell me about that
10 safety checklist, what all is included on that
11 checklist?
12    A    So we point out spill stations, which are
13 throughout the store and are to be stocked with
14 certain supplies:  pocket pads, the spill cleanup
15 stuff, a broom, a dustpan, a safety phone.  And, you
16 know, we talk about what to do when we see a spill.
17 You don't leave it.  You -- if you can clean it up
18 right then, you clean it up.  If not, you stand with
19 it until you can get someone to help you clean it up.
20        We point out all the fire exits in the
21 building and talk about what to do in the event of a
22 fire or another emergency when we have to evacuate.
23 We go to the hazmat station, which is -- we have
24 different color buckets that we have to dispose of
25 different items in, so we about how to dispose of

1 different things.
2        We go to the compactor and the baler to talk
3 about how to use those.  And we talk about top stock
4 safety, which is the shelf on the tops of the
5 counters.  And about how we don't stack things too
6 high on there, and we don't put heavy things on there
7 because all of this can be dangerous to customers or
8 associates.
9        THE REPORTER:  May I just interrupt, I'm
10 sorry.  What microphone are you using?  It's just a
11 little muddled where I'm just not getting a few --
12 there's a couple words I'm not hearing well.  Are you
13 close to it?  Or --
14        MS. GORDON:  She's about 12 inches from it,
15 yeah.  It's sitting on the table.  It's one that sits
16 on the table.  I'm not sure if I can get it any
17 closer.
18        THE REPORTER:  Okay.  You can't use the one
19 from Zoom, like a computer one?
20        MS. GORDON:  We have it up on a screen.
21        THE REPORTER:  Okay.
22        MS. GORDON:  We're all connected, the
23 speaker, and everything else.
24        THE WITNESS:  I can try to talk more into it
25 if that helps?

1        MS. WASHINGTON:  I was having a few issues
2 with hearing as well.  Like, some words they sound a
3 little muddled.
4        MS. GORDON:  Yeah.  This is the tricky part
5 about Zoom.  You can't ever count on it.  I don't know
6 how to get it any closer.  I mean --
7        THE REPORTER:  Okay.
8        MS. GORDON:  I don't know.
9        THE REPORTER:  We'll keep going forward.
10        MS. GORDON:  It's up here in front of her.
11 And so I don't know how to --
12        MS. WASHINGTON:  If I have a question where
13 I didn't understand the answer.  I think I'm
14 understanding just enough to, you know, go from here.
15 I think we'll be fine, but I may ask you to repeat if
16 it gets too much of an issue; is that okay?
17        MS. GORDON:  Sure.  That's fine.
18        MS. WASHINGTON:  And I do want to make one
19 stipulation on the record.  I am the full-time
20 caregiver for my father, and he is currently having a
21 procedure done.  So I am on-call.  So if I get a phone
22 call, I am definitely -- that's the only reason I
23 would answer.
24        MS. GORDON:  That's fine.
25        MS. WASHINGTON:  Okay.  All right.  So going

1 back -- thank you so much for going over those safety
2 checklist that you all maintain.
3 BY MS. WASHINGTON:
4    Q    Moving forward, as far as reporting spills.
5 I do want to ask specifically about that.  Is there a
6 particular chain of command that spills are reported?
7 Can you go over just in detail how those are reported
8 and handled and resolved?
9    A    Basically, any associate who sees a spill is
10 pretty much trained to clean it up if they can.  You
11 know, if it's a small spill, you know, they should
12 have a pocket pad, which is a little orange, 3 by 5, I
13 guess, absorbent pad.  It cleans up an awful lot of
14 moisture.  And so if they have that and they can clean
15 it easily, they're to do that.
16        If it's larger and they can't clean it up
17 themselves, they can call someone else to help them,
18 to assist them.  And, you know, we can use paper
19 towels, if it's, you know -- if that's good enough.
20 Or we can use the All-Absorb that I talked earlier.
21 It's basically this kind of clumping stuff that you
22 just sprinkle over your spill, and then you can just
23 sweep it up.
24    Q    Okay.  And do you all have any written logs
25 for spills, where spills were reported to someone?

1    A    No, ma'am.
2    Q    Okay.  Do you all have a, I guess, store
3  policy on maintenance or cleaning or repairs, do you
4  all keep any written policies on that?
5              MS. GORDON:  Object to the form.
6              MS. WASHINGTON:  She objected to form, but
7  you can still answer, or did you understand or need me
8  to rephrase?
9              THE WITNESS:  Can you rephrase it?
10             MS. WASHINGTON:  Sure.
11 BY MS. WASHINGTON:
12   Q    So do you all maintain written logs of
13 maintenance, repairs, or requests for maintenance or
14 repairs?
15             MS. GORDON:  Object to the form.  Are you
16 talking about just with regard to floors, or I just --
17 can you narrow it a little bit, or are you talking
18 about the whole store maintenance?
19             MS. WASHINGTON:  I'm starting generally, and
20 I am going to kind of niche in --
21             MS. GORDON:  Okay.
22             MS. WASHINGTON:  -- as we go forward, but I
23 wanted a general response.
24             MS. GORDON:  Sure.
25             THE WITNESS:  We have a portal, I guess,

1    that we use to request maintenance, and I have a
2  technician that comes in and fixes things that are
3  broken.
4              MS. WASHINGTON:  Okay.
5  BY MS. WASHINGTON:
6    Q    And who is responsible for cleaning the
7  Helena store?
8    A    We have maintenance associates that do basic
9  maintenance tasks.  And then, you know, things like
10 dusting or cleaning shelves, pretty much everybody's
11 responsible for doing certain parts.  Say if you
12 change an end cap, you're responsible for cleaning the
13 end cap.
14   Q    Are those individuals who are responsible
15 for the cleaning tasked with doing so at set
16 intervals?
17   A    No, not necessarily.
18   Q    So how are they tasked with -- how often or
19 in what manner are they tasked with doing those
20 duties?
21   A    Mostly as needed.  I mean, the floors get
22 swept and scrubbed -- now it's every night; it used to
23 be every morning.  But we didn't have overnight back
24 in 2020, we do now.
25        I mean, the registers are cleaned once a day

1  and as needed.  Carts are gotten off the lot as
2  needed.  So it's not really something based on a set
3  time just everything is done as it's needed.
4    Q    Okay.  And as far as the standard of
5  cleanliness for the store, are there certain, I guess,
6  check marks of cleanliness that must be made?  Such as
7  dust levels or, I guess, the floors, are they to be
8  buffed or moped?  What are you all's cleaning
9  standards when it comes to just the upkeep of the
10 store?
11             MS. GORDON:  Object to the form.
12             THE WITNESS:  Can you rephrase the question?
13             MS. WASHINGTON:  Sure.
14 BY MS. WASHINGTON:
15   Q    Like, what would you say is the level of
16 cleanliness that you all require?  Or if any, do you
17 all require that the floors are kept to, like I said,
18 they are there to be buffed, or are they to be mopped
19 on a consistent basis?  Is there, like, a no
20 stickiness policy for you, know, regular wear and
21 tear?  I just wanted a general response as to what are
22 you all's cleanliness policy, if any?
23             MS. GORDON:  Object to the form.  Answer if
24 you have an answer.
25             THE WITNESS:  There's not really a

1  cleanliness policy.  The store is, you know, cleaned
2  every morning before we open.  And then as needed,
3  throughout the day, if somebody notices something, we
4  stop and fix it.
5              MS. WASHINGTON:  Okay.
6  BY MS. WASHINGTON:
7    Q    As far as spills as well, I know that you
8  stated that spills are to be cleaned, if possible,
9  immediately by whatever employee sees it first; is
10 that correct?
11   A    Yes.  But not if possible, like, they're
12 responsible.  If you see it, you're responsible for
13 it.  So you're not going to leave it.  If you can't
14 clean it up, you're going to call somebody to help
15 you.
16   Q    And how do you call someone to help you?
17   A    Either with a walkie-talkie or -- some
18 associates don't have a walkie-talkie.  They all have
19 cell phones; they can reach out.  We have a Me@Walmart
20 system that associates can use to communicate with
21 each other in an app.  Or often people just walk by
22 us.
23   Q    Okay.  And are there any, I guess,
24 procedures that will require the placement of warning
25 signs or I guess warning devices to warn customers

1 about potential hazards?
2     A    We do have wet floor signs.  You know, say
3 we just mopped or something, and the floor may be a
4 little slippery, we would put a wet floor sign out.
5 But, usually, we can dry the floor, and we don't need
6 that.
7     Q    Okay.  You can dry -- I'm sorry, I couldn't
8 hear that.  You said that you could dry the floor?
9     A    You can dry it.  You can just use a wet mop
10 and then a dry mop, and it's usually dry.
11     Q    Thank you.  And so as far as spills that are
12 large and, I guess, require significant cleanup
13 endeavors, how do you all handle those particular
14 areas?
15     A    We have a scrubber, a big machine that will
16 kind of go through and suck up water, so or, you know,
17 kind of liquid.  So if we had something big, we could
18 use that.
19     Q    Now I want to switch to, I guess, slip-and-
20 fall incidents at this particular Helena store.  Are
21 you aware of the number of slip-and-falls that have
22 happened at this particular location since you've been
23 employed there?
24         MS. GORDON:  Object to the form.
25         THE WITNESS:  I'm not aware of the total

1 number.  No, ma'am.
2 BY MS. WASHINGTON:
3     Q    But are you aware of some slip-and-falls
4 that have occurred since you've been employed at the
5 Helena Walmart location?
6     A    I am.
7     Q    Okay.  About how many do you recall?
8     A    Probably three.
9     Q    Okay.  And can you give me -- I guess, let's
10 talk about them generally, can you tell me how those
11 happened.
12     A    I don't remember specifics.  I remember two
13 in 2020.  There was one in October, I think, where
14 somebody just fell.
15     Q    Okay.  I know that Ms. Bennett's fall
16 happened in October 2020, do you remember if there was
17 another incident of a fall in October of 2020?
18     A    Not that I recall.
19     Q    Okay.  So the one you recall from October of
20 2020 is the one of Ms. Bennett?
21     A    Yes, ma'am.
22     Q    All right.  Have you ever been at the store
23 when a slip-and-fall occurred?
24     A    I'm sure I have.
25     Q    Okay.  And when slip-and-falls occur at the

1 store, are they resolved?  How long does it take for
2 them to be, I guess, resolved?
3     A    What do you mean by resolved?
4     Q    How long does it take to, I guess, address
5 the slip-and-fall and to ensure that, you know, any
6 injuries have been addressed, an incident report made
7 and, I guess, the cause cleaned up or cleared so that,
8 you know, no further injuries occur?
9         MS. GORDON:  Object to the form.
10         THE WITNESS:  I mean, when we -- when we
11 hear about it, we get a tablet and take an incident
12 report.  Our first concern would be for the customer
13 to make sure that, you know, they're okay.  Once we've
14 done that, we would clean up the spill.
15         MS. WASHINGTON:  Okay.
16 BY MS. WASHINGTON:
17     Q    And I understand that as a part of you all's
18 procedures on addressing slip-and-falls, employees are
19 to take an incident report, correct?
20     A    Yes, ma'am.
21     Q    Okay.  And that incident report is taken
22 electronically?
23     A    Yes, ma'am.
24     Q    Okay.  And how long are those reports kept
25 in you all's records?

