FILED
2024 Apr-16  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ALEXANDRIA BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Case 2:22-cv-01306-AMM |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART, INC., | ) | |
| | ) | |
| Defendants. | ) | |

---

## NOTICE OF APPEAL

---

Comes now Alexandria Bennett, Plaintiff in the above-named case, who hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on the 19th day of March, 2024.


_____
Alexandria Bennett
2027 Village Ridge Circle
Calera, AL 35040