Case 2:22-cv-01306-AMM   Document 44   Filed 10/10/24   Page 1 of 2
USCA11 Case: 24-11199   Document: 28-2   Date Filed: 10/09/2024   Page: 1 of 2

FILED
2024 Oct-10 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11199

_____

ALEXANDRIA BENNETT,

                                                           Plaintiff-Appellant,

*versus*

WALMART, INC.,

                                                           Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:22-cv-01306-AMM

_____

Before GRANT and BRASHER, Circuit Judges.

2  Order of the Court  24-11199

BY THE COURT:

    Appellant's motion to reinstate her appeal is GRANTED.

    Appellee's motion in opposition to the Appellant's motion is DENIED AS MOOT.