FILED
2025 Mar-04 PM 12:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 04, 2025

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 24-11199-GG
Case Style: Alexandria Bennett v. Walmart, Inc.
District Court Docket No: 2:22-cv-01306-AMM

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Clerk's Office Phone Numbers

General Information: 404-335-6100        Attorney Admissions: 404-335-6122
Case Administration: 404-335-6135        Capital Cases: 404-335-6200
CM/ECF Help Desk: 404-335-6125           Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-11199-GG

_____

ALEXANDRIA BENNETT,

                                          Plaintiff - Appellant,

versus

WALMART, INC.,

                                          Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: The motion to voluntarily dismiss appeal filed by Appellant Alexandria Bennett is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective March 04, 2025.

                                          DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                          FOR THE COURT - BY DIRECTION