1     A    I don't know.  We send it to our claims
2 agency.  And it's  -- I mean, there's an incident
3 number, and I'm sure they can look it up for however
4 long, but I don't know how long it would be.
5     Q    Okay.  And the claims agency, is it an
6 internal Walmart claims agency or some external agency
7 that you're submitting this to?
8     A    It's Walmart.  It's Walmart's clients.
9     Q    Okay.  All right.  And so all reports are
10 just submitted to that claims agency, which is with
11 Walmart Corporate; is that correct?
12     A    Yes.
13     Q    Okay.  So do you all have access to those
14 reports internally, like, can you personally, as store
15 manager, look up those reports?
16     A    I personally cannot, no.
17     Q    Is there anyone else in your store who does
18 have access to those records?
19     A    No.
20         MS. WASHINGTON:  Okay.  So sorry.  My
21 computer just froze.  I'm trying to pull up some
22 records.  Give me one second.
23         MS. GORDON:  You're fine.  Can we go off the
24 record one second?  Let me see if I can figure out how
25 to make you bigger so that when you share the -- right

1  now, you're just one of the tiles, and I was going to
2  try to expand you so that we can see the records you
3  put up.
4       MS. WASHINGTON: Okay.
5       THE REPORTER: Yes. So I have the witness
6  spotlighted for our firm has that. And then when she
7  shows a -- shares her screen, it'll take up the whole
8  screen.
9       MS. GORDON: Perfect. Thank you so much.
10      MS. WASHINGTON: Okay. All right. Here we
11  go. I am going to share my screen to present what is
12  being admitted as Plaintiff's Exhibit 1. It is the
13  accident report that you all submitted to us in your
14  initial disclosures.
15      (Plaintiff's Exhibit 1 marked for
16  identification.)
17  BY MS. WASHINGTON:
18      Q   So does this form look familiar?
19      A   Yes, ma'am.
20      Q   Okay. And so on this is when -- it states
21  here that, "Describe in your own words the events
22  leading up to this incident." This particular
23  statement is written by the actual, I guess, person
24  who was involved in the accident, or is this written
25  by a Walmart employee as told to them by the

1  in contact with either of them?
2       A   No, ma'am.
3       Q   Could you get in contact with either of
4  them?
5       A   Yes, ma'am. If I needed to, I could.
6       Q   Do you recall speaking with either of
7  them or both of them after this incident?
8       A   No, ma'am, I don't.
9       Q   Okay. I'm going to stop sharing my screen
10  here. So I guess I want to ask, after the report is
11  made, you know, after an incident occurs, is there any
12  meeting between associates who were involved in the
13  reporting of the incident and store management?
14      A   Well, the highest earnings on duty
15  would take the report, so sometimes there's not. But
16  in this case, there would have been because we would
17  have had to pull video; neither of them would have had
18  access to the video.
19      So somebody would have talked to them about
20  what happened and found out more details so that we
21  could pull the video and, you know, get all --
22  everything sent out to the claims people that we
23  talked about earlier.
24      Q   Okay. And do you know who that particular
25  person was in this case, that spoke with Glenda or

1  individual?
2       A   It could be either one. Either the customer
3  will take the tablet and type in what they say, or
4  sometimes they dictate it to the manager on duty and
5  they type it.
6       Q   Okay. And in Ms. Bennett's incident report
7  form here, do you know which of those happened? Do
8  you know if she typed this in or if one of your
9  employees typed it in?
10      A   No, ma'am, I don't know.
11      Q   It has two names listed here as the
12  associates who the incident was reported to or who
13  were in the area, are you familiar with Glenda
14  Washnurn or Roman Cooper?
15      A   Yes, ma'am.
16      Q   Okay. And is Glenda's name here correct,
17  Washnurn, or is it Washburn?
18      A   It's Washburn with a B.
19      Q   Okay. Okay. Just want to verify that's the
20  same person that we had seen in other documents. Did
21  you speak with either -- first, do both of them still
22  work at the Helena store?
23      A   No, ma'am. Neither of them are employed
24  anymore.
25      Q   Either of them are employed. Are you still

1  Roman?
2       A   I know that Nathan French burned the video.
3       Q   Nathan French did what to the video, I'm
4  sorry?
5       A   He made the video, DVD disc.
6       Q   Okay. And I am going to be doing some flip
7  flopping with the questions here. I know that we're
8  talking about Walmart procedures, this particular
9  incident, what happened at the store. So please bear
10  with me as I do this.
11      So when it comes to video surveillance at
12  the Helena location, are there video surveillance
13  cameras that can see down every aisle at the store?
14      A   No.
15      Q   Okay. Are you aware of all of the aisles
16  that are not, I guess, viewable in video surveillance?
17      A   Not off the top of my head, no.
18      Q   So do you all keep a, I guess -- I guess, do
19  you all keep any internal communications that list
20  those particular aisles that are not within video
21  surveillance view?
22      A   Not that I know of.
23      Q   Okay. And do you know why there aren't
24  video surveillance?
25      A   No, ma'am.

Alexandria Bennett vs Walmart
PARKER, ELIZABETH on 06/22/2023

Pages 30..33

1    Q    Have you ever, as store manager, requested
2  that there be video surveillance on every aisle?
3    A    I have asked my market asset protection
4  manager if we could possibly get more video.
5    Q    And when did you ask that asset protection
6  person that?
7    A    I don't know.
8    Q    Oh, I mean, what was their response?
9    A    That we couldn't add any more.
10   Q    Okay.  Did he give you a reason as to why
11 they could not add any more?
12   A    Not that I remember.
13   Q    Okay.  And so in Ms. Bennett's case on
14 October 15, 2020, did she fall in the, I guess, water
15 aisle?
16   A    That is --
17       MS. GORDON:  Object to the form.  You can
18 answer, if you know.
19       THE WITNESS:  That is what the report says,
20 yes, ma'am.
21 BY MS. WASHINGTON:
22   Q    Okay.  Do you know what aisle -- like, what
23 the aisle is called?  Because I call it the water
24 aisle because there were pallets of water bottles
25 there and jugs and such, but do you all have an

1  internal name for particular aisle?
2    A    I call it the water aisle.
3    Q    Okay.  And so in relation to video
4  surveillance cameras, where is the nearest camera to
5  that aisle?
6    A    I believe the nearest one would be on the
7  beer aisle, which is the next aisle.
8    Q    Okay.  So if I am facing the back of the
9  store.  So when I walk into the Helena store, and I'm
10 facing the back towards where the refrigerators are in
11 the very back --
12   A    Uh-huh.
13   Q    -- would that aisle be to the left or right
14 of the water aisle?
15   A    To the left.
16   Q    Okay.  And would that camera be facing the
17 front of the store or the back of the store?
18   A    The back, I believe.
19   Q    Okay.  And how much of the water aisle, if
20 any, does that nearest camera capture?
21   A    Not much to the best of my memory.
22   Q    And so, would it be safe to say that there
23 is no video surveillance footage of Ms. Bennett's fall
24 from Walmart's surveillance camera?
25   A    Not that we found, no, ma'am.

1    Q    Did you all receive any photos or videos
2  from others in the store that day?
3    A    Not that I'm aware of.
4        MS. WASHINGTON:  Okay.  I am going to share
5  my screen again, you all.  And this is going to show
6  what has been marked as Plaintiff's Exhibit No. 2.
7  And it is photos that were sent to the plaintiff in
8  the defendant's initial disclosures.
9        (Plaintiff's Exhibit 2 marked for
10 identification.)
11 BY MS. WASHINGTON:
12   Q    Do any of these photos look familiar to you?
13   A    I think those are the pictures that we
14 submitted with the accident report.
15   Q    Okay.  Do you know who took these pictures?
16   A    Not a hundred percent, but I would think it
17 was Roman.
18   Q    Okay.  And why do you think it was Roman?
19   A    Because Roman took the report.
20   Q    Glenda also was listed on that report, could
21 these potentially have been taken by Glenda as well?
22   A    They could have.
23   Q    Okay.  And so I want to kind of go through
24 each photo.  There are five of them that were
25 submitted.  This first one, do you believe this

1  depicts the area where or nearby where Ms. Bennett
2  fell that day?  Is this photo from that actual day?
3        MS. GORDON:  Object to the form.  Answer if
4  you know.
5        THE WITNESS:  I don't know when the photo is
6  from, but that is the water aisle.
7        MS. WASHINGTON:  Okay.
8  BY MS. WASHINGTON:
9    Q    And do you know if these -- I guess I'm
10 going to go through all five of them, that first one,
11 but we confirmed that they're all from the water
12 aisle.  But do you believe these were taken on the day
13 of the incident?
14       MS. GORDON:  Object to the form.
15       THE WITNESS:  If they were in the incident
16 report, then they would have been taken the day of the
17 incident.
18       MS. WASHINGTON:  Okay.
19 BY MS. WASHINGTON:
20   Q    So they are potentially taken on the day of
21 the incident.  And can you tell me, in this second
22 photo that's on your screen  -- and I don't know if
23 you see my cursor circling this area by what appears
24 to be wetness in the area.  Can you see that, the area
25 where I'm circling with my cursor?

1    A    I can.

2    Q    Okay.  Was it noted anywhere in you all's

3 files or told to anyone verbally what this wet

4 substance was on the floor?

5    A    Do you mean before the accident happened or

6 after?

7    Q    Yes.  From on the photos, I don't know about

8 when, where, how, I'm just asking.  The substance that

9 we see on this photo, do you know if it was clearly

10 identified as a particular type of liquid?

11        MS. GORDON:  Object to the form.

12        THE WITNESS:  Not that I know of off the top

13 of my head.

14        MS. WASHINGTON:  Okay.

15 BY MS. WASHINGTON:

16    Q    Was this substance referred to as water by

17 anyone at Walmart?

18    A    It could have been.

19    Q    Okay.  And in this area, where the photos is

20 taken, do you know what this is, what this particular

21 substance on the floor is?

22    A    It looks like dirt.  It was the end of the

23 day -- well, it was toward the end of the day.  It's a

24 high-traffic aisle, so it looks like the floor was

25 dirty and needed to be scrubbed.

1    Q    Okay.  And so is this, I guess, dirt that

2 you've stated, is any of this permanent, or is any of

3 this permanent on the floor?

4        MS. GORDON:  Object to the form.

5        THE WITNESS:  That shouldn't be permanent.

6 Sometimes that comes off with scrubbing or mopping

7 even, but not usually.  It usually takes the scrubber.

8 Sometimes, the floor has to be waxed to get marks out

9 of the floor.

10        MS. WASHINGTON:  Okay.  And do you know --

11 I'll come back to that.  I'm going to finish sharing

12 my screen on this, but we will return to the status of

13 the floor at some point.  I'm sorry, you guys, had to

14 get back to my screen.  I don't know why when I switch

15 applications on my computer today, it freezes, like,

16 from application to application.  So sorry.  Okay.

17 BY MS. WASHINGTON:

18    Q    So going back to the -- I guess, the day of

19 the incident, you were not there, but you did review

20 the reports and statements that were made that day,

21 correct?

22    A    Yes, ma'am.

23        MS. WASHINGTON:  Okay.  I am going to share

24 my screen, and I'm going to have quite a few

25 statements here that were taken by you all.  They're

1 going to be exhibits:  3, is going to be a statement

2 from Roman Cooper, Walmart associate; there's going to

3 be Plaintiff's Exhibit 4, which is a witness statement

4 from customer Kellie Daughtry; there's going to be

5 Exhibit 5, which is a statement by Walmart Associate

6 Glenda Washburn; and there is going to be -- no,

7 Exhibit 3 is going to be a statement by customer Kevin

8 Allen, and Exhibit 6 is going to be a statement by

9 Walmart Associate Roman Cooper.  I have those correct

10 now.

11        All right.  So I want to start with the

12 associates.  So this is going to be Exhibit 6, Roman

13 Cooper.

14        (Plaintiff's Exhibit 6 marked for

15 identification.)

16 BY MS. WASHINGTON:

17    Q    Do you recall reviewing this statement?

18    A    I don't have, like, memory of it, but I'm

19 certain I looked at it and read it.

20    Q    Okay.  And his role in the incident is

21 listed as reporter, correct?

22    A    Yes, ma'am.

23    Q    Okay.  And there are a few typos, but I

24 think we can kind of surmise that he says in his

25 observation, when he arrived at the scene at the

1 incident, "The customer in question was on the floor

2 and in considerable discomfort and was unable to move

3 her ankle."

4        So to your knowledge, did Roman Cooper

5 actually see the incident occur?

6    A    No, ma'am, I don't believe he did.

7    Q    Okay.  And moving on to Glenda Washburn.

8 Her observation here says that she observed the

9 customer sitting on the floor complaining of right hip

10 and ankle pain.  And she said, "She was reaching for

11 water on the top shelf, slipped, and hit her hip

12 against a water pallet and twisted her ankle.  I did

13 see water on the floor.  The customer had on sturdy

14 running shoes and shorts."

15        And so based on this report and from -- in

16 your knowledge, do you believe that Ms. Washburn

17 actually saw the incident occur?

18        (Plaintiff's Exhibit 5 marked for

19 identification.)

20        THE WITNESS:  No, ma'am.  I don't think she

21 saw it occur.

22 BY MS. WASHINGTON:

23    Q    Okay.  I'm moving on to the incident report

24 of witness Kellie Daughtry.  It is my understanding

25 that -- is Ms. Daughtry a Walmart associate?

1   (Plaintiff's Exhibit 4 marked for
2   identification.)
3        THE WITNESS:  No, ma'am.
4   BY MS. WASHINGTON:
5        Q    Okay.  And was she a customer at the store
6   that day?
7        A    Yes, ma'am, I believe so.
8        Q    Okay.  It just says here that her
9   observation was that the fall had just happened as she
10  was passing by.  "It was in front of the bottled
11  water.  Water was on the floor, and the young lady
12  slipped and hit her hip on a crate on the way down.
13  She was in pain and crying.  She said her hip and
14  ankle were hurting."
15       So based on this report, does it appear to
16  you that Kellie actually saw the fall happen?
17       MS. GORDON:  Object to the form.
18       THE WITNESS:  No, ma'am, it doesn't appear
19  that she saw it happen.
20       MS. WASHINGTON:  Okay.
21  BY MS. WASHINGTON:
22       Q    And last but certainly not least is Kevin
23  Allen.  His observation just says, "She slipped and
24  fell after trying to pick up water from aisle."
25       So from his statement, can you tell if Kevin

1   saw the fall happening?
2        (Plaintiff's Exhibit 3 marked for
3   identification.)
4        A    From his statement, I wouldn't know.
5        Q    Yes.  So that's what I'm asking.  Does it
6   appear from his statement to you that he saw the fall
7   happen?
8        MS. GORDON:  Object to the form.
9        THE WITNESS:  I can't make a determination
10  from what he wrote.
11       MS. WASHINGTON:  Okay.  I am going to stop
12  sharing my screen.  And I want to ask about -- so
13  sorry, you guys.  When I switch, this just get ready
14  for a freeze.  It's going to happen.  Every time I
15  switch it out, it's going to freeze.  So let's let it
16  recoup, and now my fan is going super fast on my
17  computer.  So let's see if this works.  Okay.  Here we
18  go, unfrozen.
19       All right.  We're almost done, Ms. Parker, I
20  promise you.  And I thank you so much for your
21  patience here with us today.  This is what's being
22  marked as Plaintiff's Exhibit 7, it is the claim
23  report submitted by the defendant in their initial
24  disclosures.
25       (Plaintiff's Exhibit 7 marked for

1   identification.)
2   BY MS. WASHINGTON:
3        Q    Does this claim report look familiar to you?
4        A    Yes, ma'am.
5        Q    Okay.  And I just wanted to go over certain
6   components that I don't know if it was completely
7   filled out or if not.  So I wanted to ask particular
8   questions about it.  In the section here entitled,
9   "Slip-and-Fall Information," do you know why these
10  items are blank?
11       A    I think -- I don't remember when we started
12  taking reports on the tablet, but that -- this is the
13  old way we did reports, kind of, and the tablet is the
14  new way we do reports.  And I -- I think in 2020, we
15  were just starting to use the tablets, and I think
16  that's -- it didn't ask him for all that, but it's
17  still on the old reporting, if that makes sense.
18       Q    No, it does.  So you're saying that this
19  information is generated in the report even though it
20  wasn't asked to the person who filled it out
21  initially.  So it comes out blank; is that --
22       A    That's what I think happened, yes.
23       Q    Thank you so much.  I mean, that's a
24  possibility as to why it's blank, so thank you for
25  that.  Sorry, I'm going down because the pages are

1   different sizes, so we're having to go here.
2        And so this is generated from tablet
3   prompts, correct?
4        A    Yes.
5        Q    Okay.  Then I would say the first two pages
6   are, correct?
7        A    Yes.
8        Q    And so this incident reporting system page
9   here on the third page of my document, where it lists
10  the claim number, and there is QR -- I guess a barcode
11  here where you can scan internally or something like
12  that.  Is this form also automatically generated from
13  those tablet prompts?
14       A    Yes, ma'am.
15       Q    Okay.  And they contain primarily the same
16  information, correct?
17       A    Yes, ma'am.
18       MS. WASHINGTON:  Okay.  All right.  I'm
19  going to stop sharing screen on that one.  Okay.  I'm
20  also going to -- I don't know why this won't open on
21  that -- share my screen again.  This is going to be
22  Plaintiff's Exhibit 8, which was submitted, not in the
23  initial disclosure, but in Walmart's response to our
24  request for production of documents.  And it appears
25  to be -- my screen froze again, y'all.  Give me one

1  second.  Okay.
2          Tell me if you all see this.
3          THE WITNESS:  Yes.
4          MS. WASHINGTON:  Okay.  This is a letter
5  that was, I guess, sent to Ms. Bennett.  It's dated
6  for October 16, 2020.  And it's in relation to the
7  claim, and it gives her, you know, ways in which she,
8  I guess, follows up with this.
9          (Plaintiff's Exhibit 8 marked for
10  identification.)
11  BY MS. WASHINGTON:
12      Q   Do you all also at the actual store receive
13  a copy of this particular letter?
14      A   No, ma'am.
15          MS. WASHINGTON:  Okay.  Stop sharing my
16  screen for now.  All right.  I just need to call back
17  my brother about something, he just called me.  Can I
18  take a quick three-, five-minute recess?
19          MS. GORDON:  Sure.
20          MS. WASHINGTON:  All right.
21          THE REPORTER:  We'll go off the record.  The
22  time is 10:56 a.m., Central Standard Time.
23          (Off the record.)
24          THE REPORTER:  We are back on the record.
25  It is 11:06 a.m., Eastern Standard Time.

1          MS. WASHINGTON:  Okay.  So I'm going to
2  share my screen and kind of go over some of the things
3  we discussed.  Just, I guess, illustrating some of the
4  procedures that you mentioned based on documents
5  Walmart shared with us.  So give me one second.
6  BY MS. WASHINGTON:
7      Q   So does this form look correct?  This is the
8  What To Do In The Event Of A Customer Incident Form
9  that was submitted to the plaintiff by the defendant.
10  Is this a complete and accurate depiction of you all's
11  procedures on what to do in the event of a customer
12  incident, Ms. Parker?
13      A   Yes, it looks like it.
14      Q   Okay.  And so I'm not going to read through
15  this and go over it in detail, but there are certain
16  parts of it that I wanted to, I guess, mention and
17  break down, and see if you could tell us if this
18  happened in Ms. Bennett's case, okay?
19      A   Okay.
20      Q   So here it says that in addition to caring
21  for the customer, which is what I believe you said is
22  the first thing you all do; is that correct?
23      A   Yes, ma'am.
24      Q   Okay.  And then there is this section where
25  it says, "Lockdown the accident scene."  I want to

1  talk about that.  What it means to secure the area,
2  what does that mean from your -- in your knowledge, to
3  your training, what does secure the area mean?
4      A   I mean, you want to make sure that you don't
5  have people just going through it constantly so that
6  you can get the photos that you need.
7      Q   Okay.  And it says, "Take photos," which is
8  pretty self-evident.  And, "Describe the scene on the
9  Reversible File Folder," do you know if the scene was
10  described in the Reversible File Folder?
11      A   We don't use the file folders anymore since
12  we started using the tablet.
13      Q   Okay.  And so the description of the scene
14  on the Reversible File Folder, is there a prompt on
15  the tablet that requests you all to describe the scene
16  on the -- describe the scene?
17      A   I don't remember.  I don't -- I don't
18  remember.
19      Q   Okay.  This is what I believe is the
20  incident report, is this, all of this information,
21  requested via the tablet?
22      A   Yes, ma'am.  That's an old incident report.
23  That's what we used before we used the tablet.
24      Q   So --
25      A   So you write that out with, like, pen and

1  paper.
2          MS. WASHINGTON:  So we already looked at
3  this.  Hold on one second, y'all.  So you're seeing
4  what I've been going through every couple of seconds.
5  So I'm sorry.  It's going to do that for whatever
6  reason.  Let me stop my screen share because maybe
7  that'll let me fix it.  I do apologize.
8          THE REPORTER:  Did you want to mark this as
9  Plaintiff's Exhibit 9 or --
10          MS. WASHINGTON:  I do.  I do.  Can you
11  assist me in keeping those numbers right because I
12  think I'm going out of order now than what I
13  intentionally planned.  So we can keep those, and I'll
14  make sure I do that with you to kind of level up.
15          THE REPORTER:  Absolutely.
16          MS. WASHINGTON:  All right.
17          (Plaintiff's Exhibit 9 marked for
18  identification.)
19  BY MS. WASHINGTON:
20      Q   So this is the form that is automatically
21  generated from the tablet, correct?  Of course, it's
22  not a blank copy, this is the one for Ms. Bennett, but
23  this is the information that is requested in the
24  tablet, correct?
25      A   That's -- so the old form that you've just

1  had up, we would write everything on, and then we
2  would key it into the incident reporting screen, which
3  would then generate that that you just -- that you
4  had up again.  Yes.  So that --
5      Q   Okay.
6      A   -- they would fill everything out, and we
7  would go to the computer, and we would type it all in.
8      Q   Okay.
9      A   Then the screen with a smiley face on it is
10  what we would get.
11      Q   Okay.  All right.  So this form is old and
12  out of date.  So this is not what's completed, but the
13  information here is what's asked of you all on the
14  tablet to complete, and this is what is shot out at
15  the end, right?
16      A   Kind of.  The next two pages are actually
17  what came out of the tablet.
18      Q   This?
19      A   Yes.
20      Q   Okay.
21      A   The first two pages are going to be --
22  sorry.
23      Q   Not so fast.
24      A   See right there.  Yes.  So that would have
25  been what we printed to send in with the video so that

1  we weren't just sending a disk.
2      Q   Okay.  So this is an internal document that
3  is basically attached to your video request?
4      A   Yes.
5      Q   It's the information that is the product of
6  what's input into the tablet when a claim is made?
7      A   Yes.
8      Q   Thank you for that clarification.  Because I
9  was confused when I was reading it because I didn't
10  know if, you know, you all just had different
11  duplicative reports made, etcetera.  So now that we
12  have that, I'm good with that.  Thank you much.
13      A   You're welcome.
14      Q   I guess, let's go back to this and try to
15  clarify what was in place at the time of the incident.
16  So at the time of Ms. Bennett's incident, you
17  obviously were using the tablet, correct?
18      A   Correct.
19      Q   And the prompt to describe the scene on the
20  Reversible File Folder is void?
21      A   I believe so, yes.  I know there's no file
22  folder.
23      Q   Okay.  But in you all's policy on what to do
24  in the event of a customer incident is describing the
25  scene of the incident still important or plays a role

1  in some way?
2      A   Yes.  And, I mean, Glenda did describe the
3  scene, didn't she, on her statement?
4      Q   Back to Glenda's statement.  I'm sorry.  I'm
5  getting confused about my broken tidbits.  I know what
6  I can do because I have hers parcel out.  Give me one
7  second.  Here is Glenda's.  She gave her observation
8  of what happened, but I don't think she described the
9  scene.  It says that she saw water on the floor --
10      A   Okay.
11      Q   -- in it.  But she didn't do a complete
12  scene description, from my knowledge.  Have you seen
13  another document where she may have provided a
14  description of the scene?
15      A   No.  This is what I've seen.
16      Q   Okay.  Going back.  Next up on the what to
17  do in the event of a customer incident, it says,
18  "Alert management."  So members are to notify a
19  salaried member of management.
20      A   So -- go ahead.
21      Q   Oh, you can go ahead.
22      A   In neighborhood markets, at the time, 2020,
23  we had two salaried members of management in the
24  building.  So that's not actually applicable to our
25  store because we leave our leads as the manager on

1  duty.  So it would be to notify the manager on duty,
2  which would have been Roman.
3      Q   That makes sense.  Thank you for that
4  clarification because that was going to be my very
5  next question to ask.  So that was well clarified.
6  And so after we've locked down the scene, alerted
7  management, cared for the customer, we move into the
8  investigation.  But before I do that, I want to kind
9  of go back to the lockdown of the scene.
10      Do you know if the accident scene was locked
11  down?
12      A   No, ma'am, I'm not aware.
13      Q   Okay.  So during the investigation, these
14  particular -- again, I'm not going to read all to you
15  the who, what, whens, wheres, and whys.  The
16  investigation includes these particular matters, are
17  you aware that the investigation points here were all
18  completed in Ms. Bennett's case?
19      A   As far as I know, yes.
20      Q   Okay.  Next up is to make the report, we
21  know that a report was made, and then you save and
22  submit evidence.  So saving evidence.  You mentioned
23  earlier a portal that you all use to submit this
24  information, is the information saved to that portal,
25  or is it saved to a different location?

1    A    It goes into the accident app.  It's not --
2  it's not saved on that tablet or anything.  It goes to
3  claims management.
4    Q    Okay.  So it's submitted via the Internet?
5    A    Via the app, yes, ma'am.
6    Q    So the application on the tablet which has
7  Internet access, and it is submitted or transmitted to
8  that location you mentioned?
9    A    Yes.
10   Q    Okay.  Just wanted to verify that.  Okay.
11 So I kind of want to go back to the safety training
12 that all associates receive.  And I'm not going to go
13 into detail about how you're to maintain your stations
14 and all that.  I just wanted to speak about a few
15 applicable situations here, and I want to talk about
16 the standard operating procedure.
17       Is this particular step an action required
18 what is involved in the safety training that you
19 mentioned earlier for associates?
20   A    So that's an -- a standard operating
21 procedure.  That wouldn't have been -- I mean, we
22 would have discussed it in a safety tour.  And then
23 associates -- that's on OneWalmart, which is our
24 online portal, I guess.
25   Q    Okay.

1    A    And any associate has access to go search
2  for SOPs or -- now they're called process guides, to
3  learn how to do pretty much anything in the store.
4    Q    Okay.  So that is the just SOP, the standard
5  operating procedure for that particular matter, but it
6  is not a checklist or point of reference during the
7  safety training --
8       MS. GORDON:  Object to the form.
9       THE WITNESS:  It's not -- I mean, they don't
10 have to sign it or anything or check anything off, but
11 they do hear about how to clean up spills.
12      MS. WASHINGTON:  Okay.
13 BY MS. WASHINGTON:
14   Q    And so, obviously, the course module here
15 that's on workplace safety, is this model animated?
16 Because I see where it says, "2470 plus 8 minutes of
17 video," can you tell me about this module on safety?
18   A    Sure.  It's going to be part of your
19 computer learning, which every associate does.
20 Basically, you sit down at the computer, you have
21 headphones, and there's going to be things you read,
22 and there's going to be videos.  A lot of times there
23 are questions during the module, and sometimes there's
24 a test at the end that they have to pass.
25      MS. WASHINGTON:  And so for, I guess, the

1  court reporter, this is going to be our next exhibit,
2  and it is the printout of the workplace safety
3  learning module that was given to the plaintiff and
4  the defendant's responses to our request for
5  production of documents.
6       THE REPORTER:  Okay.
7       (Plaintiff's Exhibit 10 marked for
8  identification.)
9       MS. WASHINGTON:  Okay.  Next up, we are
10 going to go over some more of safety and spill-related
11 procedures that must be handled -- or, you know, is
12 how it's shown.  I wanted to look at this diagram.
13 This is also going to be an exhibit.
14      (Plaintiff's Exhibit 11 marked for
15 identification.)
16 BY MS. WASHINGTON:
17   Q    Is this diagram provided to employees at the
18 Walmart Helena store?
19   A    We have that at the spill stations.
20   Q    Okay.  So this is posted at the spill
21 stations in the store?
22   A    Yes.  It's supposed to be.
23   Q    Okay.  Do you know if it was posted the day
24 of Ms. Bennett's accident?
25   A    I mean, I don't know 100 percent.  It should

1  have been.
2    Q    Okay.  And I know you mentioned the -- I'll
3  go back to that.
4       So we've talked about different types of
5  spills earlier.  But can you tell us, I guess, about
6  spill cleanup procedures and the training that is done
7  on those procedures with you all's associates.  So is
8  this particular safety awareness and education an
9  online learning module as well, or is this done in
10 some other way?
11      MS. GORDON:  Object to the form.
12      THE WITNESS:  I don't think that's an online
13 learning.  I think that's in the process guide or an
14 SOP.  But it -- I mean, they learn about spill
15 cleanups in the u-learn, and also during the safety
16 tour, like, we talk about it.
17 BY MS. WASHINGTON:
18   Q    Okay.  So during the safety tour that you
19 all do in person at the store location, certain
20 aspects of this is discussed?
21   A    Correct.
22   Q    So we don't have to go into detail about
23 those particular items.  Thank you.  I'm going to stop
24 sharing my screen here.  All right.  And we are almost
25 done, Ms. Parker, but I did want to go back to you

1  all's store.
2          And so to your knowledge, the flooring in
3  the water aisle, does it contain permanent scuff marks
4  that are on the floor?
5          MS. GORDON:  Object to the form.
6          THE WITNESS:  I can answer?
7          MS. GORDON:  If you can, yes.
8          THE WITNESS:  I think there are some marks
9  on the floor that are burn marks that we can't get
10 out.
11 BY MS. WASHINGTON:
12     Q    And do those marks sometimes obscure, I
13 guess, other substances that may be on the floor?
14         MS. GORDON:  Object to the form.
15         THE WITNESS:  Not that I know of.
16         MS. WASHINGTON:  Okay.
17 BY MS. WASHINGTON:
18     Q    And what about the condition of the pallets
19 that contain -- that hold the water in that aisle, are
20 you aware of the condition of those pallets at the
21 time of Ms. Bennett's accident?
22     A    No, ma'am, I'm not.
23     Q    Okay.  I do want to go back, I guess, to the
24 photos.  I'm going to share my screen again.  These
25 were previously shown to you earlier, but I want to

1  kind of just -- kind of look at these pallets a little
2  closer.  So here, this pallet that's on the screen
3  now, does it appear like a jagged edge to the pallet?
4          MS. GORDON:  Object to the form.
5          THE WITNESS:  It appears that there's a
6  small piece out of the front.
7          MS. WASHINGTON:  That there's a small piece
8  out of the front, okay.
9  BY MS. WASHINGTON:
10     Q    And do you think that this affects the
11 safety of that pallet at all with that chunk of -- a
12 piece, not chunk.  I'm sorry, that was my terminology
13 -- but the piece missing?
14         MS. GORDON:  Object to the form.  Answer if
15 you know.
16         THE WITNESS:  I don't think so.
17         MS. WASHINGTON:  Okay.
18 BY MS. WASHINGTON:
19     Q    And are you aware of customers complaining
20 about the cleanliness of this store?
21     A    When?
22     Q    On any --
23     A    I mean, some customers have complained about
24 cleaning on certain days.
25     Q    Okay.  And how often would you say spills

1  happen on the store on a daily basis, how often would
2  you say there are spills?
3          MS. GORDON:  Object to the form.
4          THE WITNESS:  I don't know.  I mean, I
5  wouldn't say that we have spills every single day.
6          MS. WASHINGTON:  Okay.
7  BY MS. WASHINGTON:
8      Q    Are you aware of any structural issues with
9  you all's building?
10     A    None that I'm aware of, no, ma'am.
11     Q    Okay.  Are you aware of any leaking lights
12 or ceiling?
13     A    No, ma'am, not that I'm aware of.
14     Q    Are you aware of any leaking refrigerators?
15     A    No, ma'am.
16     Q    Okay.  And in the event that you became
17 aware of a leaking refrigerator or a leaking roof,
18 what would be your next steps to resolve that issue?
19     A    If a refrigerated case is leaking, we take
20 the product out and clean it and clean the fan to make
21 sure there's nothing wrong with it and see if that
22 helps.  If not, we open a ticket and get our
23 refrigeration people out.
24         If the roof is leaking, we open a ticket.
25 We put a bucket to collect any water that's dripping

1  and put in a ticket so that someone can come out and
2  repair the roof.
3      Q    Okay.  And do you all put up any cautionary
4  signs or materials like cones or --
5      A    Yes.  If you couldn't, like, clean
6  everything, we would put a cone out to alert
7  customers.
8      Q    Okay.  And do you recall anyone stating
9  anything about the weather the day of this incident,
10 what the weather was like?  Have you seen any
11 statements or reports mentioning the weather the day
12 of Ms. Bennett's accident?
13     A    No, ma'am, I have not.
14     Q    Okay.  Are you aware of any investigations
15 that looked for or, I guess, try to uncover the source
16 of the water that was on the floor when Ms. Bennett
17 fell?
18     A    No, ma'am, I'm not aware of any.
19     Q    And are you aware of any statement as to how
20 the water got on the floor when Ms. Bennett fell?
21     A    No, ma'am.
22     Q    And do you know if Walmart is self-insured?
23     A    Yes.  We are self-insured up to something.
24     Q    Okay.  Could you find that amount or --
25     A    I probably --

1      Q    -- are you ever made aware of that amount
2    that you all are self-insured for?
3      A    I could probably find it if I called
4    somebody, called CMI or somebody.
5      Q    Okay.  And who is that?
6      A    That's our claims department.
7      Q    Okay.  And does your store have a particular
8    claims manager or claims handler?
9      A    Usually, we have the same people for -- one
10   for customer incidents and one for associate, I
11   believe.
12     Q    Okay.  And do you know who that person is
13   for a customer?
14     A    No, ma'am, not off the top of my head.  I
15   did see Matthew Fowler's name on that letter you
16   showed earlier.
17     Q    Okay.  And are you familiar with Mr. Fowler?
18     A    I'm sure I've spoken to him before, but
19   beyond talking to him on the phone, not really.
20     Q    Okay.  But generally, when you all have
21   incidents, you deal with the same handlers?
22     A    Pretty much, yes.
23          MS. WASHINGTON:  Okay.  All right.  I
24   believe that's all the questions that I have for you
25   at this time.

1          MS. GORDON:  And I just have a few
2    questions.
3          THE REPORTER:  Okay.
4          MS. GORDON:  Let me sit over here so you're
5    still facing them.
6                    EXAMINATION
7    BY MS. GORDON:
8      Q    All right.  Ms. Parker, before Plaintiff
9    reported her fall on October 15th, 2020, had anyone
10   notified you about any water or liquid substance on
11   the floor of the water aisle?
12     A    No.
13     Q    Has any employee ever told you that they
14   were notified of water or a liquid substance on the
15   floor of the water aisle before Plaintiff's fall on
16   October 15, 2020?
17     A    No.
18     Q    Has anyone told you they observed water or a
19   liquid substance on the water aisle before Plaintiff's
20   fall on October 15, 2020?
21     A    No.
22     Q    Before Plaintiff's fall on October 15, 2020,
23   had others been down the water aisle that day?
24     A    Yes.  I'm sure other people were down the
25   aisle.

1      Q    Had there been vendors down that aisle
2    before her fall?
3      A    Yes.  Coke and Pepsi would have stocked
4    their pallets that day.
5      Q    Did any of the vendors report to you any
6    safety concerns on the water aisle?
7      A    No.
8      Q    Have they reported safety concerns to you in
9    the past?
10     A    Yes.
11     Q    What about, had other employees been down
12   the water aisle before Plaintiff's fall on October 15,
13   2020?
14     A    Yes.
15     Q    And none of the employees reported any water
16   or liquid substance on the aisle --
17     A    No, ma'am.
18     Q    -- or any safety concerns?
19     A    No, ma'am.
20     Q    And I assume there've been other customers
21   throughout the day on that aisle?
22     A    Yes.
23     Q    It was later in the day, correct?
24     A    Yes, ma'am.
25     Q    What time did y'all open that morning?

1      A    6 a.m., I believe.
2      Q    So probably a full day's worth of customers
3    before the incident happened?
4      A    Yes.
5      Q    Were you notified of any other customer
6    incidents, either slips, falls, or injuries on the
7    water aisle on October 15, 2020, besides Plaintiff's?
8      A    No, ma'am.
9      Q    Were you aware of any leaks on the water
10   aisle prior to Plaintiff's fall on October 15, 2020?
11     A    No.
12     Q    You aware of any roof leaks or refrigerator
13   leaks that would have breached the water aisle around
14   October 15, 2020?
15     A    No.
16          MS. GORDON:  That's all that I have.
17          THE REPORTER:  Okay.  Any further questions,
18   Ms. Washington?
19          MS. WASHINGTON:  Yeah.  I have a few follow
20   ups, and I promise it's going to be short.
21                    EXAMINATION
22   BY MS. WASHINGTON:
23     Q    As far as the reports to employees, are you
24   aware of any other employees who were notified of a
25   leak in the water aisle before Ms. Bennett's fall?

1    A    No, ma'am.
2    Q    Do you know how long it took an associate to
3  see Ms. Bennett after her incident?
4    A    No, ma'am, I'm not aware.
5    Q    Okay.  And do you know if any precautionary
6  measures were taken to prevent others from falling
7  after Ms. Bennett's fall?
8    A    After her fall and she left, we -- Roman
9  would have cleaned up the water so that there was no
10  more water in the floor, and there were no more risks
11  of anyone falling.
12    Q    Okay.  But you believe after she left, the
13  area was cleaned?
14    A    Yes, ma'am, I do.
15    Q    And while Ms. Bennett was there, was there
16  anything done to prevent other falls?
17    A    I'm not sure.  But I'm sure that, you know,
18  they were focused on taking care of her, and then they
19  also had to take photographs.  But as far as I could
20  tell from the video that I saw, there were a lot of
21  people on the aisle, so nobody was going to go on that
22  aisle anyway.
23    Q    You believe no one would have gone on that
24  aisle anyway?
25    A    Correct.

1    Q    But there are chances that people, despite
2  commotion, would still wander down that aisle?
3    A    It could happen.
4    Q    And as far as the matters to prevent others
5  from falling and cleaning the spill, that did not
6  occur until after Ms. Bennett had left the store,
7  correct?
8    A    Well, if associates are there with her
9  still, we always warn customers, hey, be careful,
10  there's something in the floor here.
11    Q    Do you know if that was done?
12    A    As Roman was standing there, he would have
13  told people not to walk through the water or to be
14  careful.
15    Q    He would have, but do you know if he did
16  that?  Is there any indication from any of your
17  statements with Roman or any of the written reports
18  that we've shown here today where that was done?
19         MS. GORDON:  Object to the form.  Answer if
20  you know.
21         THE WITNESS:  I don't.  I don't know if he
22  did or didn't, but that's what he was trying to do.
23         MS. WASHINGTON:  Correct.
24  BY MS. WASHINGTON:
25    Q    But are you aware of anyone other than Roman

1  who would have warned others of the situation --
2         MS. GORDON:  Object --
3         MS. WASHINGTON:  -- where it was located?
4  No, you're fine.
5         THE WITNESS:  I don't know who was on the
6  aisle with Glenda and Roman.
7         MS. WASHINGTON:  Okay.  So that's all I
8  have.  Thank you so much for speaking with me today.
9         MS. GORDON:  Thank you, Ellise.
10         MS. WASHINGTON:  Thank you.
11         THE REPORTER:  Okay.  Just before going off
12  the record, Ms. Washington, did you want to order a
13  transcript of this proceeding?
14         MS. WASHINGTON:  Oh, of course.
15         THE REPORTER:  Yes?  Okay.
16         MS. WASHINGTON:  Yes.
17         THE REPORTER:  And Ms. Gordon?
18         MS. GORDON:  We just need the e-transcript.
19         THE REPORTER:  E-transcript?
20         MS. GORDON:  Thank you.
21         THE REPORTER:  Okay.  Thank you.  We are
22  going off the record.  The time is now 11:36 a.m.,
23  Central Standard Time.
24         (Signature Waived.)
25         (Whereupon, at 11:36 a.m., the proceeding

1  was concluded.)

| | |
|---|---|
| 1          CERTIFICATE OF NOTARY PUBLIC | 1          CERTIFICATE OF TRANSCRIBER |

1          CERTIFICATE OF NOTARY PUBLIC

2          I, Freya Amis, A Remote Online Notary of the

3     State of Ohio, duly authorized to administer oaths, do

4     hereby certify:

5          That I am a disinterested person herein;

6     that the witness, Elizabeth Parker, named in the

7     foregoing deposition, was by me duly sworn to testify

8     the truth, the whole truth, and nothing but the truth;

9     that the deposition was reported by me, Freya Amis,

10    and is a true and correct record of the testimony so

11    given.

12          IN WITNESS WHEREOF, I hereby certify this

13    transcript at my office in the State of Ohio on this

14    29th day of June 2023.

15

16

17

18

19                              Freya Amis

20          Remote Online Notary Public in and for the

21                              State of Ohio

22

23

24

25

---

1          CERTIFICATE OF TRANSCRIBER

2          I, FREYA AMIS, do hereby certify that this

3     transcript was prepared from the digital audio

4     recording of the foregoing proceeding, that said

5     transcript is a true and accurate record of the

6     proceedings to the best of my knowledge, skills, and

7     ability; that I am neither counsel for, related to,

8     nor employed by any of the parties to the action in

9     which this was taken; and, further, that I am not a

10    relative or employee of any counsel or attorney

11    employed by the parties hereto, nor financially or

12    otherwise interested in the outcome of this action.

13

14

15

16

17

18

19

20

21

22

23

24

25

                              FREYA AMIS

Alexandria Bennett vs Walmart
PARKER, ELIZABETH on 06/22/2023

Index: 1..awareness

## Exhibits

**Ex. 1**  26:12,15
**Ex. 2**  32:6,9
**Ex. 3**  36:7 39:2
**Ex. 4**  36:3 38:1
**Ex. 5**  36:5 37:18
**Ex. 6**  36:8,12,14
**Ex. 7**  39:22,25
**Ex. 8**  41:22 42:9
**Ex. 9**  45:9,17
**Ex. 10**  52:7
**Ex. 11**  52:14

### 1

**1**  26:12,15
**10**  52:7
**100**  52:25
**10:04**  4:4
**10:56**  42:22
**11**  52:14
**11:06**  42:25
**11:36**  64:22,25
**12**  15:14
**15**  30:14 59:16,20,22 60:12 61:7,10,14
**15th**  8:15 59:9
**16**  42:6

### 2

**2**  32:6,9
**20**  9:14
**2017**  9:9
**2020**  8:15 19:24 23:13,16, 17,20 30:14 40:14 42:6 48:22 59:9,16,20,22 60:13 61:7,10,14

**2023**  4:3
**22**  4:3
**2470**  51:16
**2:22-cv-01306-amm**  4:11

### 3

**3**  17:12 36:1,7 39:2
**35**  7:12

### 4

**4**  36:3 38:1

### 5

**5**  17:12 36:5 37:18
**5th**  8:14

### 6

**6**  36:8,12,14 61:1

### 7

**7**  39:22,25

### 8

**8**  41:22 42:9 51:16

### 9

**9**  45:9,17

### A

**a.m.**  4:4 42:22,25 61:1 64:22,25
**Absolutely**  45:15
**absorbent**  17:13

**access**  13:23 14:5,6 25:13,18 28:18 50:7 51:1
**accident**  8:3,10,19 26:13,24 32:14 34:5 43:25 49:10 50:1 52:24 54:21 57:12
**accurate**  43:10
**action**  4:18 5:16 50:17
**actual**  26:23 33:2 42:12
**add**  30:9,11
**addition**  43:20
**address**  24:4
**addressed**  24:6
**addressing**  24:18
**admitted**  26:12
**affects**  55:10
**agency**  25:2,5,6,10
**agree**  4:8,14
**ahead**  48:20,21
**aisle**  29:13 30:2,15,22,23, 24 31:1,2,5,7,13,14,19 33:6,12 34:24 38:24 54:3, 19 59:11,15,19,23,25 60:1, 6,12,16,21 61:7,10,13,25 62:21,22,24 63:2 64:6
**aisles**  29:15,20
**Alabama**  5:3,4 7:8
**alcohol**  12:10
**alert**  48:18 57:6
**alerted**  49:6
**Alexandria**  4:10,19
**all's**  20:8,22 24:17,25 34:2 43:10 47:23 53:7 54:1 56:9
**All-absorb**  17:20
**Allen**  36:8 38:23
**allowed**  12:24
**Amis**  4:5
**amount**  57:24 58:1
**amounts**  13:19

**animated**  51:15
**ankle**  37:3,10,12 38:14
**answering**  6:8
**answers**  6:21
**anymore**  27:24 44:11
**apologize**  45:7
**app**  21:21 50:1,5
**appearance**  4:13
**appears**  33:23 41:24 55:5
**applicable**  48:24 50:15
**application**  35:16 50:6
**applications**  35:15
**Approximately**  7:12
**area**  27:13 33:1,23,24 34:19 44:1,3 62:13
**areas**  22:14
**arrived**  36:25
**aspects**  53:20
**asset**  30:3,5
**assist**  17:18 45:11
**assistant**  9:19 11:5
**associate**  13:22 17:9 36:2,5,9 37:25 51:1,19 58:10 62:2
**associates**  13:25 15:8 19:8 21:18,20 27:12 28:12 36:12 50:12,19,23 53:7 63:8
**assume**  60:20
**assuming**  7:25
**attached**  47:3
**attorney**  4:17
**automatically**  41:12 45:20
**aware**  22:21,25 23:3 29:15 32:3 49:12,17 54:20 55:19 56:8,10,11,13,14,17 57:14,18,19 58:1 61:9,12, 24 62:4 63:25
**awareness**  53:8

Alexandria Bennett vs Walmart
PARKER, ELIZABETH on 06/22/2023

Index: awful..correct

**awful** 17:13

---

**B**

**back** 9:20 11:11 17:1
19:23 31:8,10,11,17,18
35:11,14,18 42:16,24
47:14 48:4,16 49:9 50:11
53:3,25 54:23

**baler** 15:2

**barcode** 41:10

**based** 20:2 37:15 38:15
43:4

**basic** 19:8

**basically** 10:17 12:22
17:9,21 47:3 51:20

**basis** 20:19 56:1

**bear** 29:9

**Bedford** 7:8

**beer** 31:7

**begin** 5:11

**benefit** 12:7

**Bennett** 4:10,19 5:16
23:20 33:1 42:5 45:22
57:16,20 62:3,15 63:6

**Bennett's** 23:15 27:6
30:13 31:23 43:18 47:16
49:18 52:24 54:21 57:12
61:25 62:7

**big** 22:15,17

**bigger** 25:25

**Birmingham** 5:4

**bit** 18:17

**blank** 40:10,21,24 45:22

**book** 11:23

**bottled** 38:10

**bottles** 30:24

**breached** 61:13

**break** 6:14,15 43:17

**broken** 19:3 48:5

**broom** 14:15

**brother** 42:17

**bucket** 56:25

**buckets** 14:24

**buffed** 20:8,18

**building** 13:6 14:21
48:24 56:9

**burn** 54:9

**burned** 29:2

---

**C**

**call** 16:22 17:17 21:14,16
30:23 31:2 42:16

**called** 5:7 30:23 42:17
51:2 58:3,4

**camera** 31:4,16,20,24

**cameras** 29:13 31:4

**cap** 19:12,13

**capture** 31:20

**care** 62:18

**cared** 49:7

**careful** 63:9,14

**caregiver** 16:20

**caring** 43:20

**Carts** 20:1

**case** 4:11 7:10 28:16,25
30:13 43:18 49:18 56:19

**cashier** 9:18

**cautionary** 57:3

**ceiling** 56:12

**cell** 21:19

**Central** 4:4 42:22 64:23

**chain** 17:6

**chances** 63:1

**change** 19:12

**charge** 10:22

**check** 13:11,16 20:6
51:10

**checklist** 13:15 14:10,
11 17:2 51:6

**checklists** 13:11

**chunk** 55:11,12

**circling** 33:23,25

**claim** 39:22 40:3 41:10
42:7 47:6

**claims** 25:1,5,6,10 28:22
50:3 58:6,8

**clarification** 47:8 49:4

**clarified** 49:5

**clarify** 47:15

**clean** 14:17,18,19 17:10,
14,16 21:14 24:14 51:11
56:20 57:5

**cleaned** 19:25 21:1,8
24:7 62:9,13

**cleaning** 18:3 19:6,10,
12,15 20:8 55:24 63:5

**cleanliness** 20:5,6,16,
22 21:1 55:20

**cleans** 17:13

**cleanup** 14:14 22:12
53:6

**cleanups** 53:15

**cleared** 24:7

**clients** 25:8

**close** 7:9 15:13

**closer** 15:17 16:6 55:2

**clumping** 17:21

**CMI** 58:4

**co-manager** 9:20 11:4

**Coke** 60:3

**collect** 56:25

**color** 14:24

**command** 17:6

**commotion** 63:2

**communicate** 21:20

**communications**
29:19

**compactor** 15:2

**complained** 55:23

**complaining** 37:9
55:19

**complete** 6:21 43:10
46:14 48:11

**completed** 11:11 12:15
13:12 46:12 49:18

**completely** 40:6

**completing** 12:25

**completion** 13:24

**components** 40:6

**computer** 11:13,14
15:19 25:21 35:15 39:17
46:7 51:19,20

**computer-based**
11:10

**computers** 12:6

**concern** 24:12

**concerns** 60:6,8,18

**condition** 54:18,20

**cone** 57:6

**cones** 57:4

**conference** 4:8

**confirmed** 33:11

**confused** 47:9 48:5

**connected** 15:22

**consent** 4:19,23

**conserve** 6:3

**considerable** 37:2

**consistent** 20:19

**constantly** 44:5

**contact** 28:1,3

**contained** 12:2

**Cooper** 8:20 27:14 36:2,
9,13 37:4

**copy** 42:13 45:22

**corporate** 14:4 25:11

**correct** 21:10 24:19
25:11 27:16 35:21 36:9,21
41:3,6,16 43:7,22 45:21,24

47:17,18 53:21 60:23 62:25 63:7,23

**Counsel** 4:12

**count** 16:5

**counters** 15:5

**couple** 13:1,8 15:12 45:4

**court** 5:21 52:1

**crate** 38:12

**crying** 38:13

**current** 12:22 13:25 14:1,6

**cursor** 33:23,25

**customer** 24:12 27:2 36:4,7 37:1,9,13 38:5 43:8, 11,21 47:24 48:17 49:7 58:10,13 61:5

**customers** 15:7 21:25 55:19,23 57:7 60:20 61:2 63:9

---

## D

**daily** 12:14 56:1

**dangerous** 15:7

**date** 4:3 46:12

**dated** 42:5

**Daughtry** 36:4 37:24,25

**day** 8:23 9:1 12:1,23 19:25 21:3 32:2 33:2,12, 16,20 34:23 35:18,20 38:6 52:23 56:5 57:9,11 59:23 60:4,21,23

**day's** 61:2

**day-to-day** 10:18,21

**days** 55:24

**deal** 58:21

**defendant** 39:23 43:9

**defendant's** 32:8 52:4

**department** 9:17 58:6

**depiction** 43:10

**depicts** 33:1

**Depodirect** 4:6

**deposition** 4:9 7:13,17

**depositions** 5:18

**describe** 26:21 44:8,15, 16 47:19 48:2

**describing** 47:24

**description** 44:13 48:12,14

**designated** 4:6

**destroyed** 14:3

**detail** 9:1 17:7 43:15 50:13 53:22

**details** 28:20

**determination** 39:9

**devices** 21:25

**diagram** 52:12,17

**dictate** 27:4

**digital** 13:21

**dirt** 34:22 35:1

**dirty** 34:25

**disc** 29:5

**disclosure** 41:23

**disclosures** 26:14 32:8 39:24

**discomfort** 37:2

**discussed** 43:3 50:22 53:20

**disk** 47:1

**dispose** 14:24,25

**document** 12:3 41:9 47:2 48:13

**documents** 7:16,19 27:20 41:24 43:4 52:5

**door** 9:20

**downloaded** 13:21

**dripping** 56:25

**driver's** 5:2

**drug** 12:10

**dry** 22:5,7,8,9,10

**DSD** 9:19

**duly** 5:7

**duplicative** 47:11

**dust** 20:7

**dusting** 19:10

**dustpan** 14:15

**duties** 10:15,18 19:20

**duty** 8:21 27:4 28:14 49:1

**DVD** 29:5

---

## E

**e-learners** 11:9

**e-transcript** 64:18,19

**earlier** 17:20 28:23 49:23 50:19 53:5 54:25 58:16

**earnings** 28:14

**easily** 17:15

**East** 4:23

**Eastern** 42:25

**edge** 55:3

**education** 53:8

**effect** 7:2

**electronically** 24:22

**Elizabeth** 4:10 5:2,6

**Ellise** 4:17 5:15 64:9

**emergency** 13:6 14:22

**employed** 9:4 22:23 23:4 27:23,25

**employee** 11:22 21:9 26:25 59:13

**employees** 8:22 11:24 24:18 27:9 52:17 60:11,15 61:23,24

**employees'** 13:20 14:7

**employment** 9:22 11:7,21 12:1,11

**end** 9:18 19:12,13 34:22, 23 46:15 51:24

**endeavors** 22:13

**ensure** 24:5

**ensuring** 10:18

**entire** 10:17

**entitled** 40:8

**equal** 12:11

**etcetera** 47:11

**evacuate** 14:22

**event** 14:21 43:8,11 47:24 48:17 56:16

**events** 26:21

**everybody's** 19:10

**evidence** 13:12,24 49:22

**EXAMINATION** 5:13 59:6 61:21

**examined** 5:9

**exhibit** 26:12,15 32:6,9 36:3,5,7,8,12,14 37:18 38:1 39:2,22,25 41:22 42:9 45:9,17 52:1,7,13,14

**exhibits** 36:1

**exits** 13:6 14:20

**expand** 26:2

**external** 25:6

---

## F

**face** 46:9

**facing** 31:8,10,16 59:5

**fall** 22:20 23:15,17 30:14 31:23 38:9,16 39:1,6 59:9, 15,20,22 60:2,12 61:10,25 62:7,8

**falling** 62:6,11 63:5

**falls** 61:6 62:16

**familiar** 26:18 27:13 32:12 40:3 58:17

**fan** 39:16 56:20

**fast** 39:16 46:23

Alexandria Bennett vs Walmart
PARKER, ELIZABETH on 06/22/2023

Index: father..individual

**father** 16:20

**fell** 23:14 33:2 38:24 57:17,20

**figure** 25:24

**file** 14:3 44:9,10,11,14 47:20,21

**files** 14:7 34:3

**fill** 46:6

**filled** 40:7,20

**find** 57:24 58:3

**fine** 16:15,17,24 25:23 64:4

**finish** 6:7 35:11

**fire** 14:20,22

**firm** 4:13 26:6

**five-minute** 42:18

**fix** 21:4 45:7

**fixes** 19:2

**flip** 29:6

**floor** 22:2,3,4,5,8 34:4,21, 24 35:3,8,9,13 37:1,9,13 38:11 48:9 54:4,9,13 57:16,20 59:11,15 62:10 63:10

**flooring** 54:2

**floors** 18:16 19:21 20:7, 17

**flopping** 29:7

**focused** 62:18

**folder** 44:9,10,14 47:20, 22

**folders** 44:11

**follow** 61:19

**footage** 31:23

**force** 7:1

**form** 18:5,6,15 20:11,23 22:24 24:9 26:18 27:7 30:17 33:3,14 34:11 35:4 38:17 39:8 41:12 43:7,8 45:20,25 46:11 51:8 53:11 54:5,14 55:4,14 56:3 63:19

**forward** 16:9 17:4 18:22

**found** 28:20 31:25

**Fowler** 58:17

**Fowler's** 58:15

**free** 12:10

**freeze** 39:14,15

**freezes** 35:15

**French** 29:2,3

**Freya** 4:5

**front** 7:2 9:18 10:20 16:10 31:17 38:10 55:6,8

**froze** 25:21 41:25

**full** 6:21 61:2

**full-time** 16:19

**G**

**Gardendale** 9:13

**gave** 48:7

**general** 18:23 20:21

**generally** 7:19 11:21 18:19 23:10 58:20

**generate** 46:3

**generated** 40:19 41:2, 12 45:21

**get all** 28:21

**give** 6:21 23:9 25:22 30:10 41:25 43:5 48:6

**Glenda** 27:13 28:25 32:20,21 36:6 37:7 48:2 64:6

**Glenda's** 27:16 48:4,7

**good** 4:5 17:19 47:12

**Gordon** 4:22 15:14,20, 22 16:4,8,10,17,24 18:5, 15,21,24 20:11,23 22:24 24:9 25:23 26:9 30:17 33:3,14 34:11 35:4 38:17 39:8 42:19 51:8 53:11 54:5,7,14 55:4,14 56:3 59:1,4,7 61:16 63:19 64:2, 9,17,18,20

**Great** 5:12

**ground** 5:17

**guess** 9:22 13:10 14:1 17:13 18:2,25 20:5,7 21:23,25 22:12,19 23:9 24:2,4,7 26:23 28:10 29:16,18 30:14 33:9 35:1, 18 41:10 42:5,8 43:3,16 47:14 50:24 51:25 53:5 54:13,23 57:15

**guide** 11:25 53:13

**guides** 51:2

**guys** 35:13 39:13

**Gwen** 4:22

**H**

**handbook** 11:22 13:2

**handbooks** 11:7

**handle** 22:13

**handled** 17:8 52:11

**handler** 58:8

**handlers** 58:21

**happen** 13:7 38:16,19 39:7,14 56:1 63:3

**happened** 7:11 8:12 9:1 22:22 23:11,16 27:7 28:20 29:9 34:5 38:9 40:22 43:18 48:8 61:3

**happening** 39:1

**hazards** 22:1

**hazmat** 14:23

**head** 5:24 12:9 29:17 34:13 58:14

**headphones** 51:21

**hear** 22:8 24:11 51:11

**hearing** 15:12 16:2

**heavy** 15:6

**held** 9:23

**Helena** 7:9 8:10 9:8 10:3, 8,9 19:7 22:20 23:5 27:22 29:12 31:9 52:18

**helps** 15:25 56:22

**hey** 63:9

**high** 15:6

**high-traffic** 34:24

**highest** 9:23 28:14

**Hills** 10:8,12

**hip** 37:9,11 38:12,13

**hire** 11:25

**hit** 37:11 38:12

**hold** 9:16 45:3 54:19

**hours** 13:1,8

**hundred** 32:16

**hurting** 38:14

**I**

**I-9** 12:25

**identification** 26:16 32:10 36:15 37:19 38:2 39:3 40:1 42:10 45:18 52:8,15

**identified** 5:1 34:10

**illustrating** 43:3

**immediately** 21:9

**important** 5:22 6:5,7 47:25

**inches** 15:14

**incident** 7:10,22 8:14,23 9:1 23:17 24:6,11,19,21 25:2 26:22 27:6,12 28:7, 11,13 29:9 33:13,15,17,21 35:19 36:20 37:1,5,17,23 41:8 43:8,12 44:20,22 46:2 47:15,16,24,25 48:17 57:9 61:3 62:3

**incidents** 22:20 58:10, 21 61:6

**included** 14:10

**includes** 49:16

**indication** 63:16

**individual** 27:1

**individuals** 19:14

**information** 7:21 9:2 12:2,5,6 40:9,19 41:16 44:20 45:23 46:13 47:5 49:24

**initial** 26:14 32:8 39:23 41:23

**initially** 40:21

**injuries** 24:6,8 61:6

**input** 47:6

**intentionally** 45:13

**internal** 25:6 29:19 31:1 47:2

**internally** 25:14 41:11

**Internet** 50:4,7

**interrupt** 15:9

**intervals** 19:16

**investigation** 49:8,13, 16,17

**investigations** 57:14

**involved** 26:24 28:12 50:18

**issue** 16:16 56:18

**issued** 5:2

**issues** 16:1 56:8

**items** 14:25 40:10 53:23

## J

**jagged** 55:3

**job** 11:1

**judge** 7:2

**jugs** 30:25

**June** 4:3

**jury** 7:2

## K

**keeping** 45:11

**Kellie** 36:4 37:24 38:16

**Kevin** 36:7 38:22,25

**key** 46:2

**kind** 10:23 11:4 12:8 13:9 17:21 18:20 22:16,17 32:23 36:24 40:13 43:2 45:14 46:16 49:8 50:11 55:1

**knowledge** 37:4,16 44:2 48:12 54:2

## L

**lady** 38:11

**large** 22:12

**larger** 17:16

**lead** 13:2,9

**leaders** 13:11

**leading** 26:22

**leads** 48:25

**leak** 61:25

**leaking** 56:11,14,17,19, 24

**leaks** 61:9,12,13

**learn** 11:6 13:16 51:3 53:14

**learning** 11:11 51:19 52:3 53:9,13

**leave** 14:17 21:13 48:25

**Leeds** 9:13

**left** 31:13,15 62:8,12 63:6

**letter** 42:4,13 58:15

**level** 20:15 45:14

**levels** 20:7

**license** 5:2

**lights** 56:11

**liquid** 22:17 34:10 59:10, 14,19 60:16

**list** 29:19

**listed** 27:11 32:20 36:21

**lists** 41:9

**live** 7:7,8,9

**located** 5:3 64:3

**location** 7:10 8:10,19 9:8 10:10,12,13 22:22 23:5 29:12 49:25 50:8 53:19

**locations** 9:10

**lockdown** 43:25 49:9

**locked** 49:6,10

**log** 12:5

**logs** 17:24 18:12

**long** 9:4 10:2,4 24:1,4,24 25:4 62:2

**looked** 36:19 45:2 57:15

**lot** 17:13 20:1 51:22 62:20

**LP** 4:23

## M

**machine** 22:15

**made** 20:6 24:6 28:11 29:5 35:20 47:6,11 49:21 58:1

**maintain** 13:18 17:2 18:12 50:13

**maintenance** 18:3,13, 18 19:1,8,9

**make** 6:2 16:18 24:13 25:25 39:9 44:4 45:14 49:20 56:20

**makes** 40:17 49:3

**management** 13:5 28:13 48:18,19,23 49:7 50:3

**manager** 8:17,20 9:18, 19,20,24 10:3,4,7,16,24 11:3,5,8 25:15 27:4 28:14 30:1,4 48:25 49:1 58:8

**managers** 11:10

**manner** 19:19

**manual** 11:22

**manuals** 11:8

**mark** 45:8

**marked** 26:15 32:6,9 36:14 37:18 38:1 39:2,22, 25 42:9 45:17 52:7,14

**market** 10:10,13 30:3

**markets** 48:22

**marks** 20:6 35:8 54:3,8, 9,12

**material** 11:15

**materials** 57:4

**matter** 4:10 51:5

**matters** 49:16 63:4

**Matthew** 58:15

**Me@walmart** 21:19

**meaning** 8:1

**means** 44:1

**measures** 62:6

**meeting** 28:12

**member** 13:4 48:19

**members** 48:18,23

**memory** 31:21 36:18

**mention** 43:16

**mentioned** 43:4 49:22 50:8,19 53:2

**mentioning** 57:11

**mentor** 11:2

**microphone** 15:10

**minutes** 7:12 51:16

**missing** 55:13

**model** 51:15

**module** 51:14,17,23 52:3 53:9

**moisture** 17:14

**mop** 22:9,10

**moped** 20:8

**mopped** 20:18 22:3

**mopping** 35:6

**morning** 4:5 19:23 21:2 60:25

Alexandria Bennett vs Walmart
PARKER, ELIZABETH on 06/22/2023

Index: move..print

**move** 37:2 49:7

**moving** 17:4 37:7,23

**muddled** 15:11 16:3

## N

**names** 27:11

**narrow** 18:17

**Nathan** 29:2,3

**nearby** 33:1

**nearest** 31:4,6,20

**necessarily** 19:17

**needed** 19:21 20:1,2,3 21:2 28:5 34:25

**neighborhood** 10:10, 13 48:22

**niche** 18:20

**night** 19:22

**nod** 5:23

**noted** 34:2

**notices** 21:3

**notified** 59:10,14 61:5, 24

**notify** 48:18 49:1

**number** 22:21 23:1 25:3 41:10

**numbers** 45:11

## O

**oath** 4:15,20,24 6:25

**Object** 18:5,15 20:11,23 22:24 24:9 30:17 33:3,14 34:11 35:4 38:17 39:8 51:8 53:11 54:5,14 55:4,14 56:3 63:19 64:2

**objected** 18:6

**obscure** 54:12

**observation** 36:25 37:8 38:9,23 48:7

**observed** 37:8 59:18

**occur** 23:25 24:8 37:5,17, 21 63:6

**occurred** 8:10 23:4,23

**occurs** 28:11

**October** 8:14 23:13,16, 17,19 30:14 42:6 59:9,16, 20,22 60:12 61:7,10,14

**officer** 4:6

**official** 11:3

**on-call** 16:21

**on-the-** 10:25

**Onewalmart** 50:23

**online** 50:24 53:9,12

**open** 21:2 41:20 56:22,24 60:25

**operating** 50:16,20 51:5

**operations** 10:21

**opportunity** 12:11

**orange** 17:12

**order** 45:12 64:12

**orientation** 11:25 12:16,17,18 13:11

**overnight** 19:23

**overseeing** 10:17

## P

**pad** 17:12,13

**pads** 14:14

**pages** 40:25 41:5 46:16, 21

**pain** 37:10 38:13

**pallet** 37:12 55:2,3,11

**pallets** 30:24 54:18,20 55:1 60:4

**paper** 17:18 45:1

**parcel** 48:6

**Parker** 4:10 5:2,6,19 39:19 43:12 53:25 59:8

**part** 16:4 24:17 51:18

**parties** 4:7

**parts** 19:11 43:16

**pass** 51:24

**passing** 38:10

**past** 60:9

**patience** 39:21

**pen** 44:25

**people** 10:20 11:1 13:2 21:21 28:22 44:5 56:23 58:9 59:24 62:21 63:1,13

**Pepsi** 60:3

**percent** 32:16 52:25

**Perfect** 26:9

**permanent** 35:2,3,5 54:3

**person** 26:23 27:20 28:25 30:6 40:20 53:19 58:12

**personally** 25:14,16

**personnel** 13:20 14:3,7

**phone** 14:15 16:21 58:19

**phones** 21:19

**photo** 32:24 33:2,5,22 34:9

**photographs** 7:22 62:19

**photos** 32:1,7,12 34:7,19 44:6,7 54:24

**physically** 8:11

**pick** 38:24

**pictures** 32:13,15

**piece** 55:6,7,12,13

**place** 4:15,21 47:15

**placement** 21:24

**placing** 4:19

**plaintiff** 4:18 5:16 32:7 43:9 52:3 59:8

**plaintiff's** 26:12,15 32:6,9 36:3,14 37:18 38:1 39:2,22,25 41:22 42:9 45:9,17 52:7,14 59:15,19,

22 60:12 61:7,10

**plan** 11:12

**planned** 45:13

**play** 9:15

**plays** 47:25

**pocket** 14:14 17:12

**point** 13:6 14:12,20 35:13 51:6

**points** 49:17

**policies** 7:23,24,25 8:1,5 9:3 12:7,8,10,14 13:3 18:4

**policies-and-** 11:22

**policy** 8:3,4 12:11 18:3 20:20,22 21:1 47:23

**portal** 18:25 49:23,24 50:24

**position** 9:23 14:2

**positions** 9:16,22

**positively** 5:1

**possibility** 40:24

**possibly** 30:4

**posted** 52:20,23

**potential** 22:1

**potentially** 32:21 33:20

**precautionary** 62:5

**preliminary** 7:6

**preparation** 8:6

**prepare** 7:17,20

**prepared** 6:17

**prequalify** 6:1

**present** 8:19 26:11

**presently** 5:3

**pretty** 17:10 19:10 44:8 51:3 58:22

**prevent** 62:6,16 63:4

**previously** 54:25

**primarily** 41:15

**print** 11:18

Alexandria Bennett vs Walmart
PARKER, ELIZABETH on 06/22/2023

Index: printed..search

**printed** 46:25

**printout** 52:2

**prior** 61:10

**problem** 8:9

**procedure** 16:21 50:16,
21 51:5

**procedures** 11:23
21:24 24:18 29:8 43:4,11
52:11 53:6,7

**proceeding** 4:7,16 5:11
64:13,25

**process** 12:18 51:2
53:13

**product** 47:5 56:20

**production** 41:24 52:5

**progression** 9:21

**promise** 39:20 61:20

**promoted** 11:12

**prompt** 44:14 47:19

**prompts** 41:3,13

**protection** 30:3,5

**prove** 12:24

**provided** 7:1,21 48:13
52:17

**pull** 25:21 28:17,21

**put** 4:21 15:6 22:4 26:3
56:25 57:1,3,6

**putting** 4:23

---

**Q**

**QR** 41:10

**question** 6:8 16:12
20:12 37:1 49:5

**questions** 6:11,18,22
7:6 29:7 40:8 51:23 58:24
59:2 61:17

**quick** 42:18

---

**R**

**reach** 21:19

**reaching** 37:10

**read** 36:19 43:14 49:14
51:21

**reading** 47:9

**ready** 39:13

**reason** 6:20 16:22 30:10
45:6

**recall** 8:8 11:17 12:4,13
23:7,18,19 28:6 36:17 57:8

**receive** 32:1 42:12 50:12

**recent** 9:22

**recess** 42:18

**record** 4:2,7,13 5:1 6:3
16:19 25:24 42:21,23,24
64:12,22

**records** 11:16 13:18,20
24:25 25:18,22 26:2

**recoup** 39:16

**reference** 51:6

**referred** 34:16

**refrigerated** 56:19

**refrigeration** 56:23

**refrigerator** 56:17
61:12

**refrigerators** 31:10
56:14

**regard** 18:16

**registers** 19:25

**regular** 20:20

**relation** 31:3 42:6

**remember** 8:7,24 12:12
23:12,16 30:12 40:11
44:17,18

**remote** 4:9

**remotely** 4:16

**repair** 57:2

**repairs** 18:3,13,14

**repeat** 16:15

**rephrase** 6:11 18:8,9
20:12

**report** 4:15 7:22 8:21
24:6,12,19,21 26:13 27:6
28:10,15 30:19 32:14,19,
20 33:16 37:15,23 38:15
39:23 40:3,19 44:20,22
49:20,21 60:5

**reported** 17:6,7,25
27:12 59:9 60:8,15

**reporter** 4:2,25 5:10,21
15:9,18,21 16:7,9 26:5
36:21 42:21,24 45:8,15
52:1,6 59:3 61:17 64:11,
15,17,19,21

**reporting** 8:4 17:4 28:13
40:17 41:8 46:2

**reports** 24:24 25:9,14,15
35:20 40:12,13,14 47:11
57:11 61:23 63:17

**represent** 4:14,18 5:15

**request** 4:7 19:1 41:24
47:3 52:4

**requested** 30:1 44:21
45:23

**requests** 18:13 44:15

**require** 20:16,17 21:24
22:12

**required** 10:23 50:17

**resigned** 14:2

**resolve** 56:18

**resolved** 17:8 24:1,2,3

**response** 18:23 20:21
30:8 41:23

**responses** 52:4

**responsible** 19:6,11,
12,14 21:12

**retain** 11:16 13:15

**return** 35:12

**Reversible** 44:9,10,14
47:20

**review** 7:16,25 8:2 35:19

**reviewed** 7:20,21 8:3,6

**reviewing** 36:17

**ringing** 10:20

**risks** 62:10

**role** 9:3 36:20 47:25

**roles** 9:15 10:16

**Roman** 8:20 27:14 29:1
32:17,18,19 36:2,9,12 37:4
49:2 62:8 63:12,17,25 64:6

**roof** 56:17,24 57:2 61:12

**rude** 6:3

**rules** 5:18

**run** 11:6

**running** 37:14

---

**S**

**safe** 31:22

**safety** 8:3 13:4,15,24
14:10,15 15:4 17:1 50:11,
18,22 51:7,15,17 52:2,10
53:8,15,18 55:11 60:6,8,18

**salaried** 48:19,23

**save** 49:21

**saved** 49:24,25 50:2

**saving** 49:22

**scan** 41:11

**scene** 36:25 43:25 44:8,
9,13,15,16 47:19,25 48:3,
9,12,14 49:6,9,10

**screen** 15:20 26:7,8,11
28:9 32:5 33:22 35:12,14,
24 39:12 41:19,21,25
42:16 43:2 45:6 46:2,9
53:24 54:24 55:2

**scrubbed** 19:22 34:25

**scrubber** 22:15 35:7

**scrubbing** 35:6

**scuff** 54:3

**search** 51:1

Alexandria Bennett vs Walmart
PARKER, ELIZABETH on 06/22/2023                                              Index: seconds..taking

**seconds** 45:4

**section** 40:8 43:24

**secure** 44:1,3

**sees** 17:9 21:9

**self-evident** 44:8

**self-insured** 57:22,23 58:2

**send** 25:1 46:25

**sending** 47:1

**sense** 40:17 49:3

**set** 13:19 19:15 20:2

**shadowing** 11:1 13:9

**shake** 5:23

**share** 25:25 26:11 32:4 35:23 41:21 43:2 45:6 54:24

**shared** 43:5

**shares** 26:7

**sharing** 28:9 35:11 39:12 41:19 42:15 53:24

**sheets** 13:23

**shelf** 15:4 37:11

**shelves** 10:19 19:10

**shifts** 12:15

**shoe** 9:17

**shoes** 37:14

**short** 61:20

**shorts** 37:14

**shot** 46:14

**show** 32:5

**showed** 58:16

**shown** 52:12 54:25 63:18

**shows** 26:7

**sign** 13:17 22:4 51:10

**signature** 64:24

**significant** 22:12

**signs** 21:25 22:2 57:4

**single** 56:5

**sit** 51:20 59:4

**sits** 15:15

**sitting** 15:15 37:9

**situation** 64:1

**situations** 50:15

**sizes** 41:1

**slip-and-** 22:19

**slip-and-fall** 23:23 24:5 40:9

**slip-and-falls** 22:21 23:3,25 24:18

**slipped** 37:11 38:12,23

**slippery** 22:4

**slips** 61:6

**small** 17:11 55:6,7

**smiley** 46:9

**SOP** 51:4 53:14

**SOPS** 51:2

**sound** 16:2

**source** 57:15

**speak** 6:6 8:18,22 27:21 50:14

**speaker** 15:23

**speaking** 28:6 64:8

**specific** 11:10

**specifically** 17:5

**specifics** 23:12

**spend** 13:8

**spill** 14:12,14,16 17:9,11, 22 24:14 52:19,20 53:6,14 63:5

**spill-related** 52:10

**spills** 17:4,6,25 21:7,8 22:11 51:11 53:5 55:25 56:2,5

**spoke** 8:20 28:25

**spoken** 58:18

**spotlighted** 26:6

**sprinkle** 17:22

**stack** 15:5

**stand** 14:18

**standard** 4:4 20:4 42:22,25 50:16,20 51:4 64:23

**standards** 20:9

**standing** 63:12

**start** 36:11

**started** 5:17 7:5 40:11 44:12

**starting** 18:19 40:15

**state** 4:12 5:3

**stated** 21:8 35:2

**statement** 6:2 26:23 36:1,3,5,7,8,17 38:25 39:4, 6 48:3,4 57:19

**statements** 35:20,25 57:11 63:17

**states** 12:25 26:20

**stating** 57:8

**station** 14:23

**stations** 14:12 50:13 52:19,21

**status** 35:12

**step** 11:4 50:17

**steps** 56:18

**stickiness** 20:20

**stipulate** 4:8,14

**stipulation** 16:19

**stipulations** 4:20,24

**stock** 15:3

**stocked** 14:13 60:3

**stocking** 10:19

**stop** 21:4 28:9 39:11 41:19 42:15 45:6 53:23

**store** 8:12,17 9:20,24 10:2,3,4,7,16,17,19,24 11:3,5,6,8,10 14:13 18:2, 18 19:7 20:5,10 21:1 22:20 23:22 24:1 25:14,17 27:22

28:13 29:9,13 30:1 31:9,17 32:2 38:5 42:12 48:25 51:3 52:18,21 53:19 54:1 55:20 56:1 58:7 63:6

**stores** 4:22 10:6

**structural** 56:8

**stuff** 12:6 14:15 17:21

**sturdy** 37:13

**submit** 49:22,23

**submitted** 25:10 26:13 32:14,25 39:23 41:22 43:9 50:4,7

**submitting** 25:7

**substance** 34:4,8,16,21 59:10,14,19 60:16

**substances** 54:13

**suck** 22:16

**super** 39:16

**supplies** 14:14

**supposed** 52:22

**surmise** 36:24

**surveillance** 29:11,12, 16,21,24 30:2 31:4,23,24

**sweep** 17:23

**swept** 19:22

**switch** 22:19 35:14 39:13,15

**sworn** 5:7,11 6:25

**Sylacauga** 9:12

**system** 21:20 41:8

**T**

**table** 15:15,16

**tablet** 24:11 27:3 40:12, 13 41:2,13 44:12,15,21,23 45:21,24 46:14,17 47:6,17 50:2,6

**tablets** 40:15

**takes** 35:7

**taking** 40:12 62:18

Alexandria Bennett vs Walmart
PARKER, ELIZABETH on 06/22/2023

Index: talk..worth

**talk** 11:20 13:3,6 14:16,21
15:2,3,24 23:10 44:1 50:15
53:16

**talked** 17:20 28:19,23
53:4

**talking** 18:16,17 29:8
58:19

**Talladega** 9:13

**tasked** 19:15,18,19

**tasks** 12:14 19:9

**team** 13:9

**tear** 20:21

**technician** 19:2

**technology** 4:9

**terminated** 14:2

**terminology** 55:12

**test** 51:24

**testified** 5:9

**testimony** 7:1

**that'll** 45:7

**there've** 60:20

**thing** 13:14 43:22

**things** 13:7,17 15:1,5,6
19:2,9 43:2 51:21

**three-** 42:18

**ticket** 56:22,24 57:1

**tidbits** 48:5

**tiles** 26:1

**time** 4:3,4 8:8,13,16,21
13:19 20:3 39:14 42:22,25
47:15,16 48:22 54:21
58:25 60:25 64:22,23

**times** 51:22

**title** 8:13,15

**today** 6:18,22 7:1,17 8:6
35:15 39:21 63:18 64:8

**Today's** 4:3

**told** 26:25 34:3 59:13,18
63:13

**toolbox** 13:22

**top** 12:9 15:3 29:17 34:12
37:11 58:14

**tops** 15:4

**total** 22:25

**tour** 13:4,5 50:22 53:16,
18

**towels** 17:19

**trained** 17:10

**training** 10:23 11:1,3,12
44:3 50:11,18 51:7 53:6

**trainings** 11:14,16
13:13

**transcript** 64:13

**transmitted** 50:7

**tricky** 16:4

**Trussville** 9:12

**truth** 5:8,9 6:25

**truthful** 6:21

**Twenty-three** 9:6

**twisted** 37:12

**type** 11:15 27:3,5 34:10
46:7

**typed** 27:8,9

**types** 53:4

**typos** 36:23

**U**

**u-learn** 53:15

**Uh-huh** 31:12

**unable** 37:2

**uncover** 57:15

**understand** 5:24 6:8,
10,15,24 7:3 10:9 16:13
18:7 24:17

**understanding** 16:14
37:24

**unfrozen** 39:18

**United** 12:25

**upkeep** 20:9

**ups** 61:20

**usual** 4:20,24

**V**

**vendors** 60:1,5

**verbal** 6:2

**verbally** 34:3

**verify** 27:19 50:10

**versus** 4:11

**Vestavia** 9:13 10:8,12

**video** 4:8 7:22 28:17,18,
21 29:2,3,5,11,12,16,20,24
30:2,4 31:3,23 46:25 47:3
51:17 62:20

**videos** 32:1 51:22

**view** 29:21

**viewable** 29:16

**void** 47:20

**W**

**wait** 6:7

**Waived** 64:24

**walk** 12:18,19 13:16
21:21 31:9 63:13

**walkie-talkie** 21:17,18

**Walmart** 4:11,22 7:10
8:1,10,15,23 9:5,10,15,23
10:4,10 11:21,22 12:23
23:5 25:6,8,11 26:25 29:8
34:17 36:2,5,9 37:25 43:5
52:18 57:22

**Walmart's** 9:2 25:8
31:24 41:23

**wander** 63:2

**wanted** 5:17 9:2 18:23
20:21 40:5,7 43:16 50:10,
14 52:12

**warn** 21:25 63:9

**warned** 64:1

**warning** 21:24,25

**Washburn** 27:17,18
36:6 37:7,16

**Washington** 4:17,18
5:12,14,15 16:1,12,18,25
17:3 18:6,10,11,19,22
19:4,5 20:13,14 21:5,6
23:2 24:15,16 25:20 26:4,
10,17 30:21 32:4,11 33:7,
8,18,19 34:14,15 35:10,17,
23 36:16 37:22 38:4,20,21
39:11 40:2 41:18 42:4,11,
15,20 43:1,6 45:2,10,16,19
51:12,13,25 52:9,16 53:17
54:11,16,17 55:7,9,17,18
56:6,7 58:23 61:18,19,22
63:23,24 64:3,7,10,12,14,
16

**Washnurn** 27:14,17

**water** 22:16 30:14,23,24
31:2,14,19 33:6,11 34:16
37:11,12,13 38:11,24 48:9
54:3,19 56:25 57:16,20
59:10,11,14,15,18,19,23
60:6,12,15 61:7,9,13,25
62:9,10 63:13

**waxed** 35:8

**ways** 42:7

**wear** 20:20

**weather** 57:9,10,11

**wet** 22:2,4,9 34:3

**wetness** 33:24

**whens** 49:15

**wheres** 49:15

**whys** 49:15

**words** 5:23 15:12 16:2
26:21

**work** 8:11 12:24,25 27:22

**worked** 9:11,12,17,19
11:2

**worklist** 13:24

**workplace** 12:10 51:15
52:2

**works** 39:17

**worksheets** 12:14

**worth** 61:2

**write**  44:25 46:1

**writing**  11:23

**written**  11:15 17:24 18:4,
12 26:23,24 63:17

**wrong**  56:21

**wrote**  39:10

---

### Y

**y'all**  41:25 45:3 60:25

**years**  9:6,14 10:5

**young**  38:11

---

### Z

**Zoom**  15:19 16:5